B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re    **New Louisiana Holdings, LLC**      Debtor(s)      Case No. _____    Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ASAP Court Reporting Services<br>P.O. Box 2432<br>Mandeville, LA 70470 | ASAP Court Reporting Services<br>P.O. Box 2432<br>Mandeville, LA 70470 | Trade | | 309.30 |
| AT&T<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | AT&T<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | Utility | | 724.32 |
| Cavins Auto Repair<br>12055 Airline Highway<br>Baton Rouge, LA 70817 | Cavins Auto Repair<br>12055 Airline Highway<br>Baton Rouge, LA 70817 | Trade | | 1,476.95 |
| Choice Copy Service<br>P.O. Box 62188<br>New Orleans, LA 70162 | Choice Copy Service<br>P.O. Box 62188<br>New Orleans, LA 70162 | Trade | | 3,312.56 |
| Haydel Consulting Services<br>8676 Goodwood Blvd., Suite 104<br>Building 1<br>Baton Rouge, LA 70806 | Haydel Consulting Services<br>8676 Goodwood Blvd., Suite 104<br>Building 1<br>Baton Rouge, LA 70806 | Trade | | 550.00 |
| Keane Care, Inc.<br>P.O. Box 842004<br>Dallas, TX 75284-2004 | Keane Care, Inc.<br>P.O. Box 842004<br>Dallas, TX 75284-2004 | Trade | | 8,056.60 |
| Medline Industries<br>P.O. Box 382075<br>Pittsburgh, PA 15251-8075 | Medline Industries<br>P.O. Box 382075<br>Pittsburgh, PA 15251-8075 | Trade | | 522,890.00 |
| Metlaw/Hyatt Legal Plans<br>Attn: Metlaw<br>P.O. Box 714893<br>Columbus, OH 43271-4893 | Metlaw/Hyatt Legal Plans<br>Attn: Metlaw<br>P.O. Box 714893<br>Columbus, OH 43271-4893 | Trade | | 15.24 |
| My Innerview<br>P.O. Box 809030<br>Chicago, IL 60680-9030 | My Innerview<br>P.O. Box 809030<br>Chicago, IL 60680-9030 | Trade | | 723.75 |
| Omnicare Pharmacy<br>340 S. Cleveland Avenue<br>Building 370 OH1-0471<br>Westerville, OH 43081 | Omnicare Pharmacy<br>340 S. Cleveland Avenue<br>Building 370 OH1-0471<br>Westerville, OH 43081 | Trade | | 483,349.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Phelps Dunbar<br>P.O. Box 974798<br>Dallas, TX 75397-4798 | Phelps Dunbar<br>P.O. Box 974798<br>Dallas, TX 75397-4798 | Trade - Legal Fees | | 87,318.94 |
| Pitney Bowes Global Financial<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | Pitney Bowes Global Financial<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | Trade | | 316.09 |
| Pitney Bowes, Inc.<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 | Pitney Bowes, Inc.<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 | Trade | | 153.71 |
| Strategic Comp Services<br>P.O. Box 1705<br>Oldsmar, FL 34677-1705 | Strategic Comp Services<br>P.O. Box 1705<br>Oldsmar, FL 34677-1705 | Trade | | 236.10 |
| Sullivan Stolier & Resor<br>909 Poydras Street, Suite 2600<br>New Orleans, LA 70112 | Sullivan Stolier & Resor<br>909 Poydras Street, Suite 2600<br>New Orleans, LA 70112 | Trade | | 267.55 |
| The Hearing Care Center<br>3020 State Road 674<br>Ruskin, FL 33570 | The Hearing Care Center<br>3020 State Road 674<br>Ruskin, FL 33570 | Trade | | 457.49 |
| Yellow Transportation<br>P.O. Box 13850<br>Newark, NJ 07188 | Yellow Transportation<br>P.O. Box 13850<br>Newark, NJ 07188 | Trade | | 978.21 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Designated Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  June 25, 2014              Signature  /s/ Raymond P. Mulry
                                            Raymond P. Mulry
                                            Designated Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.