B6F (Official Form 6F) (12/07)

In re  **New Louisiana Holdings, LLC**                                              Case No. __14-50756__
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>ASAP Court Reporting Services<br>P.O. Box 2432<br>Mandeville, LA 70470 | - | | Trade | | | | 309.30 |
| Account No.<br><br>AT&T<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | - | | Utility | | | | 724.32 |
| Account No.<br><br>Blue Cross Blue Shield<br>5525 Reitz Avenue<br>Baton Rouge, LA 70809 | - | | For Notice Purpose Only | | | | 0.00 |
| Account No.<br><br>Carthage LTC Partners, Inc.<br>32211 Patty's Landing<br>Magnolia, TX 77354 | - | | For Notice Purpose Only | | | | 0.00 |
| __5__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 1,033.62 |

In re **New Louisiana Holdings, LLC**, Debtor

Case No. **14-50756**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Cavins Auto Repair<br>12055 Airline Highway<br>Baton Rouge, LA 70817 | - | | Trade | | | | 1,476.95 |
| Account No.<br><br>CHG Legacy Group<br>4 West Oak Lane, Suite 201<br>White Plains, NY 10604 | - | | Intercompany balance due from Debtor | | | | 22,986,881.97 |
| Account No.<br><br>Choice Copy Service<br>P.O. Box 62188<br>New Orleans, LA 70162 | - | | Trade | | | | 3,312.56 |
| Account No.<br><br>Great American Insurance Company<br>P.O. Box 4422<br>Houston, TX 77210-4422 | - | | For Notice Purpose Only | | | | 0.00 |
| Account No.<br><br>Gulf Coast LTC Partners, Inc.<br>Attn: Carthage LTC Partners, Inc<br>8505 Technology Forest<br>Suite 1004<br>The Woodlands, TX 77381 | - | | For Notice Purpose Only | | | | 0.00 |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **22,991,671.48**

In re **New Louisiana Holdings, LLC**     Case No. __14-50756__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Haydel Consulting Services <br> 8676 Goodwood Blvd., Suite 104 <br> Building 1 <br> Baton Rouge, LA 70806 | | - | Trade | | | | 550.00 |
| Account No. <br><br> Kean Miller LLP <br> 400 Convention St., Suite 700 <br> P.O. Box 3513 <br> Baton Rouge, LA 70821-3513 | | - | For Notice Purpose Only | | | | 0.00 |
| Account No. <br><br> Keane Care, Inc. <br> P.O. Box 842004 <br> Dallas, TX 75284-2004 | | - | Trade | | | | 8,056.60 |
| Account No. <br><br> Medline Industries <br> P.O. Box 382075 <br> Pittsburgh, PA 15251-8075 | | - | Trade | | | | 522,890.00 |
| Account No. <br><br> Metlaw/Hyatt Legal Plans <br> Attn: Metlaw <br> P.O. Box 714893 <br> Columbus, OH 43271-4893 | | - | Trade | | | | 15.24 |
| Sheet no. _2_ of _5_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | 531,511.84 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **New Louisiana Holdings, LLC**  Case No. __14-50756__
                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>My Innerview<br>P.O. Box 809030<br>Chicago, IL 60680-9030 | | - | Trade | | | | 723.75 |
| Account No.<br><br>Omnicare Pharmacy<br>340 S. Cleveland Avenue<br>Building 370 OH1-0471<br>Westerville, OH 43081 | | - | Trade | | | | 483,349.00 |
| Account No.<br><br>Phelps Dunbar<br>P.O. Box 974798<br>Dallas, TX 75397-4798 | | - | Trade - Legal Fees | | | | 87,318.94 |
| Account No.<br><br>Pitney Bowes Global Financial<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | | - | Trade | | | | 316.09 |
| Account No.<br><br>Pitney Bowes, Inc.<br>P.O. Box 371874<br>Pittsburgh, PA 15250-7874 | | - | Trade | | | | 153.71 |

Sheet no. __3__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  571,861.49

B6F (Official Form 6F) (12/07) - Cont.

In re **New Louisiana Holdings, LLC**    Case No. __14-50756__
                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Strategic Comp Services<br>P.O. Box 1705<br>Oldsmar, FL 34677-1705 | - | | Trade | | | | 236.10 |
| Account No.<br><br>Sullivan Stolier & Resor<br>909 Poydras Street, Suite 2600<br>New Orleans, LA 70112 | - | | Trade | | | | 267.55 |
| Account No.<br><br>The Hearing Care Center<br>3020 State Road 674<br>Ruskin, FL 33570 | - | | Trade | | | | 457.49 |
| Account No.<br><br>Traditions Senior Management Inc<br>24641 US Hwy. 19 N<br>Clearwater, FL 33763 | - | | For Notice Purpose Only | | | | 0.00 |
| Account No.<br><br>Westside House, lhnc.<br>450 Park Avenue, Suite 2703<br>New York, NY 10022 | - | | For Notice Purpose Only | | | | 0.00 |

Sheet no. __4__ of __5__ sheets attached to Schedule of    Subtotal    961.14
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

In re  **New Louisiana Holdings, LLC**  Case No. __14-50756__
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Williams Mullen Clark Dobb<br>P.O. Box 91719<br>Richmond, VA 23291-1719 | - | | For Notice Purpose Only | | | | 0.00 |
| Account No.<br><br>Yellow Transportation<br>P.O. Box 13850<br>Newark, NJ 07188 | - | | Trade | | | | 978.21 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **978.21**

Total (Report on Summary of Schedules) **24,098,017.78**