**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| RE: NEW LOUISIANA HOLDINGS, LLC, et al. | CASE NO: 14-50756 |
| | CHAPTER 11 |
| DEBTOR | JOINTLY ADMINISTERED |

## MEMORANDUM IN SUPPORT OF MOTION TO LIFT STAY

Debtor, Fountain View 215 Tenant, LLC, filed for Bankruptcy prior to paying a settlement that was agreed upon in January 2014, between it and the creditors, namely Judy Litton and Johnny Cheatham.

Fountain View 215 Tenant, LLC, was a member of the Louisiana Patients' Compensation Fund. Since debtor was self-insured, they were required under R.S. 40:1299.42(E)(1), to provide prove of financial responsibility in the amount of $125,000.00.

It is required, prior to the seizure of a member of the Patients' Compensation Fund "financial responsibility, whether cash, certificate of deposits, or any other item listed under R.S. 40:1299.42(E)(1), that judicial action take place.

Counsel would request to have the automatic stay, that is in place until August 19, 2014, lifted prior to that date, or as soon as possible thereafter, so they can proceed as expeditiously as possible to effectuate a conclusion to their case against debtor, i.e. payment of the settlement.

Respectfully submitted:

/S/ Craig S. Watson
Craig S. Watson
LSBA Number: 14485
3909 Plaza Tower Drive
Baton Rouge, LA 70816
225-292-3800
225-292-3803 (telecopier)
225-324-3123 (cell)
Email: sailfish01@aol.com

**ATTORNEY FOR CREDITORS, JUDY LITTON AND JOHNNIE CHEATHAM**