IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| IN RE: | § | CHAPTER 11 |
|---|---|---|
| NEW LOUISIANA HOLDINGS, LLC, et al. | § § § § | CASE NO. 14-50756 |
| DEBTORS. | § § | (Jointly Administered) |

| IN RE: | § § | |
|---|---|---|
| SA-PG OCALA, LLC | § § § | CASE NO. 14-50909 |
| DEBTOR. | § | CHAPTER 11 |

| IN RE: | § § | |
|---|---|---|
| SA-PG OPERATING HOLDINGS, LLC | § § § | CASE NO. 14-50912 |
| DEBTOR. | § | CHAPTER 11 |

| IN RE: | § § | |
|---|---|---|
| SA-PG CLEARWATER, LLC | § § § | CASE NO. 14 - 50913 |
| DEBTOR. | § | CHAPTER 11 |

| IN RE: | § § | |
|---|---|---|
| SA-PG GAINESVILLE, LLC | § § § | CASE NO. 14-50914 |
| DEBTOR. | § | CHAPTER 11 |

| IN RE: | § § | |
|---|---|---|
| SA-PG JACKSONVILLE, LLC | § § § | CASE NO. 14-50915 |
| DEBTOR. | § | CHAPTER 11 |

| | | |
|---|---|---|
| IN RE: | § § | |
| SA-PG LARGO, LLC | § § | CASE NO. 14-50916 |
| DEBTOR. | § | CHAPTER 11 |
| IN RE: | § § | |
| SA-PG NORTH MIAMI, LLC | § § | CASE NO. 14-50917 |
| DEBTOR. | § | CHAPTER 11 |
| IN RE: | § § | |
| SA-PG ORLANDO, LLC | § § | CASE NO. 14-50918 |
| DEBTOR. | § | CHAPTER 11 |
| IN RE: | § § | |
| SA-PG PINELLAS, LLC | § § | CASE NO. 14-50919 |
| DEBTOR. | § | CHAPTER 11 |
| IN RE: | § § | |
| SA-PG PORT ST. LUCIE, LLC | § § | CASE NO. 14-50920 |
| DEBTOR. | § | CHAPTER 11 |
| IN RE: | § § | |
| SA-PG SUN CITY CENTER, LLC | § § | CASE NO. 14-50921 |
| DEBTOR. | § | CHAPTER 11 |
| IN RE: | § § | |
| SA-PG TAMPA, LLC | § | CASE NO. 14-50922 |

| | | |
|---|---|---|
| DEBTOR. | § § | CHAPTER 11 |

| | | |
|---|---|---|
| IN RE: | § § | |
| SA-PG VERO BEACH, LLC | § § | CASE NO. 14-50923 |
| DEBTOR. | § § | CHAPTER 11 |

| | | |
|---|---|---|
| IN RE: | § § | |
| SA-PG WEST PALM BEACH, LLC | § § | CASE NO. 14-50924 |
| DEBTOR. | § § | CHAPTER 11 |

| | | |
|---|---|---|
| IN RE: | § § | |
| SA-PG WINTERHAVEN, LLC | § § | CASE NO. 14-50925 |
| DEBTOR. | § § | CHAPTER 11 |

## DEBTORS' MOTION FOR AN ORDER DIRECTING THE JOINT ADMINISTRATION OF CHAPTER 11 CASES

New Louisiana Holdings, LLC ("NLH"), and SA-PG-Ocala, LLC, SA-PG Operator Holdings, LLC, SA-PG-Clearwater, LLC, SA-PG-Gainesville, LLC, SA-PG-Jacksonville, LLC, SA-PG-Largo, LLC, SA-PG-North Miami, LLC, SA-PG-Orlando, LLC, SA-PG-Pinellas, LLC, SA-PG-Port St. Lucie, LLC, SA-PG-Sun City Center, LLC, SA-PG-Tampa, LLC, SA-PG-Vero Beach, LLC, SA-PG-West Palm Beach, LLC, and SA-PG-Winterhaven, LLC (collectively, the "Palm Garden Debtors" and, together with NLH, the "Debtors"), as debtors and debtors-in-possession, file this motion (the "Motion"), for the entry of an order pursuant to 11 U.S.C. § 105(a) and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules")

directing the joint administration of their respective Chapter 11 cases. In support, the Debtors state as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. INTRODUCTION

2. Commencing on June 25, 2014 (the "Petition Date"), and periodically thereafter, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

3. Pursuant to an order entered on July 21, 2014, NLH's chapter 11 case is being jointly administered for procedural purposes with the chapter 11 cases of certain affiliated entities[1] under Case No. 14-50756.

