IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| NEW LOUISIANA HOLDINGS, LLC | § | CASE NO. 14-50756 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

| IN RE: | § | |
|---|---|---|
| | § | |
| CHC-CLP OPERATOR HOLDING, LLC | § | CASE NO. 14-51104 |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Joint Administration Requested) |

| IN RE: | § | |
|---|---|---|
| | § | |
| CHC-SPC OPERATOR, INC. | § | CASE NO. 14-51106 |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Joint Administration Requested) |

| IN RE: | § | |
|---|---|---|
| | § | |
| SA-LAKELAND, LLC | § | CASE NO. 14 - 51103 |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Joint Administration Requested) |

| IN RE: | § | |
|---|---|---|
| | § | |
| SA-CLEWISTON, LLC | § | CASE NO. 14-51102 |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Joint Administration Requested) |

| IN RE: | § | |
|---|---|---|
| | § | |
| SA-ST. PETERSBURG, LLC | § | CASE NO. 14-51101 |
| | § | CHAPTER 11 |
| DEBTOR. | § | (Joint Administration Requested) |

## MOTION FOR EMERGENCY CONSIDERATION
## OF CERTAIN FIRST DAY MOTIONS

FirmDocs 80631v.1

**NOW INTO COURT**, through undersigned counsel, come the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"),[1] who file this Motion for Emergency Consideration of:

1. Emergency Motion for Authority to Pay Pre-Petition Employee Wages, Compensation, and Employee Benefits;

2. Emergency Motion for Interim and Final Order Prohibiting Utilities from Altering, Refusing or Discontinuing Service and Determining Adequate Assurance of Payment for Utility Service;

3. Emergency Motion for Authority to Maintain Existing Bank Accounts and Cash Management System and Waive the Requirement of Section 345(b) of the Bankruptcy Code;

4. Motion for Order Granting Joint Administration;

5. Palm Terrace Debtors' Motion (I) For Interim and Final Orders (A) Authorizing and Approving Debtor-In-Possession Financing; (B) Granting Security Interests and Superpriority Claims Pursuant to Sections 364(c) and (d) and 507 of the Bankruptcy Code and Bankruptcy Rule 4001(c); and (D) Modifying the Automatic Stay; and (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001; and

6. Emergency Motion for Interim and Final Orders Authorizing the Debtor to Use Cash Collateral and to Provide Adequate Protection to Prepetition Lenders (collectively, the "First Day Motions" and each a "First Day Motion").

In support of this request, the Debtors respectfully represent:

1. This Court has jurisdiction over this motion and the First Day Motions, and the relief requested herein under 28 U.S.C. § 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The First Day Motions involve "core" proceedings pursuant to 28 U.S.C. § 157(b)(2).

---

[1] The debtors in these chapter 11 cases include New Louisiana Holdings, LLC; CHC-CLP Operator Holding, LLC; CHC-SPC Operator, Inc.; SA-Lakeland, LLC; SA-Clewiston, LLC; SA-St. Petersburg, LLC; Cypress Health Care Holdings, LLC; and Cypress Health Care Management, LLC

2. On September 3 - 4, 2014 (the "Petition Date"), the Debtors filed for relief under chapter 11 of the Bankruptcy Code. The Debtors, excluding New Louisiana Holdings, LLC (which filed its Petition on June 25, 2014) continue as debtors-in-possession pursuant, pursuant to Bankruptcy Code §§ 1107 and 1108. No trustee or examiner has been appointed, and no official committee of creditors or equity interest holders has been established in these chapter 11 cases.

3. By separate motion, the Debtors have requested joint administration of these chapter 11 cases pursuant to Bankruptcy Code § 105(a) and Bankruptcy Rule 1015(b).

4. The Debtors request the entry of an order setting expedited hearings on the First Day Motions for **MONDAY, SEPTEMBER 8, 2014 AT 8:30 A.M. C.D.T.** at the United States Bankruptcy Court for the Western District of Louisiana, Lafayette Division, 214 Jefferson Street, Lafayette, LA 70501.

5. Notice of this motion has been given to the following parties or, in lieu thereof, to their counsel, if known: (a) the Office of the United States Trustee for the Western District of Louisiana; (b) the Debtors' 20 largest unsecured creditors on a consolidated basis; and (c) the managing member(s) of the Debtors. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

6. The Debtors submit that the parties receiving notice should be allowed to raise any objection to the relief requested herein or in the First Day Motions, orally, at hearing.

