UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY



14-50756 New Louisiana Holdings, LLC   Chapter: 11

Motion for Emergency Consideration of Certain First Day Motions
on behalf of New Louisiana Holdings, LLC

**APPEARANCES:**

Patrick J. Neligan Jr. & James Blalock representing DIP
JP Hebert and Karin Berg for Pacific West Bank
William Patrick & Cherie Nobles for SA Mezz Holdings

**RULING:** Motion is granted.

**ORDER TO BE PREPARED BY:** Neligan

Date: September 8, 2014

