IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CHAPTER 11 |
| NEW LOUISIANA HOLDINGS, LLC, *et al.* | § § § | CASE NO. 14-50756 |
| DEBTORS. | § § | (Jointly Administered) |

**PALM TERRACE DEBTORS' EX PARTE MOTION FOR EXTENSION OF
TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

SA-St. Petersburg, LLC, SA-Clewiston, LLC, SA-Lakeland, LLC, CHC-CLP Operator Holding, LLC, and CHC-SPC Operator, Inc. (the "Palm Terrace Debtors[1]"), pursuant to Local Rules 1007-1 and 9013-1(D), move this Court for an extension of time to file their Schedules of Assets and Liabilities and Statement of Financial Affairs. In support of this Motion, the Palm Terrace Debtors state the following:

**JURISDICTION**

1. The Palm Terrace Debtors filed their voluntary petitions under Chapter 11 of the Bankruptcy Code on September 3 – 4, 2014, in the United States Bankruptcy court for the Western District of Louisiana. Pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code, the Palm Terrace Debtors are operating their business and managing their property as debtors in possession. An order granting joint administration of the Palm Terrace Debtors chapter 11 cases with those of its affiliates was entered on September 9, 2014.

2. In accordance with Fed. R. Bankr. P. 1007(c), the Palm Terrace Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "<u>Schedules</u>") are due to be filed with the Court within 14 days after the Petition Date.

---

[1] SA-St. Petersburg, LLC (Case No. 14-51101), SA-Clewiston, LLC (Case No. 14-51102), SA-Lakeland, LLC (Case No. 14-51103), CHC-CLP Operator Holding, LLC (Case No. 14-51104), and CHC-SPC Operator, Inc. (Case No. 14-511046.

80684v.2

Accordingly, the deadline for the Palm Terrace Debtors to file their Schedules is September 17, 2014.

3. Due to the complexity of the Palm Terrace Debtors' books and records and volume of material to be included in the Schedules, the Palm Terrace Debtors will require an additional 13 days, or until September 30, 2014, in which to file their Schedules.

4. The § 341 meeting of the creditors is scheduled for October 7, 2014. By this Motion, the Palm Terrace Debtors request a 13 day extension of time, up through and including September 30, 2014, within which to file their Schedules.

5. In accordance with Local Rules 1007-1 and 9013-1(D), an extension of time for the filing of schedules and statements may be granted on an ex parte basis where the requested deadline is not later than seven days before the §341 meeting. Here, the Palm Terrace Debtors request an extension of 13 days, up through and include September 30, 2014, within which to file their Schedules, which is 7 days prior to the § 341 meeting.

6. The Palm Terrace Debtors submit that this Motion is being filed in good faith and will not prejudice the rights of any creditors or parties in interest.

**WHEREFORE**, the Palm Terrace Debtors respectfully request the entry of an Order: (a) granting the Motion; (b) extending the time within which the Palm Terrace Debtors shall file their Schedules, through and including September 30, 2014; and (c) granting such other and further relief as the Court deems just and proper.

Dated: September 11, 2014.  Respectfully submitted

                                                 */s/ Patrick J. Neligan, Jr.*
                                                 Patrick J. Neligan, Jr.
                                                 Texas State Bar No. 14866000
                                                 pneligan@neliganlaw.com
                                                 James P. Muenker
                                                 Texas State Bar No. 24002659
                                                 jmuenker@neliganlaw.com

                                                 **NELIGAN FOLEY LLP**
                                                 325 N. St. Paul, Suite 3600
                                                 Dallas, Texas 75201
                                                 Telephone: (214) 840-5300
                                                 Facsimile: (214) 840-5301

                                                 **PROPOSED COUNSEL FOR DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that a on the 11th day of September, 2014 a true and correct copy of the Palm Terrace Debtors' Ex Parte Motion for Extension of Time to File Schedules and Statement of Financial Affairs has been served on the Office of the U.S. Trustee, 300 Fannin Street, Suite 3196, Shreveport, Louisiana and via the Court's ECF notification system.

                                                 */s/ Patrick J. Neligan, Jr.*
                                                 Patrick J. Neligan, Jr.