

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

14-50756 New Louisiana Holdings, LLC    Chapter: 11

Motion for Relief from Stay on behalf of Judy Litton and Johnnie Cheatham

APPEARANCES:

No appearances

RULING: Motion for relief from stay is denied. Adequate protection is entered pursuant to a consent order to be submitted by the parties.

ORDER TO BE PREPARED BY: Parties

Date:  September 30, 2014