UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

NEW LOUISIANA HOLDINGS, LLC     CASE NO. 14-50756
Et al.     CHAPTER 11

    DEBTORS     JOINTLY ADMINISTERED

---

NOTICE OF APPOINTMENT OF CREDITORS' COMMITTEE

COMES NOW Henry G. Hobbs, Jr., Acting United States Trustee for Region 5, through the undersigned and pursuant to 11 U.S.C. §§1102(a) and 1102(b)(1), and hereby gives notice that the following creditors of the above-named debtor(s) are among those holding unsecured claims and are willing to serve and therefore are appointed to serve as a committee of unsecured creditors with the powers enumerated in 11 U.S.C. §1103.

The creditors' committee members' names and addresses are listed on Attachment A which is incorporated and made a part of this notice. A copy of this notice has been sent to each creditor listed on Attachment A as well as the parties listed on the Certificate of Service.

                         Respectfully submitted,

                         HENRY G. HOBBS, JR.
                         Acting United States Trustee
                         Region 5, Judicial Districts
                         of Louisiana and Mississippi

                         By:/s/ Gail Bowen McCulloch
                         GAIL BOWEN McCULLOCH

Gail Bowen McCulloch
Trial Attorney
Office of the United States Trustee
300 Fannin Street, Suite 3196

Shreveport, Louisiana 71101
Telephone no. (318) 676-3456
Direct telephone no. (318) 676-3550
Facsimile no. (318) 676-3212
LA Bar no. 3337

ATTACHMENT A

NAMES AND ADDRESSES OF MEMBERS OF CREDITORS' COMMITTEE

HEALTHCARE SERVICES GROUP, INC.
Patrick Orr
3220 Tillman Drive
Suite 300
Bensalem, PA 19020
porr@hcsgcorp.com
Phone: (215) 639-4274

MEDLINE INDUSTRIES, INC.
Shane Reed  (Chairman)
1 Medline Place
Mundelein, IL 60060
SReed@medline.com
Phone: (847) 643-4103

OMNICARE INC.
Joann Billman
900 Omnicare Center
201 East Fourth Street
Cincinnati, OH 45202
Joann.Billman@omnicare.com
Phone: (513) 719-2703