UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO. 14-50756 |
| | ) | |
| NEW LOUISIANA HOLDINGS, LLC, | ) | (Chapter 11) |
| Et al. | ) | |
|     Debtors | ) | (Jointly Administered) |

## MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with the local rules for the United States Bankruptcy Court, Western District of Louisiana, application is made on behalf of Katherine A. McFarland, of the Wilkes & McHugh law firm, to be admitted *pro hac vice* to the bar of the court for the purpose of appearing on behalf of the following individuals and estates, in the above described action: Judith Buss, Sheila Duerst, Estate of Alphonse L. Bouchard, Rosemary Mullen, Charlie Rutledge, The Estate of Danuse Mohr, The Estate of Eldon Sipes, The Estate of Howard Oliver Algeo, The Estate of James H. Acker, The Estate of James R. Nobles, The Estate of John W. Berry, The Estate of Joyce Digrazia, The Estate of Leo Poulin, The Estate of Mildred Harpin, The Estate of Odell Jordan, The Estate of Ora Lee Bryant, The Estate of Patricia A. Harris, The Estate of Richard Pompei, The Estate of Robert E. Metzger, The Estate of Robert Whitmire, The Estate of Virginia L. Bliven, Henry S. Virgo, Donald Ware, David Deal, The Estate of Leon Demps, The Estate of Juanita Henderson, The Estate of Ruby Holley, The Estate of Bertha Smith, James J. Williams, Jr., The Estate of Beulah K. Willis, Calvin Monroe, The Estate of David Santiago, Sr., The Estate of David L. Ferguson, and The Estate of Tillie Marie Fuchs:

- I am ineligible to become a member of this court, but I am a member in good standing of the highest court of Florida. Attached hereto is a certificate of good standing from such court as well as supporting affidavit.

- Payment of the applicable fee of $105.00 is to be made per the local rules and as provided by the Clerk of Court.

- There has been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States Bankruptcy Court, Western District of Louisiana, Kirk A. Patrick, III, of the firm Donohue, Patrick & Scott, PLLC is appointed as local counsel.

- I authorize the Clerk of the Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filter) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter messages sent from [Clerk@lawb.uscourts.gov](mailto:Clerk@lawb.uscourts.gov). I understand this electronic notice will be in lieu of notice by any other means. I understand that it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or updated my electronic mail address within the court's electronic filing system.

WHEREFORE, premises considered, Kirk A. Patrick, III, respectfully prays that Katherine A. McFarland, be permitted to appear *pro hac vice* before this Court in the above-captioned case and to act as counsel for Judith Buss, Sheila Duerst, Estate of Alphonse L. Bouchard, Rosemary Mullen, Charlie Rutledge, The Estate of Danuse Mohr, The Estate of Eldon Sipes, The Estate of Howard Oliver Algeo, The Estate of James H. Acker, The Estate of James R. Nobles, The Estate of John W. Berry, The Estate of Joyce Digrazia, The Estate of Leo Poulin, The Estate of Mildred Harpin, The Estate of Odell Jordan, The Estate of Ora Lee Bryant, The Estate of Patricia A. Harris,

The Estate of Richard Pompei, The Estate of Robert E. Metzger, The Estate of Robert Whitmire, The Estate of Virginia L. Bliven, Henry S. Virgo, Donald Ware, David Deal, The Estate of Leon Demps, The Estate of Juanita Henderson, The Estate of Ruby Holley, The Estate of Bertha Smith, James J. Williams, Jr., The Estate of Beulah K. Willis, Calvin Monroe, The Estate of David Santiago, Sr., The Estate of David L. Ferguson, and The Estate of Tillie Marie Fuchs.

Respectfully Submitted,

DONOHUE PATRICK & SCOTT, PLLC

/s/ Kirk A. Patrick, III
Kirk A. Patrick, III (#19728)
450 Laurel Street, Suite 1600
Baton Rouge, LA 70801
Telephone: (225) 214-1908
Facsimile: (225) 214-3551
kpatrick@dps-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* has been duly served upon those parties receiving electronic notification via the Court's CM/ECF System on this 8th day of January, 2015.

_____/s/ Kirk A. Patrick, III_____