



*An Introduction*

The Schwartzberg Companies is a family-built and run business with nearly 40 years of direct experience in the Senior Housing Market. The company believes that its "Crawl, Walk and Run" philosophy has been the cornerstone of its successful growth in the long term care industry over the past 40 years.

Beginning in the early 1970s, TSC focused its operations in the New York area where it successfully operated 1,200 beds in the New York Market at over 95% occupancy for many years. *In the 1990s, the company began to acquire facilities from the larger public companies, culminating in the acquisition of over 6,000 beds from the public companies.* After divesting the company of over 1,000 beds in the NY market and 1,200 beds outside of the NY markets, TSC took advantage of its experienced operating history and focused the resources on the competitive southeastern markets.

Schwartzberg-trained management currently operate 27 Facilities in Florida and Georgia and own many other properties nationwide. *In total, TSC own or operate over 8000 Skilled Nursing Beds and over 2500 Apartment Units and employ over 5000 employees.* Utilizing proven strategies for both census development and employee attraction/retention programs, TSC continue to maintain an occupancy rate in excess of 95% and maintain an employee turnover rate of approximately 50%. (Industry average is over 80%).

In The past 40 years, The Schwartzberg Companies has Developed, Acquired, and/or Financed Properties Valued At Over $750,000,000.

 THE SCHWARTZBERG COMPANIES





*Geographic Presence*

Properties Owned or Operated By The Schwartzberg Companies: 28

Properties Managed By Cypress: 28



## Business Model

*Our business model is concentrated into four distinct units:*

*Operations*: Schwartzberg trained management team oversees the management and operation of all of our health care operations. Currently, we manage over 4,000 skilled nursing beds with $230,000,000 in annual revenues

*Acquisitions*: Schwartzberg is constantly in the market for acquisitions. Over the past 36 months we have acquired over $250,000,000 of senior housing facilities.

*Development*: Schwartzberg has developed (design, finance and construction) over 50 senior housing facilities nationally. In addition, Schwartzberg has built numerous non-healthcare properties including a 1,200 unit high rise apartment complex, numerous industrial properties and commercial properties.

*Financing*: Schwartzberg has acted as advisor and consultant for third party healthcare operators in connection with healthcare financing. Schwartzberg closed over $125,000,000 in financing for unrelated owners and operators.

*Consultation and Asset Management*

Lenders and investors are often at a disadvantage in the health care arena where licensure standards, operating procedures, market strategies, recruitment and retention of quality health care professionals present increasingly complex challenges. *With many years of successful evaluation and operation, our executives have the specialized knowledge and skills that these open-ended challenges require.*

Our team of proven experts can review any nursing center operation and report confidentially on the current status of operational efficiency and make specific, practical recommendations for maximization of potential. From single-issue analysis to comprehensive reviews, and strategic planning, our consultative services are discreet, reliable and cost-effective.

Beginning with a desk audit of detailed financial statements, the company's performance is compared to local and national statistics.

A comprehensive operational summary is also prepared, outlining the company's strengths and weaknesses, including recommendations for improvement. When desired, on-site reviews of the company's facilities are conducted resulting in detailed environmental, clinical and fiscal evaluations. If interviews with management are possible, we will even develop a strategic plan for the company's future operation. The possibility of divestiture is also analyzed and recommendations for maximization of opportunities are included in the final confidential reports.

Whether our services are secured through contract or receivership, once established, we continue to improve and upgrade management services. Working closely with a top health care law firm, we receive daily updates on all pertinent operational and clinical requirements from certificate of need issues and cost reimbursement procedures to state and federal regulation and facility contract obligation. These contemporary standards of performance are immediately implemented to assure compliance with licensure requirements, maximization of reimbursement and capture of optimum market share.



*Investor and Advisor*

The Schwartzberg Companies have acted as advisor and consultant for third party healthcare operators in connection with healthcare financing.

Schwartzberg offers analysis and guidance services to providers with the aim of helping them without sacrificing their core business objective - quality resident care. Recognizing that along with financial success comes increased responsibilities and complexity, *Schwartzberg's holistic approach to managing all aspects of clients' financial situations has yielded remarkable results while also developing solutions and programs to enhance quality.*



*Investor and Advisor*

The Schwartzberg Companies invests equity and provides lending services to the senior housing and care industry through the following structures:

*Equity Investments:* Schwartzberg provides equity or first loss capital on senior housing properties

*Sale – Lease Back:* Traditional purchase and sale with lease-back of senior housing properties to quality operators

*Sale – Manage Back:* Traditional purchase and sale with manage back of senior housing properties.  Participation feature available

*Mezzanine Financing:* The Schwartzberg Companies provides first loss capital to mezzanine lenders who invest in the senior housing and care industry

*Mortgage Banking:* The Schwartzberg Companies provides traditional mortgage banking services for the senior housing and care industry



*Advisory Board*

BUSINESS, AS LIFE, IS ALL ABOUT STAGES.

