**2014 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# M10000000943

**Entity Name:** HC NAVIGATOR, LLC

**Current Principal Place of Business:**

4 WEST RED OAK LANE STE 201
WHITE PLAINS, NY 10604

**Current Mailing Address:**

4 WEST RED OAK LANE STE 201
WHITE PLAINS, NY 10604

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CAPITOL CORPORATE SERVICES, INC.
155 OFFICE PLAZA DRIVE STE A
TALLAHASSEE, FL 32301 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                    Date

**FILED**
**Feb 14, 2014**
**Secretary of State**
**CC7553165803**

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGRM | | Title | MGRM |
| Name | SCHWARTZBERG DESCENDENTS TRUST | | Name | SCHWARTZBERG 2007 GST TRUST |
| Address | 4 WEST RED OAK LANE STE 201 | | Address | 4 WEST RED OAK LANE STE 201 |
| City-State-Zip: | WHITE PLAINS NY 10604 | | City-State-Zip: | WHITE PLAINS NY 10604 |

| | |
|---|---|
| Title | MGR |
| Name | ASSET NAVIGATOR, LLC |
| Address | 4 WEST RED OAK LANE |
| City-State-Zip: | WHITE PLAINS NY 10604 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ASSET NAVIGATOR, LLC                    MGR                    02/14/2014

Electronic Signature of Signing Authorized Person(s) Detail                    Date