# M10 000000943

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only

G. MCLEOD
MAR 2 2010
EXAMINER



300167262313

02/08/10--01038--024  **155.00

FILED
SECRETARY OF STATE
DIVISION OF CORPORATIONS
10 MAR -1 PM 12:56

14-50756 - #500-5  File 02/06/15  Enter 02/06/15 16:47:27  Exhibit E  Pg 1 of 6

# COVER LETTER

**TO:** Registration Section
Division of Corporations

**SUBJECT:** _____HEALTH CARE NAVIGATOR LLC_____
Name of Limited Liability Company

The enclosed "Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida," Certificate of Existence, and check are submitted to register the above referenced foreign limited liability company to transact business in Florida..

Please return all correspondence concerning this matter to the following:

_____ELENA MILANO_____
Name of Person

_____CYPRESS HEALTH CARE MANAGEMENT, LLC_____
Firm/Company

_____4 WEST RED OAK LANE, SUITE 201_____
Address

_____WHITE PLAINS, NY 10604_____
City/State and Zip Code

_____EMILANO@CYPRESSHEALTHCARE.NET_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_____ELENA MILANO_____ at ( __914__ ) __390-4361__
Name of Person      Area Code & Daytime Telephone Number

**MAILING ADDRESS:**
Division of Corporations
Registration Section
P.O. Box 6327
Tallahassee, FL 32314

**STREET ADDRESS:**
Division of Corporations
Registration Section
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

Enclosed is a check for the following amount:

☐ $125.00 Filing Fee   ☐ $130.00 Filing Fee & Certificate of Status   ☑ $155.00 Filing Fee & Certified Copy   ☐ $160.00 Filing Fee, Certificate of Status & Certified Copy

# APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 608.503, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. __HEALTH CARE NAVIGATOR LLC__
(Name of Foreign Limited Liability Company; must include "Limited Liability Company," "L.L.C.," or "LLC.")

__HC NAVIGATOR, LLC__
(If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida and attach a copy of the written consent of the managers or managing members adopting the alternate name. The alternate name must include "Limited Liability Company," "L.L.C," "LLC.")

2. __DELAWARE__
(Jurisdiction under the law of which foreign limited liability company is organized)

3. _____
(FEI number, if applicable)

4. __5/31/2007__
(Date of Organization)

5. __PERPETUAL__
(Duration: Year limited liability company will cease to exist or "perpetual")

6. __2/01/2010__
(Date first transacted business in Florida, if prior to registration.)
(See sections 608.501 & 608.502 F.S. to determine penalty liability)

7. 4 WEST RED OAK LANE, SUITE 201

WHITE PLAINS, NY 10604
(Street Address of Principal Office)

8. If limited liability company is a manager-managed company, check here ☐

9. The name and usual business addresses of the managing members or managers are as follows:

SCHWARTZBERG DESCENDENTS TRUST, 4 West Red Oak Lane, Suite 201, White Plains, NY 10604

SCHWARTZBERG 2007 GST TRUST, 4 West Red Oak Lane, Suite 201, White Plains, NY 10604

10. Attached is an original certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (A photocopy is not acceptable. If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted.)

11. Nature of business or purposes to be conducted or promoted in Florida: _____

The nature of business to be conducted is any lawful business under Florida Statutes.

Signature of a member or an authorized representative of a member.
(In accordance with section 608.408(3), F.S., the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true.)

ERIC ROTH
Typed or printed name of signee

# CERTIFICATE OF DESIGNATION OF
# REGISTERED AGENT/REGISTERED OFFICE

PURSUANT TO THE PROVISIONS OF SECTION 608.415 or 608.507, FLORIDA STATUTES, THE UNDERSIGNED LIMITED LIABILITY COMPANY SUBMITS THE FOLLOWING STATEMENT TO DESIGNATE A REGISTERED OFFICE AND REGISTERED AGENT IN THE STATE OF FLORIDA.

1. The name of the Limited Liability Company is:

   **HEALTH CARE NAVIGATOR LLC**

If unavailable, the alternate to be used in the state of Florida is:

   **HC NAVIGATOR, LLC**

2. The name and the Florida street address of the registered agent and office are:

   **CAPITOL CORPORATE SERVICES, INC.**
   (Name)

   **155 OFFICE PLAZA DRIVE, SUITE A**
   Florida Street Address (P.O. Box **NOT** ACCEPTABLE)

   **TALLAHASSEE, FL 32301**
   City/State/Zip

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, Florida Statutes.*

_Melanie Case_
(Signature)

| | |
|---|---|
| $ 100.00 | Filing Fee for Application |
| $ 25.00 | Designation of Registered Agent |
| $ 30.00 | Certified Copy (optional) |
| $ 5.00 | Certificate of Status (optional) |

# WRITTEN CONSENT TO ADOPT ALTERNATE NAME FOR USE IN THE STATE OF FLORIDA

We, the undersigned, do hereby certify that we are the Managers and/or Managing

Members of **HEALTH CARE NAVIGATOR LLC**,
(Name of Limited Liability Company)

a limited liability company duly organized and existing under the laws of

**DELAWARE**.
(State or Country of Organization)

Because the name of this foreign limited liability company does not satisfy the

requirements of the s. 608.406, F.S., the limited liability company hereby adopts the

following name to transact business in the state of Florida:

**HC NAVIGATOR, LLC**
(Name to be used by limited liability company in Florida. NOTE: Name must end with Limited Liability Company, L.L.C., or LLC.)

Date: _____

Signature(s) of Manager(s) and/or Managing Member(s):

SCHWARTZBERG DESCENDENTS TRUST BY: _____

SCHWARTZBERG 2007 GST TRUST BY: _____

CR2E122 (7/07)

# Delaware

PAGE 1

## The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "HEALTH CARE NAVIGATOR LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FIFTEENTH DAY OF JANUARY, A.D. 2010.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "HEALTH CARE NAVIGATOR LLC" WAS FORMED ON THE THIRTY-FIRST DAY OF MAY, A.D. 2007.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.*

Jeffrey W. Bullock, Secretary of State

4362103  8300

100044500

AUTHENTICATION: 7761676

DATE: 01-15-10

You may verify this certificate online
at corp.delaware.gov/authver.shtml