4. On July 28, 2014, the Palm Garden Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

5. Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate any ongoing business and manage their properties, affairs and assets as debtors-in-possession.

## III. BACKGROUND

6. NLH is a Louisiana limited liability company that, together with certain of its affiliated entities, was formed for the purpose of acquiring the operations of various skilled nursing facilities and properties in Louisiana and Texas. A more detailed description of NLH's

---

[1] The affiliated debtors include Jackson Manor 1691 Tenant, LLC, Fountain View 215 Tenant, LLC, Acadian 4005 Tenant, LLC, Atrium 6555 Tenant, LLC, Lakewood Quarters Assisted Living 8585 Tenant, LLC, Lake Quarters Rehab 8225 Tenant, LLC, Panola 501 Partners LP, Regency 14333 Tenant, LLC, Retirement Center 14868 Tenant, LLC, Sherwood 2828 Tenant, LLC, St. Charles 1539 Tenant, LLC, and Woodland Village 530 Tenant, LLC.

business, as well as the events leading to the commencement of its affiliated entities' Chapter 11 cases, is set forth in the Declaration of Raymond P. Mulry (the "First Day Declaration")[Docket No. 27]. The Palm Garden Debtors formerly operated various skilled nursing facilities in Florida.

## IV. RELIEF REQUESTED

7. By this Motion, the Debtors request the joint administration of their Chapter 11 cases for procedural purposes only, pursuant to 11 U.S.C. § 105(a) and Rule 1015(b) of the Bankruptcy Rules.

8. Section 105 provides that "the court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a). Bankruptcy Rule 1015(b)(4) provides that:

> If a joint petition or two or more petitions are pending in the same court by or against ... a debtor and an affiliate, the court may order a joint administration of the estates.

Each of the Palm Garden Debtors is an "affiliate" of NLH as that term is defined in Section 101(2) of the Bankruptcy Code.

9. In addition, the issues that will be addressed in these bankruptcy cases will, to some extent, be related and overlapping. Joint administration of these cases will obviate the need for duplicative notices, motions, applications, hearings, and orders, and will therefore save considerable time and expense for the Debtors, their estates and their investors and creditors.

10. Joint administration will not give rise to any conflict of interest among the Debtors' estates. The rights of the Debtors' respective creditors will not be adversely affected by the proposed joint administration because the Debtors will continue as separate and distinct legal entities and will continue to maintain separate books and records. Moreover, each creditor may

file its claim against a particular estate. Each of the Debtors will file separate Schedules of Assets and Liabilities and Statements of Financial Affairs.

11. The rights of all creditors will be enhanced by the reduction in costs resulting from joint administration. The Court also will be relieved of the burden of scheduling duplicative hearings, entering duplicative orders and maintaining redundant files. Finally, supervision of the administrative aspects of these Chapter 11 cases by the Office of the United States Trustee will be simplified.

12. Joint administration of the above-captioned cases is in the Debtors' best interests, as well as those of their respective estates, creditors, and other parties in interest.

13. The Debtors propose that the following activities be joined for administrative purposes only:

> (a) one disclosure statement and plan of reorganization may be (but is not required to be) filed for the Debtors' cases by any plan proponent;
>
> (b) hearings in these jointly administered cases shall be joint hearings unless otherwise specified;
>
> (c) one consolidated docket shall be kept by the Clerk, although separate claims registers will be maintained for each of the Debtors' cases.

14. The Debtors request that the cases of the Palm Garden Debtors be jointly administered under those under *In re New Louisiana Holdings, LLC, et al.*, Case No. 14-50756 (Jointly Administered).

15. The Debtors also seek the Court's direction that a notation be entered on the docket of each of the Palm Garden Debtors' cases to reflect the joint administration of these cases.

WHEREFORE, the Debtors respectfully request that the Court grant the Motion, direct the joint administration of their respective Chapter 11 cases, and grant such other and further relief as is just and proper.