**WHEREFORE**, the Debtors request that this Court enter an order setting a hearing on the First Day Motions for **MONDAY, SEPTEMBER 8, 2014 AT 8:30 A.M. C.D.T.** at the United States Bankruptcy Court for the Western District of Louisiana, Lafayette Division, 214 Jefferson Street, Lafayette, LA 70501, that this Court allow parties to raise any objection to the

relief requested in the First Day Motions, orally, at hearing, and for such other relief as this Court may deem appropriate.

Dated: September 5, 2014           Respectfully submitted,

By:     /s/ Patrick J. Neligan, Jr.
Patrick J. Neligan, Jr.
Texas Bar No. 14866000
pneligan@neliganlaw.com
James P. Muenker
Texas Bar No. 24002659
jmuenker@neliganlaw.com

**NELIGAN FOLEY LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

/s/ Jan M. Hayden
Jan M. Hayden (#06672)
jhayden@bakerdonelson.com
Erin E. Pelleteri (#30666)
epelleteri@bakerdonelson.com
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**PROPOSED COUNSEL FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2014, a true and correct copy of the foregoing document was served on each of the parties on the attached list by either overnight mail, e-mail, or U.S. First Class Mail, postage prepaid.

/s/ Patrick J. Neligan, Jr.
Patrick J. Neligan, Jr.

# PALM TERRACE DEBTORS SERVICE LIST

Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101

Katten Muchin Rosenman LLP
Attn: Kenneth J. Ottaviano
525 West Monore Street
Chicago, IL 60661-3693

Belfor USA Group Inc.
185 Oakland Avenue, Suite 300
Birmingham, MI 48009-3443

Donnelly Engineering
8751 Commodity Circle, Suite 5
Orlando, FL 32819

Healthcare Services Group Inc.
3220 Tillman Drive, Suite 300
Bensalem, PA 19020

Joerns Healthcare Inc.
P.O. Box 933733
Atlanta, GA 31193

Long Term Care Nutrition
2308 Longmoore Court
Orlando, FL 32835

Maxwell Urethane Roofing Inc.
P.O. Box 150081
Cape Coral, FL 33915

Mobilex USA/Symphony Inc.
930 Ridgebrook Road, 3rd Floor
Sparks Glencoe, MD 21152

RK Collaborative
545 Delaney Avenue, Suite 7
Orlando, FL 32801

Trinity Non-Emergency Transport
P.O. Box 2005
Bartow, FL 33831

Vista Clinical Diagnostics Inc.
4290 South Hwy. 27, Suite 201
Clemont, FL 34711

Pacific Western Bank
5404 Wisconsin Ave., 2nd Floor
Chevy Chase, MD 20815

Bayfront Medical Center Inc.
701 6th Street South
St. Petersburg, FL 33701

Direct Supply Healthcare Equipment
P.O. Box 88201
Milwaukee, WI 53288-0201

Greenberg Traurig LLP
101 East College
P.O. Drawer 1838
Tallahassee, FL 32302

Hendry Regional Medical Center
524 W. Sagamore Avenue
Clewiston, FL 33440

Littler Mendelson, P.C.
P.O. Box 45547
San Francisco, CA 94145-0547

Maintenance Warehouse
P.O. Box 509058
San Diego, CA 92150-9058

Medline Industries
P.O. Box 382075
Pittsburg, PA 15251-8075

Omnicare Pharmacy
900 Omnicare Center
201 East Fourth Street
Cincinnati, OH 45202

Specialize Medical Services Inc.
7237 Solution Center
Chicago, IL 60677-7002

U.S. Foodservice
3682 Collection Center Drive
Chicago, IL 60693-0036

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

80630v.1

Florida Department of Health
Div. Medical Quality Assurance
4052 Bald Cypress Avenue
Tallahassee, FL  32399-3260

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

American Express Finance
P.O. Box 1270
Newark, NJ  07101

Joseph P. Hebert
Liskow & Lewis
822 Harding Street
Lafayette, LA  70503

Polk County Tax Assessor
430 East Main Street
Bartow, FL  33830

PrivateBank and Trust Company
120 South LaSalle Street
Chicago, IL  60603

Cannon Financial Services Inc.
14904 Collection Center Drive
Chicago, IL  60693-0149

William H. Patrick III
Tristan Manthey
Cherie D. Nobles
Heller, Draper, Patrick, Horn & Dabney LLC
650 Poydras Street, Suite 2500
New Orleans, LA  70130

80630v.1