YOU NEED TO CRAWL BEFORE YOU WALK AND

WALK BEFORE YOU AN RUN.

FOCUS ON THE QUALITY OF YOUR

PERFORMANCE, AND YOU WILL BE RUNNING

IN NO TIME.

AL SCHWARTZBERG

Al Schwartzberg
*Chairman: The Schwartzberg Companies*

Alan Witt
*Ostrow, Reisen, Berk and Abrams: Director*

Harvey Miller
*Greenhill & Company, Vice Chairman*

Ahmad Rashad
*Television Producer/Television Host*

Elon D. Spar
*Cantor Fitzgerald: Head of International Equities and Trading*

William White
*Chief Operating Officer and Executive Committee Member  Intrepid Museum Foundation*

Al Schwartzberg: Chairman: The Schwartzberg Companies

Al Schwartzberg is Chairman of The Schwartzbeg Companies, one of the largest private owners and operators of senior housing in the United States. In 1962 Mr. Schwartzberg had a vision of the Long-Term Care industry. He believed that there was going to be a tremendous need for Skilled Long Term beds in New York, and he and his partners decided to act on this vision. Since 1962 Mr. Schwartzberg has financed, developed and completed the construction of over 100 senior housing facilities. This portfolio included a majority of Nursing Homes, a variety of industrial plants, high rise apartment buildings, factories and various multi-purpose facilities. Mr. Schwartzberg was eventually elected President of his private construction company by the existing Board of Directors. Mr. Schwartzberg has received numerous awards and recognitions over the years for both his professional and charitable work. In 2000, Mr. Schwartzberg was honored with the Ellis Island Medal of Honor at a ceremony on Ellis Island. Mr. Schwartzberg was not only an honoree but was an invited speaker at the event. The Ellis Island Medals of Honor are presented to Americans of diverse origins for their outstanding contributions to their own ethnic groups and to American society. Honorees have included U.S. Presidents, Nobel Prize winners, leaders of industry, and gifted artists.

Elon D. Spar

Cantor Fitzgerald: Head of International Equities and Trading

Elon earned his BA at Haverford College in 1983 with a double major of Economics and Political Science, after which, he attended Stanford University, where he received his MBA in 1987. After graduation, Elon took a job with Credit Suisse First Boston, where he worked as Managing Director, Head of Listed Trading and Head Media Trader. In 2004 Elon moved to Cantor Fitzgerald where he is currently head of International Equities Sales and Trading. He is based in London. Elon has been a member of the Industry Association Trading Committee from 2000-2004, and is also engaged in several community efforts. He is currently serving on the Board of Managers at Haverford College where he is also the Chairman Committee of 100 (All donors $100,000 or higher to Haverford's Endowment Campaign). Additionally, Elon serves on the Jewish Board of Family and Children's Services (Jewish Connections Divisional Committee), and the Bet Torah Synagogue where he works on the Ritual Committee and Rabbi Search Committee.

Ahmad Rashad
Television Producer/Television Host

Named Executive Producer of NBA Inside Stuff and NBA Entertainment-produced specials in March 1998, Emmy Award-winning sportscaster Ahmad Rashad is in his 14th season as host of NBA Inside Stuff. A six-time Emmy nominee in five different categories, Rashad also brings his NBA expertise to the ESPN/ABC NBA team, providing lifestyle features and essays for both networks. In addition to the pre-game shows, Rashad's work also appears on ESPN's SportsCenter, NBA 2Night, NBA FastBreak and other studio programming. In 2003, Rashad was host for ABC's top-rated reality show, "Celebrity Mole," and also served as host for the show's second season. A graduate of the University of Oregon, where he was a two-time All-American, Rashad was the 1995 Recipient of the University's Pioneer Award, the highest honor given to an alumni; and he serves on the Board of Trustees for the University of Oregon. Rashad also holds an honorary degree of Doctor of Journalism from the University of Puget Sound. An All-Pro, Rashad was a four-time Pro-Bowl selection for the NFL's Minnesota Vikings and was voted to the Vikings All-time 25th Anniversary Team and most recently the 40th Anniversary team. He is also the author of the best-seller Rashad: Vikes, Mikes and Something on the Backside.