Dated: August 1, 2014                     Respectfully submitted,

                                          NELIGAN FOLEY LLP

                                          By: /s/ Patrick J. Neligan, Jr.
                                              Patrick J. Neligan, Jr.
                                              Texas State Bar No. 14866000
                                              pneligan@neliganlaw.com
                                              James P. Muenker
                                              Texas State Bar No. 24002659
                                              jmuenker@neliganlaw.com
                                          325 N. St. Paul, Suite 3600
                                          Dallas, Texas 75201
                                          Telephone: 214-840-5300
                                          Facsimile: 214-840-5301

                                          BAKER, DONELSON, BEARMAN,
                                          CALDWELL & BERKOWITZ, PC

                                          /s/ Jan M. Hayden
                                          Jan M. Hayden (#06672)
                                          Erin E. Pelleteri (30666)
                                          201 St. Charles Avenue, Suite 3600
                                          New Orleans, Louisiana 70170
                                          Telephone: (504) 566-5200
                                          Facsimile: (504) 636-4000
                                          jhayden@bakerdonelson.com
                                          epelleteri@bakerdonelson.com

                                          PROPOSED COUNSEL FOR THE DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2014, a true and correct copy of the foregoing document was served on each of the parties on the attached list by U.S. First Class Mail, postage prepaid.

                                          /s/ Patrick J. Neligan, Jr.
                                          Patrick J. Neligan, Jr.

## MASTER SERVICE LIST
*New Louisiana Holdings, LLC, et al.*

**Debtor**

New Louisiana Holdings, LLC
Attn: Raymond P. Mulry
4 West Red Oak Lane, Suite 201
White Plains, NY 10604

**Debtor's Counsel**

Neligan Foley LLP
Attn: Patrick J. Neligan, Jr.
325 N. St. Paul, Suite 3600
Dallas, TX 75201

Baker Donelson Bearman Caldwell &
Berkowitz, PC
Attn: Jan M. Hayden
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

**U.S. Trustee**

Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101

**30 Largest Creditors on Consolidated Basis (Excluding Insiders)**

Agency for Health Care Administration
P.O. box 13749
Tallahassee, FL 32317-3749

Airgas USA, LLC
P.O. Box 532609
Atlanta, GA 30353-2609

Allied Mobile X-Ray
8360 W. Flagler Street, Suite 207
Miami, FL 33144

American Health Associates, Inc.
15712 SW 41st Street, Suite 16
Davie, FL 33331

American Pharmaceutical Services
P.O. Box 102082
Atlanta, GA 30368-2082

Aventura Hospital
9009 Corporate Lake Drive, Suite 300
Tampa, FL 33634

Apria Healthcare Inc.
P.O. Box 31001-0942
Pasadena, CA 91110

Bayfront Medical Center, Inc.
701 6th Street South
St. Petersburg, FL 33701

Baycare Outreach Laboratory
P.O. Box 277205
Atlanta, GA 30384-7205

CHC Labs Inc.
P.O. Box 277522
Atlanta, GA 30384-7522

Bay Pharmacy
Omnicare Billing
P.O. Box 715268
Columbus, OH 43271-5268

Compos Medical Pharmacy
660 Distributors Row, Suite A &B
Jefferson, LA 70123

Department of Health and Hospitals
P.O. Box 3767
Baton Rouge, LA 70821-3767

Direct Supply, Inc.
6767 N. Industrial Road
Milwaukee, WI 53223

Health Services Group, Inc.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020

Karl Koch
121 Watts Street, Suite F
Jonesboro, LA 71251

Maintenance Warehouse
P.O. Box 509058
San Diego, CA 92150-9058

Medline Industries
P.O. Box 382075
Pittsburgh, PA 15251-8075

Omnicare Pharmacy
Omnicare LB #715268
340 South Cleveland Ave.
Bld. 370 OH1-0471
Westerville, OH 43081

Palm Garden Health Care Inc.
2033 Main Street, Suite 300
Sarasota, FL 34237

PNC Solutions LLC
P.O. Box 51083
Sarasota, FL 34232

The Advocacy Group
215 South Monroe Street, Suite 702
Tallahassee, FL 32301

Joerns Healthcare, Inc.
P.O. Box 933733
Atlanta, GA 31193

Liberty Ambulance Service Inc.
1626 Atlantic Unversity Cir.
Jacksonville, FL 32207

Medical Imaging, Inc.
5000 North West 27th Ct., Suite B
Gainesville, FL 32606

O'Connor Davies Munns & Dobbins
One Stamford Landing
Stamford, CT 06902

Ostrow Reisin Berk & Abrams, Ltd.
455 North Cityfront Plaza, Suite 2600
Chicago, IL 60611-5555

Phelps Dunbar LLP
P.O. Box 974798
Dallas, TX 75397-4798

Recovercare LLC
Key Bank – LB #713222
895 Central Avenue, Suite 600
Cincinnati, OH 45202

Vista Clinical Diagnostics, Inc.
4290 South Hwy.27, Suite 201
Clemont, FL 34711

**Parties Requesting Notice**

Robert M. Hirsh
Jordana L. Renert
Arent Fox LLP
1675 Broadway
New York, NY 10019