Harvey Miller
Vice Chairman, Greenhill & Co.

Mr. Miller joined global investment banking firm Greenhill in 2002. Prior to that, Harvey was Senior Partner of Weil, Gotshal & Manges, LLP. He was head of its business finance and restructuring department for 31 years and aslo a member of its management committee for 27 of these. Actively involved in substantially all of the major restructuring and bankruptcy reorganization cases since starting the department at Weil. As head of the Business Finance and Restructuring Department, Miller participated in many prominent restructuring situations that include: Adelphia Business Solutions, Arch Wireless, Bethlehem Steel, Carmike Cinemas, Continental Airlines, Eastern Airlines, Federated Department Stores, Global Crossing, Marvel Entertainment Group, Montgomery Ward, The New York Daily News, R.H. Macy & Co., Rockefeller Center Properties, Safety-Kleen, Sunbeam, and Texaco.

**Alan Witt**
Ostrow, Reisen, Berk and Abrams: Director

Alan has been with Ostrow Reisin Berk & Abrams, Ltd., as a director since 1983. He specializes in serving owners of manufacturing and distribution companies, as well as other privately held corporations. As one of the directors in charge of the firm's international tax and business consulting team, Alan's specialties include tax structuring, mergers and acquisitions, management advisory services, and estate and personal financial planning. He is also an originator of the firm's High Net Worth Advisory Service Department and Family Office Group. Alan is a member of the American Institute of Certified Public Accountants, and is an Accredited Personal Financial Planning Specialist through that organization. In addition, Alan is a member of the Illinois CPA Society (ICPAS), the Chicago Estate Planning Council, American Bar Association, the Illinois Bar Association, and the Chicago Bar Association. Alan serves as the chairperson of the Professional Advisory Council of the Jewish Federation, and is a member of the Legacy and Endowment committee. He has authored and contributed to numerous books and articles, and taught at area colleges and various ICPAS seminars. He has also been a keynote speaker at numerous trade associations on tax and personal financial counseling topics.

**William White**
Chief Operating Officer and Executive Committee Member:
Intrepid Museum Foundation

Bill White serves as a member of the Executive Committee and as Chief Operating Officer of the Intrepid Museum Foundation. In 1992 White came to Intrepid full-time, managing all fundraising and business development. He is responsible for planning, marketing and executing special fundraising events, which have included benefit dinners honoring world leaders such as Presidents Clinton, Bush and Reagan, Prime Ministers Rabin and Thatcher, and President Yeltsin, as well as corporate and military leaders. White is responsible for exploring means of expanding current business activities to further increase income; investigating potential new business activities; and engaging in other activities which generate support for Intrepid and her various educational initiatives. White has generated millions of dollars in new government and private support for Intrepid, and led in the 1996 restructuring of Museum management and in establishing a corporate operational philosophy.



**CYPRESS**
HEALTH CARE MANAGEMENT

The operational strategy of Cypress Health

Care Management uses a balanced approach

with four different perspectives in an effort to

best achieve the goal of taking care of people

who can't take care of themselves.  It is the

belief of Cypress Health Care Management

that these perspectives build upon each other

and there are inherent linkages within the

goals set forth by the Management Team.

- 28 Properties Managed

- Nearly 5,000 Employees

- Occupancy Rate Just Under 95%

- $230,000,000 in Annual Revenues



## People & Culture

Cypress Health Care Management believes that the key to success revolves around recruiting and retaining the best employees and assuring that they are properly educated and fully understand the Cypress culture.

## Business Processes

With the right people and the correct use of technology, Cypress Health Care Management believes that it has the resources necessary to provide the highest quality service to its customers. Cypress strives to provide not only the best quality care possible, but to also develop an open and honest relationship with all of its customers. Additionally, Cypress Health Care Management focuses on performing at the highest level of operational efficiency. This includes optimizing rate, occupancy and expense management, monitoring internal processes for effectiveness, and having a continual and intensive focus on Risk Management.

## Customer

Cypress Health Care Management believes that it has four primary customers, the needs of whom must be met in order to achieve sustained success. These customers are: Residents, Responsible Parties, Referral Sources, and Payer Sources. Cypress Health Care Management adjusts its internal processes to assure that it is doing everything in its power to create an environment of trust, choice, and consistency with regard to the services the Company provides.

## Financial

Cypress Health Care Management believes that the end result of hiring the best employees and providing appropriate technology will enable The Company's workforce to excel at all the essential business processes necessary to meet the needs of the Company's customers. This will result in the Company's ability to grow revenue and mange expenses, which in turn will create EBITDA and cash flow to enhance enterprise value.

*Cypress Health Care Management integrates this strategy at every level in its organization. The Company believes that it is impossible to achieve its financial goals without the right people and processes in place. This strategy permeates all facets of the culture at the Company from the facility level to the regional teams and Corporate Office.*




**CYPRESS**
HEALTH CARE MANAGEMENT

*Sales and Marketing Organization*

### The Programs

Within its historical operating history, TSC/Cypress Health Care Management have always been able to systematically increase not only top line Census Numbers, but also, simultaneously improve the overall quality of its census mix. These results have been achieved through a variety of programs and policy implementations. No one program has achieved these results, but rather, a comprehensive focus on a variety of controllable factors has been responsible for the success. In summary, these efforts include but are not nearly limited to:

*Intelligent Admissions:* This concept refers to the strategic evaluation of all admissions based on a multitude of evaluative quality criteria prior to admissions. Financial "Cost Outs", risk-management assessments, and other criteria are carefully evaluated prior to admission. As a result, there is less liability exposure from a litigation and financial loss perspective, which in turn begets more quality among the admissions and subsequently, from the community referral sources. The Company's unique program of intelligent admissions has resulted in a 90% decrease in professional liability claims and superior clinical results.

*Utilization Review:* By focusing on better case management within the facility, i.e., managing unplanned discharges, education of providers and risk management education, the facilities are able to increase the Medicare length-of-stay for Medicare subsequently leading to a higher aggregate and average Medicare census.

*Therapy Services:* By strategically promoting and efficiently operating the in-house and outpatient therapy services (Physical Therapy, Speech Therapy, and Occupational Therapy), the program continually develops long-term professional and family referrals for "repeat" customers.

*Ancillary Services:* By strategically promoting and efficiently operating "vertical" ancillary programs within individual facilities, i.e. positioning individual facilities as "specialized care centers" in highly specialized fields, long-term professional and family referrals for "repeat" customers are developed. Like therapy services, these specialized care delivery systems (for example, Uroindependence programs, Respiratory Services, Lymphodemia treatment, Ultrasound /Circulatory Treatment, Dysphasia Treatment) attract professional referrals, community attention and repeat business from outpatient and short term residents.



*Training:*  A high degree of company resource is placed into the continual training, development and coaching of staff to identify themselves not only as consummate health care providers, but additionally, empowered "solution providers" for residents and their families. This has been tremendously successful in promoting the facilities as centers of excellence within the professional communities, within the eyes of the public and among Cypress' competitors. Furthermore, ALL employees are trained and empowered to be directly responsible for and to the census objectives. The phrase in the buildings "everyone is part of the marketing team" is a culture that is lived and breathed in the facilities, not just a mantra. There is a high value placed on interdepartmental accountability for admissions development and retention. Everyone at all levels and in all departments, is trained and rewarded for being "part of the success."

*Improved Marketing Techniques:* A diverse mix of technologically based tracking and development tools for marketing development are used by members of Cypress' census development. These include but are not limited to interactive web portals and virtual tours via DVDs for prospective residents/discharge planners within the hospital setting. In addition, grass roots marketing initiatives, such as community marketing, direct mail campaigns, competitive intelligence, public relations, web-based initiatives and other tools to promote the facilities and generate quality referrals and admissions, are utilized.

*The People:* At the facility level, TSC/Cypress HCM utilizes the following models to implement its programs:

Each building utilizes one dedicated internal admissions position and one dedicated external position (nurse evaluation/ admissions appropriateness). In cases where there are provider hospitals referring to a cluster of Cypress' facilities at once, The Company has developed economies-of-scale to reduce the number of external resources that are appropriate for the market.

All of these staff report in a functional capacity to the Executive Director of Strategic Development

The admissions process is supported at the regional level by Director Of Case Mix Services and The Director of Utilization Review. These positions help increase and improve the quality of mix within the portfolio and support the quality initiatives spearheaded by the admissions processes. Within the building, the administrator and key department heads (DON, Social Services) are also utilized as necessary to directly support the admissions process.



**CYPRESS**
HEALTH CARE MANAGEMENT

*Risk Management*

Risk Management is a proactive way to identify areas of concern regarding quality of care and exposure and provides an opportunity to address them through the Risk Management and Performance Improvement Program (RMP) in the nursing facility. By identifying and responding to situations before they become larger concerns and substantive quality issues, we strive to create an environment where clinical excellence and superior care for our residents is coupled with a safe work environment for the residents, our coworkers and employees.

The Cypress Health Care Management Risk Management program is a highly aggressive and comprehensive program that permeates all departments within facility. Through a formalized system of innovative programs designed to foster communication between the facility and the residents and their families, a network of dedicated Risk Management personnel in each building and standardized systematic reporting processes across all facilities related to incident and potential incident reporting, the RMP has been implemented to eliminate harm to residents whenever possible.



**CYPRESS**
HEALTH CARE MANAGEMENT

*Risk Management*

This summary offers an overview of the RMP including: Highlights of the various RMP program initiatives, listing of key RM personnel and descriptions of the processes that comprise the RMP. Furthermore, the summary corresponds to the "Cypress Health Care Management: Risk Management - Procedure Manual ©" which is a more detailed description of our RMP and includes: Specific program descriptions, detailed examples of reporting tools, specific risk management job descriptions and detailed risk management policies and procedures.

OVERVIEW OF KEY RMP PERSONNEL ALL FACILITIES:

At each facility, the following are the personnel who are responsible for the implementation and monitoring of the Risk Management protocols within the facility:

° Dedicated Facility Risk Manager (Registered Nurse and facility rank of Assistant Director of Nursing)
° Facility Administrator
° Facility Director of Nursing Services
° Risk Management/Performance Improvement Committee (comprised of individuals above, as well as line staff)

In Conjunction With:
° National Risk Management Director and Risk Management Committee
° Corporate Legal Counsel

OVERVIEW OF KEY RMP PROCESSES:

The RMP process starts before any potential resident is even admitted into the facility. The first process that is initiated begins with the Admissions staff. A formal Risk Management assessment is done on behalf of the Nurse Evaluator. This individual is responsible for assessing referrals for admission from the hospitals. At that time, various risk factors are determined as part of the admissions process:

° Standards of clinical appropriateness for the individual facility
° Medical Histories
° Social Histories
° Litigation Histories



CYPRESS
HEALTH CARE MANAGEMENT

*Risk Management*

Should a particular incident occur with a resident or employee, very specific reporting processes are in place to ensure timely and accurate reporting of information to the appropriate RMP personnel. Examples include:

- 1 Day incident report
- 15 Day incident report
- Incident Reports
- POTENTIAL Incident Reports
- Receipt of Requests for Medical Records
- Receipt of Notice of Intent

## RMP PROCESS MONITORING INCLUDES:

Weekly RMP reviews between National Risk Manager, facility Risk Managers and Corporate Office in the following areas (including but not limited to):

- Acquired Pressure Ulcers
- Falls
- Falls w/fractures
- Grievances
- Employee injuries/workers compensation
- Med Errors
- Adverse Incidents
- Elopements
- Monthly RMP reviews
- Annual RMP reviews
- Weekly Risk Management Committee meetings
- Specific Risk Management Task Force meetings



CYPRESS
HEALTH CARE MANAGEMENT

## OVERVIEW OF KEY RMP PROGRAM INITIATIVES:

*Circle Of Care:* The Circle of Care program is a program designed to set appropriate expectations with the resident and their families upon admission into the facility. Expectations of clinical outcomes for the resident, interaction with facility programs, introduction of staff members, etc. are all part of this program. Facility team members who participate include the admissions staff, social workers, and members of the clinical nursing team. From a Risk Management perspective, it helps to establish appropriate expectations for the recovery/improvement of the resident and helps to minimize false outcome expectations regarding perceived clinical care offered at the facility and the individual resident.

*In Touch Hotline:* The "In Touch Hotline" is a dedicated 800#, which allows direct & confidential reporting of family and resident concerns to an operator who can directly route the problem to the appropriate management member for resolution. From a Risk Management perspective, this program provides timely communication of problems that could otherwise escalate needlessly and provides reporting opportunities to the families in a non-threatening manner.

*Ambassador Program:* The "Ambassador Program" is a system whereby managers within a particular building are assigned to a resident upon admission. The resident's ambassador is his/her personal liaison for problem resolution, above and beyond the normal processes available within the building. From a Risk Management perspective, the benefit of this program is managerial intervention at the early stages of a perceived problem, minimizing needless problem evolution through immediate rectification.

*Corporate Compliance:* The Corporate Compliance Program is a system in which all employees are empowered and required to report any and all suspected cases of corporate impropriety to their facility level corporate compliance officer and/or the National Corporate Compliance #. A corporate compliance program acknowledgement form must be signed by all employees within the building, acknowledging their rights and responsibilities for maintaining appropriate corporate compliance standards and the consequences for not following appropriate standards



### CYPRESS
HEALTH CARE MANAGEMENT

*Risk Management*

*In-servicing/Training:* Cross-departmental training of all employees is conducted with frequency and regularity within the facility. Topics include but are not limited to:

- OSHA issues
- Reporting processes
- Lifting
- Falls Prevention
- Abuse/Neglect prevention
- Restraint usage

Most importantly, competency testing is done after all training to ensure that the specific topics addressed are properly understood by the staff for appropriate implementation.

## OTHER RMP PROGRAMS INCLUDE:

- Regularly disseminated satisfaction surveys to residents and their families.
- Employee input meetings (field level staff) to gain field level expertise for problem avoidance
- National Database Analysis - By comparing key clinical indicators (called Quality Indicators) that measure such things as falls, pressure ulcers, weight loss, etc., our facilities can gain insights into area where we may be more vulnerable to risk by learning of the successes and failures of competitor chains.



CYPRESS
HEALTH CARE MANAGEMENT

*Management Team Bios*

Richard Kase, *President* - Prior to joining Cypress, Mr. Kase was with Integrated Health Services, Inc. as the Divisional Vice President with responsibility for 55 facilities in Florida and Alabama with over $400 million in annual revenue. At Schwartzberg his responsibilities include overseeing the day-to-day operations of the current Cypress portfolio and managing a team of highly energetic and productive regional employees. Mr. Kase has achieved tremendous census growth and unrivaled survey results and has made the Schwartzberg portfolio in Florida the number one ranked "chain" in Florida.

Bruce E. Wertheim: *Chief Financial Officer*- Mr. Wertheim has been the CFO of the Schwartzberg Companies since 2001. He is responsible for all financial aspects of TSC/CYpress' privately owned senior housing company with annual revenues of almost $250M. Mr. Wertheim was formerly a senior tax manager in the Personal Financial Planning Practice in KPMG LLP's New York office. He has twelve years of public accounting experience, specializing in tax consulting and financial planning for corporate executives and closely held businesses.

Max Stolzberg: *General Counsel*- Mr. Stolzberg is responsible for all legal aspects of the Schwartzberg Companies and most of its operating holding companies. In addition, Mr. Stolzberg is responsible for the implementation of all policies and procedures at all of the facilities. Prior to joining Schwartzberg in 2000, Mr. Stolzberg had been engaged in the private practice of law for more than 30 years. He was a founding partner in the New York City law firm of Pollner, Mezan & Stolzberg and acted as the managing partner of that firm for more than 20 years. His areas of specialization are corporate and securities law and commercial transactions and health care.



**Mitchell Starer:** *Executive Vice President-* Mr. Starer joined the field operations division of the Schwartzberg Companies as an Assistant Nursing Home Administrator. In 1998, Mr. Starer was the Senior Project Manager for the ground-up development of several long-term-care entities. He was responsible for implementing all financial control systems including Accounts Payable, centralized banking, and purchasing and vendor management. As Executive VP for the company, Mr. Starer is now responsible for all technical and vendor systems management. He has managed the implementation of new payroll systems, vendor management systems and the recent conversion to a new AP/AR /GL system at the central corporate office.

**Alex Paley:** *Executive Vice President-* Mr. Paley spent two years with Harvard Community Health Plans in Boston, Mass. as a senior health policy analyst. Following this, he was the co-founder and managing partner for Acrotrex Corporation, a physician practice-management & technology-consulting firm in Pompton Plains, NJ. At Schwartzberg, Mr. Paley is responsible for all clinical & field operations for the company's holdings. In addition, Mr. Paley oversees facility census & ancillary revenue development. Mr. Paley holds a Masters Degree in Health Care Administration from Boston University Medical School and is an instructor with the Dale Carnegie Institute.

**Doug Burr:** *VP, Reimbursement/Finance Operations-* Douglas Burr, serves as Senior Vice President of Operations Finance & Reimbursement. Mr. Burr joined Cypress in August of 2004. Prior to this Mr. Burr served as SVP of Reimbursement for Centennial Healthcare, where he was responsible for implementation of reimbursement policies and coordinating the preparation of Medicare and Medicaid cost reports. Mr. Burr is an active member of various professional organizations and committees representing the interests of Long Term Care providers including HFMA, FHCA, NCHCFA, IHCA, NASL and AHCA. Prior to joining Centennial, Mr. Burr was with Mariner Health Group for four years where he served as Director of Reimbursement.

**Robin Allen:** *VP of Risk Management & Rehabilitation Services-* Robin earned her undergraduate and graduate degrees from Florida State University with a major in Speech-Language Pathology. Twenty-one years of Healthcare experience includes fifteen years of diverse operational and leadership roles. Responsibilities have included personnel management and recruitment, budget development and ovesight, regulatory oversight, policy and procedure development and implementation, corporate training, marketing, and consulting. Robin joined Cypress Health Care Management in June of 2002.



CYPRESS
HEALTH CARE MANAGEMENT

*Management Team Bios*

Donna Janesky, R.N.: *VP of Clinical Services*- Donna spent the first half of her nursing career in acute care, where she held a variety of positions. She was a head nurse, Quality Improvement Coordinator, and worked in nursing administration doing special projects. She also taught components of the critical care course. Donna was asked to become the Director of Florida's first comprehensive Hospice program, which included a 20 bed in patient unit, and developed all systems for this new enterprise. Her long term care career includes roles as a Director of Nursing where she was involved with the development of a sub acute vent unit; and a nurse consultant with Health Quest and Integrated Health Services. She was the senior clinician for 60 facilities while with I.H.S. and joined the Cypress team at its inception.

James Taylor: *VP Human Resources and Risk Management*- James (J.T.) has been with Cypress Health Care Management since the Company was formed in 2002. James has an undergraduate degree in Accounting from Jacksonville State University, a Masters Degree in Labor Relations from the University of Alabama and a Master of Laws degree from Atlanta Law School. J.T. also graduated Cum Laude with a J.D. from Woodrow Wilson College of Law. He is a member of State Bar of Georgia. After graduation from college J.T. began his career in health care with Humana, Inc. as a Human Resource Director. After working in several medical/surgical Hospitals for Humana he accepted a Regional HR Director position with Charter Health Care overseeing the HR function for 15 facilities across 4 southern states employing 2500 staff members. J.T. then moved to Integrated Health Services, a long term care provider, as a Regional Vice President for Human Resources. In this capacity he was responsible for HR oversight of 165 facilities across 17 states employing over 19,000 employees.

Debra York: *VP of Accounts Receivable*- Debra has over 33 years of experience in the accounting field, 13 of which have been in the Long Term Care Industry. Beginning as a nursing home bookkeeper, Debra moved into a regional cash collections role supporting multiple facilities with regard to training, business office operations, and cash collections. Debra served as the Director of Accounts Receivable and Billing Services for Centennial Health Care where she supervised a central Medicare billing department, as well as coordinating the efforts of Regional Business Office Managers for over 65 facilities. Debra additionally was the Director of Billing and Collections for Home Quality Management prior to joining Cypress Health Care Management. Debra oversees all aspects of the billing and collection process for Cypress.


CYPRESS
HEALTH CARE MANAGEMENT

*Management Team Bios*

Terri Hensley: *VP of Strategic Development*- Terri Hensley has over twenty years in the health care industry. Over ten year specifically in the skilled nursing industry. She began her career in the skilled nursing arena with Beverly Enterprises as a business office manager. Terri transitioned to sales and marketing with Hillhaven/Vencor Corporation a year later. Accomplishments included opening a brand new 120 bed facility from construction. In 1997, Terri advanced to regional management of multi facilities for Integrated Health Services. In 2002, Terri joined the Schwartzberg Association under Cypress Health Care Management and has assisted in many facets of the company including risk management and quality of care. Her main duties include the development of census and management of the sales and marketing team.

Gloria Garber: *Director of Pharmacy Services*- has served as a pharmacist and pharmacy consultant in the long term care industry for over 20 years. She has a B.S. in Pharmacy from the University of Cincinnati and is a licensed pharmacist in Ohio, Kentucky, and Missouri. Most recently, Gloria served as the Corporate Compliance Office and HIPAA Compliance officer for Pharmco, Inc as well as a Regional Vice President for its Florida operations. Gloria is a frequent public speaker for numerous professional affiliations in the Pharmacy and Long Term Care industries.

Brad Bilbo: *Regional Vice President*- Brad earned his BA at the State University of West Georgia with a major in Finance. During his Long-Term Care career, Brad has operated Skilled Nursing Facilities ranging in size of 120 beds to 179 beds, along with overseeing the development, construction, and day to day operations of five (5) ALF's in Alabama and Georgia. Mr. Bilbo works with Rich Kase overseeing operations of the Georgia facilities.



TAMARAC
*administrative services*

Tamarac Administrative Services provides a comprehensive solution
to back office and administrative needs for skilled nursing facilities.
Tamarac offers full service support in the following areas:

Accounting
Benefits Consulting
Information Technology
Reimbursement Consulting

*Profile*

## TAMARAC
*administrative services*

*Accounting:* Tamarac provides full accounting services from Payroll and Accounts Payable to Financial Statement preparation, audit assistance, and all necessary tax filings. Tamarac has an experienced staff that can assist facilities from telephone assistance to full service outsourcing of the accounting function.

*Benefits Consulting:* Tamarac employs a team of specialists in the field of employee benefits that strive to provide its customers with a competitive benefit plan with reasonable pricing. Tamarac also can provide day to day assistance with the administration of all benefit plans offered to employees.

*Information Technology:* Tamarac has partnered with major hardware and software providers in the Long Term Care Industry to bring each facility the most advanced technology solutions for nursing homes currently on the market. Our partnerships with DSSI, KEANE, American Health Tech, Kronos Time clock Systems, and Great Plains Accounting Software, in addition to our in house developed portal designed to share real time information across multiple facilities give the Skilled Nursing Facilities we support the edge in processing information as quickly and efficiently as possible. Tamarac also offers hands on support for all the hardware software its clients utilize and in house custom report writing to allow operators the ability to analyze data from a variety of perspectives.

Reimbursement Consulting: Tamarac offers a wide variety of Reimbursement Consulting services including:

• Key Indicator Analysis
• Regulatory Filings (Cost Reports)
• Budget Preparation & Variance Analysis
• Regulatory & Compliance Guidance
• Rate & Revenue Analysis & Projections
• Third Party Payer Appeals
• Association & Legislative Representation
• Government Relations & Issue Briefings
• Government Agency Audits
• Acquisition Revenue & Compliance Risk Analysis



*Cost Containment*

In an effort to increase efficiency and quality control, we've partnered with DSSI, an online web portal that enables our facilities to order supplies from our pre-approved and corporately negotiated formularies. Using DSSI, we're able to automate ordering and invoicing, which saves both time and money. DSSI gives us the ability to maintain complete control over the ordering process.

We have the ability to block items and provide automatic substitutions as well as view live reports that track facility spending in relation to their budgeted amounts. We plan to have an ordering system that is 100% paperless on both the ordering and A/P side.

Facilities are able to create multiple personalized routine orders, track orders, in an information-rich, graphical catalog including value-added content.

By using this enhanced ordering method we have been able to cut our costs across the board. Not only has it allowed us to save money on the products we buy (by consolidating purchasing habits) but we have also been able to cut staff hours at the facility, regional and corporate offices.

The result of having this system in place is greater efficiency in terms of pricing and time; we are able to systematically determine the most cost-effective solution to meet our needs, which allows us to focus our efforts on other aspects of operations. We are able to manage both cost and quality, ensuring a built-in quality control system in-place.



TAMARAC
*administrative services*

Through their dedicated efforts and meticulously constructed maintenance schedules and routines the Physical Plant Management department is able to *improve efficiency and state compliance within our operations while keeping costs to a minimum.*

Our team is comprised of experts in their respective fields; by undertaking virtually all of of the abovementioned tasks on an in-house basis, thereby avoiding outside contractors, we are able to complete the work efficiently and with minimal disturbance to our residents, while maximizing savings.

Our Physical Plant Management team utilizes their expertise in the following areas:

• Heating, Ventilating, and Air Conditioning (HVAC)
• Plumbing
• Painting
• Carpentry
• Custodial
• Electrical
• Grounds Maintenance

to maintain the appearance and operation of our properties and facilities.

# HMS

# HMS

HMS provides group purchasing power to individual facilities by utilizing technology and experienced negotiating and contracting personnel that is usually reserved for larger Nursing Home companies.  Members of HMS pool their annual spend for major quantity purchases and receive discounts based on the shared power of the group. Additionally, members of HMS gain access to the DSSI eCommerce system that automates the procurement process for each stand alone facility and allows operators to employ formulary controls over spending, automated price checking, and an electronic interface  with Tamarac Administrative Services' General Ledger and Accounts Payable systems for a seamless integration into day to day operations.

Additionally, our experienced, in-house advertising agency manages comprehensive ad plans, designs, executes, maintains and updates collateral for print, web, multimedia and video, conducts market research,  and offers a competitive edge by working closely with clients and vendors on every level, from concept to completion, of myriad projects which serve to promote Nursing Homes and strengthen/build brand equity and public awareness. HMS has all the capabilities of a large advertising agency which ensures that the client receives both a quality product as well as the best pricing of all print and promotional collateral, as well as video/DVD production, web hosting/maintenance, and all other costs related to advertising and public relations campaigns.