## New Louisiana Holdings, LLC et al (Case Number 14-50756)
## MONTHLY OPERATING REPORT – OCTOBER 2014
### CHAPTER 11

| CASE NAME: | CASE NUMBER: |
|---|---|
| CHC-CLP Operator Holding, LLC | 14-51104 |
| CHC-SPC Operator, Inc. | 14-51106 |
| SA-Lakeland, LLC | 14-51103 |
| SA-Clewiston, LLC | 14-51102 |
| SA-St. Petersburg, LLC | 14-51101 |

THIS REPORT IS DUE THE 1ST BUSINESS DAY AFTER THE END OF THE FOLLOWING MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (x) | ( ) | Balance Sheet |
| (x) | ( ) | Profit & Loss Statement |
| (x) | ( ) | Cash Receipts & Disbursements Statement |
| (x) | ( ) | Supporting Schedules (Insurance Certificate Previously Provided) |
| (x) | ( ) | Narrative |
| (x) | ( ) | Bank Statement(s) & Reconciliations of Bank Balance to Book Balance for all accounts. |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: November 26, 2014
            (date)

Debtor(s): Palm Terrace

By: James Blalock

Position: Authorized Representative

Name of preparer: Frank Bateman

Telephone No. of Preparer: 914-390-4308

**Palm Terrace et al**
**Balance Sheet**
**As Of October 31, 2014**

|  | 14-51102 Clewiston | 14-51103 Lakeland | 14-51101 St. Petersburgh | 14-51104 PT Operators | TOTAL |
|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash | 300 | 497 | 10,424 | 1,836,049 | 1,847,271 |
| Cash - Petty Cash | 1,350 | 919 | 1,300 | 0 | 3,569 |
| Accounts Receivable, Net | 1,485,603 | 2,218,154 | 915,335 | 0 | 4,619,092 |
| Other Receivables | 151,237 | 157,133 | 0 | 0 | 308,370 |
| Prepaid Expense | 10,160 | 15,456 | 11,802 | 2,049 | 39,466 |
| **Total Current Assets** | **1,648,650** | **2,392,160** | **938,860** | **1,838,098** | **6,817,768** |
| **Other Assets** | | | | | |
| Property, Plant, and Equipment, Net | 85,022 | 302,864 | 633,866 | 22,015,152 | 23,036,903 |
| Organizational Expenses, Net | 0 | 0 | 0 | 126,016 | 126,016 |
| Restricted Assets | 219,888 | 253,441 | 121,453 | 511,793 | 1,106,574 |
| **Total Other Assets** | **304,909** | **556,305** | **755,319** | **22,652,961** | **24,269,494** |
| **Total Assets** | **1,953,559** | **2,948,465** | **1,694,179** | **24,491,059** | **31,087,262** |
| **LIABILITIES AND MEMBERS' EQUITY (DEFICIT)** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts Payable | 1,614,132 | 2,424,340 | 1,014,149 | 409,975 | 5,462,596 |
| Accrued Expenses | 0 | 0 | 0 | 2,663,530 | 2,663,530 |
| Accrued Payroll, Taxes, and Benefits | 365,253 | 514,963 | 265,664 | 0 | 1,145,880 |
| Other Short-Term Liabilities | 5,669 | 25,538 | 17,121 | 80,934 | 129,263 |
| **Total Current Liabilities** | **1,985,055** | **2,964,842** | **1,296,933** | **3,154,439** | **9,401,270** |
| **Other Liabilities** | | | | | |
| Due To/From Others | (1,654,942) | (7,948,793) | 2,188,742 | 17,607,332 | 10,192,338 |
| Long-term debt | 0 | 0 | 0 | 38,151,294 | 38,151,294 |
| **Total Other Liabilities** | **(1,654,942)** | **(7,948,793)** | **2,188,742** | **55,758,626** | **48,343,632** |
| **Total Liabilities** | **330,112** | **(4,983,951)** | **3,485,675** | **58,913,065** | **57,744,901** |
| **Members Equity** | | | | | |
| Members Equity | 2,134,133 | 8,453,614 | (1,699,692) | (34,228,594) | (25,340,540) |
| Current Year Profit(Loss) | (510,687) | (521,197) | (91,804) | (193,412) | (1,317,099) |
| **Total Members' Equity** | **1,623,447** | **7,932,417** | **(1,791,496)** | **(34,422,006)** | **(26,657,639)** |
| **Total Liabilities & Members' Equity** | **1,953,559** | **2,948,465** | **1,694,179** | **24,491,059** | **31,087,262** |

Palm Terrace et al
Summary Statement of Operations
For the Month Ending October 31, 2014

|  | 14-51102 Clewiston 120 | 14-51103 Lakeland 120 | 14-51101 St. Petersburg 120 | 14-51104 SA-PT Operator | TOTAL |
|---|---:|---:|---:|---:|---:|
| **Resident Census** |  |  |  |  |  |
| Private | 63 | 0 | (158) | 0 | (95) |
| Assisted Living | 0 | 0 | 0 | 0 | 0 |
| Medicare | 430 | 665 | 276 | 0 | 1,371 |
| Medicaid | 2,881 | 3,439 | 2,175 | 0 | 8,495 |
| Insurance | 54 | 479 | 32 | 0 | 565 |
| Hospice | 131 | 434 | 167 | 0 | 732 |
| Other | 0 | 0 | 0 | 0 | 0 |
| **Resident Days - Current** | 3,559 | 5,017 | 2,492 | 0 | 11,068 |
| Resident Days - Prior Year | 0 | 0 | 0 | 0 | 0 |
| **Total Census Days** | 3,559 | 5,017 | 2,492 | 0 | 11,068 |
| **Revenue** |  |  |  |  |  |
| Private | 15,228 | 5,743 | (39,614) | 0 | (18,642) |
| Assisted Living | 0 | 0 | 0 | 0 | 0 |
| Medicare | 209,606 | 343,820 | 123,235 | 0 | 676,662 |
| Medicaid | 675,681 | 763,209 | 548,374 | 0 | 1,987,265 |
| Insurance | 19,935 | 158,589 | 13,736 | 0 | 192,260 |
| Hospice | 30,723 | 96,934 | 42,154 | 0 | 169,811 |
| Other | 0 | 0 | 0 | 0 | 0 |
| **R&B Current** | 951,174 | 1,368,296 | 687,886 | 0 | 3,007,355 |
| R&B Prior Year | 0 | 0 | 0 | 0 | 0 |
| **Total R&B Income** | 951,174 | 1,368,296 | 687,886 | 0 | 3,007,355 |
| **Ancillary Income** |  |  |  |  |  |
| Nursing Supplies | 78 | 358 | 0 | 0 | 435 |
| Hospice Services | 0 | 0 | 0 | 0 | 0 |
| Physical Therapy | 7,638 | 21,282 | 10,699 | 0 | 39,619 |
| General Therapy | 49 | (675) | (505) | 0 | (1,130) |
| Occupational Therapy | 16,073 | 16,192 | 7,568 | 0 | 39,832 |
| Speech Therapy | (1,062) | 11,823 | 6,464 | 0 | 17,225 |
| Respiratory Therapy | 0 | 0 | 0 | 0 | 0 |
| IV Therapy | 0 | 0 | 0 | 0 | 0 |
| Complex Medical Equipment | 0 | 0 | 225 | 0 | 225 |
| Enteral Therapy | 0 | 558 | 0 | 0 | 558 |
| Pharmacy | 1,599 | 893 | 126 | 0 | 2,618 |
| OTC Drugs | 12 | 49 | 0 | 0 | 62 |
| Medical Supplies | 0 | 0 | 0 | 0 | 0 |
| Equipment Rental | 0 | 0 | 0 | 0 | 0 |
| Incontinence Supply | 81 | 1,920 | 0 | 0 | 2,001 |
| Radiology | 0 | 0 | 0 | 0 | 0 |
| Lab | 0 | 2,333 | 499 | 0 | 2,832 |
| Miscellaneous Income | 623 | 13,436 | 2,032 | 0 | 16,091 |
| Corporate Admin - Misc Income | 0 | 0 | 0 | 0 | 0 |
| Other Contractual Allowance | 1,740 | 1,250 | 0 | 0 | 2,989 |
| **Ancillary Income** | 26,829 | 69,419 | 27,109 | 0 | 123,358 |
| **Total Revenue** | 978,003 | 1,437,715 | 714,995 | 0 | 3,130,713 |
| **Operating Expenses** |  |  |  |  |  |
| Nursing Administration | 55,235 | 74,863 | 37,073 | 0 | 167,171 |
| Nursing Program Services | 282,208 | 389,874 | 197,555 | 0 | 869,637 |
| Admissions/Marketing | 13,077 | 15,095 | 11,642 | 0 | 39,814 |
| Speech Therapy | 7,915 | 19,550 | 10,109 | 0 | 37,574 |
| Physical Therapy | 21,887 | 55,186 | 19,214 | 0 | 96,287 |
| Occupational Therapy | 27,765 | 43,241 | 14,252 | 0 | 85,259 |
| Respiratory Therapy | 1,530 | 7,431 | 1,065 | 0 | 10,026 |
| Pharmacy | 13,376 | 48,102 | 16,089 | 0 | 77,566 |
| Radiology | 124 | 3,073 | 303 | 0 | 3,500 |
| Laboratory | 525 | 2,300 | 1,537 | 0 | 4,362 |
| Activities | 10,532 | 12,676 | 9,001 | 0 | 32,208 |
| Social Services | 5,008 | 10,620 | 3,612 | 0 | 19,240 |
| Dietary | 51,011 | 80,806 | 42,624 | 0 | 174,441 |
| Housekeeping | 18,869 | 27,249 | 17,488 | 0 | 63,606 |
| Plant O & M | 45,268 | 38,705 | 20,309 | 0 | 104,283 |
| Laundry | 12,902 | 11,358 | 9,515 | 0 | 33,776 |
| Medical Supply | 12,019 | 21,542 | 7,789 | 0 | 41,350 |
| Medical Records | 3,189 | 3,596 | 3,179 | 0 | 9,964 |
| Administrative | 134,307 | 185,512 | 101,008 | 7,239 | 428,067 |
| Other Employee Benefits | 32,621 | 53,377 | 22,583 | 0 | 108,581 |
| **Total Operating Expense** | 749,367 | 1,104,158 | 545,948 | 7,239 | 2,406,711 |
| **Net Operating Income** | 228,637 | 333,557 | 169,047 | (7,239) | 724,002 |
| **Non-Operating Expenses** |  |  |  |  |  |
| Property Taxes | 4,687 | 5,335 | 2,879 | 0 | 12,901 |
| Property Insurance | 3,342 | 5,661 | 2,619 | 0 | 11,622 |
| Auto Insurance | 215 | 482 | 0 | 0 | 697 |
| GL/PL Insurance | 9,688 | 11,563 | 6,000 | 0 | 27,250 |
| Bad Debt | 54,692 | 70,122 | (1,818) | 0 | 122,996 |
| **Total Non-Operating Expense** | 72,623 | 93,163 | 9,680 | 0 | 175,466 |
| **EBITDARM** | 156,013 | 240,395 | 159,367 | (7,239) | 548,535 |
| Rent | 0 | 0 | 0 | 0 | 0 |
| **EBITDAM** | 156,013 | 240,395 | 159,367 | (7,239) | 548,535 |
| Management Fees | 48,900 | 71,886 | 35,750 | 0 | 156,536 |
| **EBITDA** | 107,113 | 168,509 | 123,617 | (7,239) | 392,000 |
| Depreciation/Amortization | 32,325 | 41,702 | 25,495 | 0 | 99,522 |
| Gain on Disposal of Assets | (4,062) | (4,739) | (2,482) | 0 | (11,284) |
| **Total Depreciation/Amortization** | 28,263 | 36,963 | 23,013 | 0 | 88,239 |
| **EBIT** | 78,850 | 131,546 | 100,605 | (7,239) | 303,761 |
| Interest Expense | 98,008 | 116,729 | 60,567 | 0 | 275,304 |
| **Net Current Period Income/(Loss)** | (19,159) | 14,818 | 40,038 | (7,239) | 28,457 |
| Prior Year Adjustments | 0 | 0 | 0 | 0 | 0 |
| **Net Income/(Loss)** | (19,159) | 14,818 | 40,038 | (7,239) | 28,457 |

Palm Terrrace, LLC
Cash Receipts & Disbursements Statement
For the Period from 10/1/2014 through 10/31/2014

| Case Name<br>Case Number | Clewiston<br>14-51102 | | Lakeland<br>14-51103 | | St. Petersburg<br>14-51101 | | CHC-CLP Operator Holdings<br>14-51104 | |
|---|---|---|---|---|---|---|---|---|
| **Cash Reconciliation** | | | | | | | | |
| 1. Beginning Cash Balance (ending Cash Balance from last month's report) | $ 32,181.98 | | $ 38,395.79 | | $ - | | $ 975,683.66 | |
| 2. Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | $ 934,173.46 | | $ 1,512,983.25 | | $ 770,512.32 | | $ 9,979,767.32 | |
| 3. Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's) | $ (966,355.44) | | $ (1,551,379.04) | | $ (770,512.32) | | $ (9,034,254.87) | |
| 4. Net Cash Flow | | | | | | | | |
| 5. Ending Cash Balance (to FORM 2-B) | $ - | | $ - | | $ - | | $ 1,921,196.11 | |
| **Cash Summary Ending Balances** | Amount | Financial Institution | Amount | Financial Institution | Amount | Financial Institution | Amount | Financial Institution |
| 1. Real Estate Account | | | | | | | | |
| 2. Trust Account | | | | | | | | |
| 3. Operating Account | $ - | Bank of America | $ - | Bank of America | $ - | Bank of America | $ 1,727,070.00 | Bank of America |
| 4. Operating Account | | | | | | | $ 147,225.54 | Bank of America |
| 5. Operating Account | | | | | | | $ 41,288.60 | Bank of America |
| 6. Payroll Account | | | | | | | $ 5,611.97 | Bank of America |
| 7. Tax Account | | | | | | | | |
| 8. Other Accounts (Specify checking or savings) | | | | | | | | |
| 9. Cash Collateral Account | | | | | | | | |
| 10. Petty Cash | | | | | | | | |
| TOTAL (must agree with line 5 above) | $ - | | $ - | | $ - | | $ 1,921,196.11 | |

* These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements.

| ADJUSTED CASH DISBURSEMENTS **<br>Cash disbursements on Line 3 above less inter-account transfers & UST fees paid | $ - | | $ - | | $ - | | $ 4,445,991.90 | |

** NOTE: This amount should be used to determine UST quarterly fees due and agree with Form 2-D, pg. 2 of 4.

Palm Terrace
Cash Receipts Journal
October 2014

| Case # | 14-51102 | 14-51103 | 14-51101 | 14-51104 CHC Operator Holdings ||||  |
|---|---|---|---|---|---|---|---|---|
| Date | Clewiston | Lakeland | St. Petersburg | Operating 1476 | Payroll 0462 | Payroll Taxes 4602 | Deposit 0475 | Total |
| 10/1/2014 | 22.91 | 19,764.52 | 11,744.45 | | | | 38,395.79 | 38,395.79 |
| 10/1/2014 | | | | | | | 30,695.98 | 30,695.98 |
| 10/2/2014 | 14,090.14 | 22,779.30 | 62,536.39 | | | | 21,273.88 | 21,273.88 |
| 10/3/2014 | 0.00 | 5,501.31 | 11,103.10 | | | 137,805.51 | 81,180.83 | 218,986.34 |
| 10/4/2014 | | | | | | | | - |
| 10/5/2014 | | | | | | | | - |
| 10/6/2014 | 18,510.56 | 11,422.00 | 13,270.29 | 521,720.00 | 434,471.09 | | 34,757.41 | 990,948.50 |
| 10/7/2014 | 398,644.63 | 113,170.18 | 401,046.25 | | | | 35,709.85 | 35,709.85 |
| 10/8/2014 | 1,444.05 | 88,094.92 | 320.07 | 1,872,418.56 | 352.70 | | 846,429.06 | 2,719,200.32 |
| 10/9/2014 | 33,470.11 | 98,134.35 | 34,668.86 | | | | 110,769.04 | 110,769.04 |
| 10/10/2014 | 0.00 | 32,017.46 | 3,040.64 | 992,907.95 | | | 151,962.32 | 1,144,870.27 |
| 10/11/2014 | | | | | | | | - |
| 10/12/2014 | | | | | | | | - |
| 10/13/2014 | 0.00 | 0.00 | 0.00 | | | | | - |
| 10/14/2014 | 121,919.58 | 24,007.78 | 44,274.82 | 110,749.04 | | | 30,914.10 | 141,663.14 |
| 10/15/2014 | 72,333.79 | 123,425.43 | 2,604.08 | | | | 199,285.18 | 199,285.18 |
| 10/16/2014 | 22,979.98 | 10,006.82 | 39,988.48 | | | | 84,018.30 | 84,018.30 |
| 10/17/2014 | 33,879.86 | 4,277.19 | 1,880.00 | 355,390.86 | | 139,258.15 | 157,631.28 | 652,280.29 |
| 10/18/2014 | | | | | | | | - |
| 10/19/2014 | | | | | | | | - |
| 10/20/2014 | 8,133.00 | 1,536.35 | 9,514.10 | | 437,313.17 | | 91,680.05 | 528,993.22 |
| 10/21/2014 | 300.00 | 74,166.64 | 1,860.00 | 249,291.33 | | | 52,323.45 | 301,614.78 |
| 10/22/2014 | 79,176.54 | 14,252.64 | 67,746.98 | | | | 247,187.78 | 247,187.78 |
| 10/23/2014 | 73,222.92 | 534,188.22 | 38,860.37 | | | | 646,271.51 | 646,271.51 |
| 10/24/2014 | 6,450.25 | 17,625.70 | 0.00 | 804,991.65 | | | 24,075.95 | 829,067.60 |
| 10/25/2014 | | | | 52,303.45 | | | | 52,303.45 |
| 10/25/2014 | | | | | | | | - |
| 10/26/2014 | | | | | | | | - |
| 10/27/2014 | 6,066.43 | 210,501.36 | 1,057.89 | | | | 217,625.68 | 217,625.68 |
| 10/28/2014 | 6,633.64 | 17,998.65 | 1,000.00 | | | | 25,632.29 | 25,632.29 |
| 10/29/2014 | 19,381.40 | 67,056.80 | 5,250.97 | | | | 91,689.17 | 91,689.17 |
| 10/30/2014 | 9,286.98 | 10,163.72 | 18,744.60 | 3,430.18 | | | 37,195.30 | 40,625.48 |
| 10/31/2014 | 8,226.69 | 12,891.91 | - | 447,683.39 | | 141,857.49 | 21,118.60 | 610,659.48 |
| Grand Total | 934,173.46 | 1,512,983.25 | 770,512.34 | 5,410,886.41 | 872,136.96 | 418,921.15 | 3,277,822.80 | 9,979,767.32 |

Palm Terrace - CHC-CLP Operator Holdings, LLC
Schedule of Cash Disbursements
10/1/2014-10/31/2014

| Date | Description | Account | Account Name | Check # | $ Amount |
|---|---|---|---|---|---|
| 10/7/2014 | PAYROLL FUNDING | 0462 | PT Master Payroll | | ($434,471.09) |
| 10/14/2014 | PAYROLL CHECK | 0462 | PT Master Payroll | 41000101 | ($374.49) |
| 10/21/2014 | PAYROLL FUNDING | 0462 | PT Master Payroll | | ($436,938.68) |
| | | | | Total 0462 | ($871,784.26) |
| | | | | Total 0462 Transfers | $0.00 |
| | | | | Total 0462 Disbursements | ($871,784.26) |
| 10/1/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($49,973.36) |
| 10/2/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($69,091.77) |
| 10/3/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($21,273.88) |
| 10/6/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($81,180.83) |
| 10/7/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($34,757.41) |
| 10/8/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($35,709.85) |
| 10/9/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($846,429.06) |
| 10/10/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($110,769.04) |
| 10/14/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($151,962.32) |
| 10/15/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($30,914.10) |
| 10/16/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($199,285.18) |
| 10/17/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($84,018.30) |
| 10/20/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($157,631.28) |
| 10/21/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($91,680.06) |
| 10/22/2014 | Transfer to St. Petersburg Deposit Account | 0475 | PT Master Deposit | | ($9,564.00) |
| 10/22/2014 | Transfer to Lakeland Deposit Account | 0475 | PT Master Deposit | | ($5,968.64) |
| 10/22/2014 | Transfer to Clewiston Deposit Account | 0475 | PT Master Deposit | | ($300.00) |
| 10/22/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($52,323.45) |
| 10/24/2014 | Transfer to Operator Master Operating Account | 0475 | PT Master Deposit | | ($804,991.65) |
| 10/30/2014 | Transfer to St. Petersburg Deposit Account | 0475 | PT Master Deposit | | ($1,000.00) |
| 10/31/2014 | Transfer to Operator Master Operating Account | 0475 | PT Master Deposit | | ($447,683.39) |
| | | | | Total 0475 | (3,286,507.57) |
| | | | | Total 0475 Transfers | (3,286,507.57) |
| | | | | Total 0475 Disbursements | - |
| 10/1/2014 | FLORIDA DEPARTMENT OF HEALTH | 1476 | PT Operating | 6323 | ($85.00) |
| 10/1/2014 | Visa | 1476 | PT Operating | | ($12,433.44) |
| 10/1/2014 | American Express | 1476 | PT Operating | | ($1,896.57) |
| 10/1/2014 | Medline | 1476 | PT Operating | | ($8,044.17) |
| 10/1/2014 | New Century Investor Services | 1476 | PT Operating | | ($31,750.00) |
| 10/1/2014 | Florida LLC | 1476 | PT Operating | | ($253,386.75) |
| 10/1/2014 | Bank Fees | 1476 | PT Operating | | ($405.55) |
| 10/1/2014 | Bank Fees | 1476 | PT Operating | | ($98.56) |
| 10/1/2014 | Bank Fees | 1476 | PT Operating | | ($69.80) |
| 10/2/2014 | CITY OF LAKELAND | 1476 | PT Operating | 6324 | ($514.42) |
| 10/2/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6326 | ($15,744.51) |
| 10/2/2014 | Concur | 1476 | PT Operating | | ($2,107.38) |
| 10/3/2014 | Halcyon Rehabilitation | 1476 | PT Operating | | ($240,000.00) |
| 10/3/2014 | Transfer to Operator Payroll Tax Account | 1476 | PT Operating | | ($137,805.51) |
| 10/3/2014 | Utilities | 1476 | PT Operating | | ($3,212.17) |
| 10/3/2014 | Midline | 1476 | PT Operating | | ($4,140.82) |
| 10/3/2014 | Omnicare | 1476 | PT Operating | | ($19,936.18) |
| 10/6/2014 | CITY OF CLEWISTON | 1476 | PT Operating | 6321 | ($120.00) |
| 10/6/2014 | FLORIDA DEPARTMENT OF HEALTH | 1476 | PT Operating | 6330 | ($1,114.00) |
| 10/6/2014 | Transfer to Operator Payroll Account | 1476 | PT Operating | | ($434,471.09) |
| 10/7/2014 | DELTA DENTAL | 1476 | PT Operating | 6299 | ($1,944.48) |
| 10/7/2014 | LINCOLN FINANCIAL GROUP | 1476 | PT Operating | 6314 | ($3,109.91) |
| 10/7/2014 | MCARTHUR DAIRY | 1476 | PT Operating | 6327 | ($797.30) |
| 10/7/2014 | T.G.LEE DAIRY | 1476 | PT Operating | 6329 | ($702.27) |
| 10/7/2014 | Medline | 1476 | PT Operating | | ($12,071.16) |
| 10/7/2014 | Concur | 1476 | PT Operating | | ($690.64) |
| 10/8/2014 | LINCOLN LTD LIFE INSURANCE | 1476 | PT Operating | 6301 | ($1,800.87) |
| 10/8/2014 | LINCOLN FINANCIAL GROUP | 1476 | PT Operating | 6312 | ($1,280.70) |
| 10/8/2014 | MEDSTAR MEDICAL | 1476 | PT Operating | 6345 | ($4,643.80) |
| 10/8/2014 | Wire for Regional Director (PT Support) | 1476 | PT Operating | | ($15,000.00) |
| 10/8/2014 | CapitalSource | 1476 | PT Operating | | ($1,872,418.56) |
| 10/9/2014 | UNUM PROVIDENT | 1476 | PT Operating | 6300 | ($12,331.04) |
| 10/9/2014 | BETTER THAN DIRT | 1476 | PT Operating | 6320 | ($3,410.00) |
| 10/9/2014 | HENDRY COUNTY HEALTH DEPARTMEN | 1476 | PT Operating | 6325 | ($85.00) |
| 10/9/2014 | GRAINGER | 1476 | PT Operating | 6333 | ($4,324.83) |
| 10/9/2014 | HEALTHCARE SERVICES GROUP, INC | 1476 | PT Operating | 6343 | ($26,877.47) |

Palm Terrace - CHC-CLP Operator Holdings, LLC
Schedule of Cash Disbursements
10/1/2014-10/31/2014

| Date | Payee | Num | Account | Ref | Amount |
|---|---|---|---|---|---|
| 10/10/2014 | UNIFORM ON WHEELS | 1476 | PT Operating | 6340 | ($2,690.58) |
| 10/10/2014 | IVAN VALDES | 1476 | PT Operating | 6344 | ($575.00) |
| 10/10/2014 | Omnicare | 1476 | PT Operating | | ($19,880.82) |
| 10/14/2014 | CLIMATE DESIGN | 1476 | PT Operating | 6331 | ($6,427.00) |
| 10/14/2014 | SAMMONS PRESTON | 1476 | PT Operating | 6341 | ($514.60) |
| 10/14/2014 | T.G.LEE DAIRY | 1476 | PT Operating | 6347 | ($760.89) |
| 10/15/2014 | VISION SERVICE PLAN | 1476 | PT Operating | 6303 | ($1,342.41) |
| 10/15/2014 | Bank Fees | 1476 | PT Operating | | ($3,191.80) |
| 10/15/2014 | Bank Fees | 1476 | PT Operating | | ($87.01) |
| 10/15/2014 | Medline | 1476 | PT Operating | | ($8,686.05) |
| 10/16/2014 | HYATT LEGAL PLANS, INC. | 1476 | PT Operating | 6298 | ($289.56) |
| 10/16/2014 | DELTA DENTAL | 1476 | PT Operating | | ($1,604.60) |
| 10/16/2014 | Utilities | 1476 | PT Operating | | ($9,805.96) |
| 10/17/2014 | JODY M HENDRY 11, ATTORNEY AT | 1476 | PT Operating | 6334 | ($2,037.00) |
| 10/17/2014 | AGENCY FOR HEALTH CARE ADMINIS | 1476 | PT Operating | 6352 | ($74,492.77) |
| 10/17/2014 | AGENCY FOR HEALTH CARE ADMINIS | 1476 | PT Operating | 6353 | ($93,097.48) |
| 10/17/2014 | AGENCY FOR HEALTH CARE ADMINIS | 1476 | PT Operating | 6354 | ($52,906.37) |
| 10/17/2014 | Health Ins Premiums 10/2014 | 1476 | PT Operating | | ($144,500.00) |
| 10/17/2014 | Transfer to Operator Payroll Tax Account | 1476 | PT Operating | | ($139,258.15) |
| 10/17/2014 | Workers Comp Premiums 10/2014 | 1476 | PT Operating | | ($15,000.00) |
| 10/17/2014 | Medline | 1476 | PT Operating | | ($6,952.85) |
| 10/17/2014 | Omnicare | 1476 | PT Operating | | ($21,756.86) |
| 10/17/2014 | Concur | 1476 | PT Operating | | ($176.40) |
| 10/20/2014 | DELTA DENTAL | 1476 | PT Operating | 6357 | ($1,938.26) |
| 10/20/2014 | T.G.LEE DAIRY | 1476 | PT Operating | 6362 | ($1,022.94) |
| 10/20/2014 | MCARTHUR DAIRY | 1476 | PT Operating | 6363 | ($2,041.35) |
| 10/20/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6370 | ($8,531.50) |
| 10/20/2014 | Transfer to Operator Payroll Account | 1476 | PT Operating | | ($437,313.17) |
| 10/21/2014 | MEDICAL PARTS SOURCE INC. | 1476 | PT Operating | 6337 | ($639.30) |
| 10/21/2014 | LINCOLN FINANCIAL GROUP | 1476 | PT Operating | 6359 | ($3,005.46) |
| 10/21/2014 | MEDSTAR MEDICAL | 1476 | PT Operating | 6381 | ($5,080.36) |
| 10/21/2014 | Medline | 1476 | PT Operating | | ($9,674.11) |
| 10/21/2014 | DIRECT SUPPLY HEALTHCARE EQUIP | 1476 | PT Operating | | ($801.81) |
| 10/22/2014 | CLEWISTON UTILITIES | 1476 | PT Operating | 6364 | ($1,600.00) |
| 10/22/2014 | CLEWISTON UTILITIES | 1476 | PT Operating | 6365 | ($19,000.00) |
| 10/22/2014 | Utilities | 1476 | PT Operating | | ($45,980.23) |
| 10/23/2014 | UNUM PROVIDENT | 1476 | PT Operating | 6360 | ($12,090.54) |
| 10/23/2014 | SUN OFFICE PRODUCTS | 1476 | PT Operating | 6368 | ($1,861.47) |
| 10/23/2014 | MASADA BAKERY | 1476 | PT Operating | 6371 | ($445.69) |
| 10/23/2014 | BRISK COFFEE | 1476 | PT Operating | 6374 | ($486.90) |
| 10/23/2014 | JOHN GODDARD PRODUCE INC. | 1476 | PT Operating | 6377 | ($93.25) |
| 10/23/2014 | SITE STORAGE INC. | 1476 | PT Operating | 6379 | ($128.40) |
| 10/23/2014 | MED PASS INC. | 1476 | PT Operating | 6382 | ($50.92) |
| 10/23/2014 | MAINTENANCE WAREHOUSE | 1476 | PT Operating | 6383 | ($1,088.24) |
| 10/23/2014 | MOBILEX USA / SYMPHONY INC. | 1476 | PT Operating | 6388 | ($4,208.58) |
| 10/23/2014 | PURCHASE POWER | 1476 | PT Operating | 6389 | ($300.00) |
| 10/23/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6390 | ($15,058.31) |
| 10/24/2014 | SEIU 1199 FLORIDA | 1476 | PT Operating | 6366 | ($64.00) |
| 10/24/2014 | SEIU 1199 FLORIDA | 1476 | PT Operating | 6367 | ($1,156.66) |
| 10/24/2014 | SAMMONS PRESTON | 1476 | PT Operating | 6369 | ($1,180.64) |
| 10/24/2014 | SUNNY FLORIDA DAIRY | 1476 | PT Operating | 6372 | ($300.79) |
| 10/24/2014 | COZZINI BROS., INC. | 1476 | PT Operating | 6373 | ($123.05) |
| 10/24/2014 | DIRECT SUPPLY HEALTHCARE EQUIP | 1476 | PT Operating | 6378 | ($106.95) |
| 10/24/2014 | HOMER JARVIS | 1476 | PT Operating | 6380 | ($25.00) |
| 10/24/2014 | OSCEOLA SUPPLY, INC. | 1476 | PT Operating | 6395 | ($3,015.94) |
| 10/24/2014 | Medline | 1476 | PT Operating | | ($2,974.29) |
| 10/27/2014 | KCI USA, INC. | 1476 | PT Operating | 6376 | ($381.81) |
| 10/27/2014 | MCARTHUR DAIRY | 1476 | PT Operating | 6391 | ($221.66) |
| 10/27/2014 | METROPOLITAN TELECOMMUNICATION | 1476 | PT Operating | 6396 | ($1,322.34) |
| 10/27/2014 | CITY ELECTRIC SUPPLY CO. | 1476 | PT Operating | 6397 | ($3,220.00) |
| 10/28/2014 | LAKELAND ELECTRIC | 1476 | PT Operating | 6413 | ($21,065.00) |
| 10/29/2014 | DUKE ENERGY | 1476 | PT Operating | 6419 | ($940.51) |
| 10/29/2014 | Medline | 1476 | PT Operating | | ($4,582.28) |
| 10/29/2014 | Utilities | 1476 | PT Operating | | ($17,933.12) |
| 10/30/2014 | US TRUSTEE | 1476 | PT Operating | 6414 | ($325.00) |
| 10/30/2014 | US TRUSTEE | 1476 | PT Operating | 6415 | ($325.00) |
| 10/30/2014 | US TRUSTEE | 1476 | PT Operating | 6416 | ($325.00) |
| 10/30/2014 | US TRUSTEE | 1476 | PT Operating | 6417 | ($9,750.00) |
| 10/30/2014 | US TRUSTEE | 1476 | PT Operating | 6418 | ($325.00) |
| 10/30/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6421 | ($17,032.85) |
| 10/30/2014 | Wire for Vendor Allocations 10/2014 | 1476 | PT Operating | | ($15,063.52) |
| 10/31/2014 | E. SAM JONES DISTRIBUTOR, INC | 1476 | PT Operating | 6398 | ($358.24) |

**Palm Terrace - CHC-CLP Operator Holdings, LLC**
**Schedule of Cash Disbursements**
**10/1/2014-10/31/2014**

| Date | Description | Check # | Account | Ref | Amount |
|---|---|---|---|---|---|
| 10/31/2014 | SUN OFFICE PRODUCTS | 1476 | PT Operating | 6399 | ($1,263.26) |
| 10/31/2014 | BRISK COFFEE | 1476 | PT Operating | 6400 | ($588.60) |
| 10/31/2014 | UNITED FIRE PROTECTION | 1476 | PT Operating | 6407 | ($825.00) |
| 10/31/2014 | Transfer to Operator Payroll Tax Account | 1476 | PT Operating | | ($141,857.49) |
| 10/31/2014 | Omnicare | 1476 | PT Operating | | ($21,655.98) |
| 10/31/2014 | Visa | 1476 | PT Operating | | ($15,270.01) |
| 10/31/2014 | Medline | 1476 | PT Operating | | ($4,709.20) |
| 10/31/2014 | Concur | 1476 | PT Operating | | ($643.13) |
| | | | | Total 1476 | ($4,596,230.12) |
| | | | | Total 1476 Transfers | (1,290,705.41) |
| | | | | Total 1476 Disbursements | ($3,305,524.71) |
| 10/1/2014 | FIDELITY 401K Funding | 4602 | PT Payroll Tax | | ($1,893.95) |
| 10/6/2014 | PAYROLL TAXES | 4602 | PT Payroll Tax | | ($132,381.17) |
| 10/6/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($292.50) |
| 10/6/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($652.26) |
| 10/6/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($1,058.43) |
| 10/6/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($901.54) |
| 10/6/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($52.50) |
| 10/6/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($46.84) |
| 10/15/2014 | BANK FEES | 4602 | PT Payroll Tax | | ($249.62) |
| 10/15/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($44.61) |
| 10/15/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($26.25) |
| 10/15/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($24.50) |
| 10/17/2014 | FIDELITY 401K Funding | 4602 | PT Payroll Tax | | ($2,737.80) |
| 10/17/2014 | PAYROLL TAXES | 4602 | PT Payroll Tax | | ($84.10) |
| 10/20/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($981.78) |
| 10/20/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($901.54) |
| 10/20/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($619.57) |
| 10/20/2014 | PAYROLL TAXES | 4602 | PT Payroll Tax | | ($134,016.64) |
| 10/24/2014 | FIDELITY 401K Funding | 4602 | PT Payroll Tax | | ($2,767.33) |
| | | | | Total 4602 | (279,732.93) |
| | | | | Total 4602 Transfers | - |
| | | | | Total 4602 Disbursements | (279,732.93) |
| | | | | Total | ($9,034,254.88) |
| | | | | Total Transfers | ($4,577,212.98) |
| | | | | Total Disbursements | ($4,457,041.90) |
| | | | | Less: Trustee Fees | (11,050.00) |
| | | | | **Adjusted Disbursements - 10/1-10/31** | **($4,445,991.90)** |

**Palm Terrace - Clewiston**
**Schedule of Cash Disbursements**
**10/1/2014-10/31/2014**

| Date | Description | $ Amount |
|---|---|---:|
| 10/1/2014 | Wire Transfer to Parent Operating Acct | (30,695.98) |
| 10/2/2014 | Wire Transfer to Parent Operating Acct | (1,508.91) |
| 10/3/2014 | Wire Transfer to Parent Operating Acct | (14,090.14) |
| 10/7/2014 | Wire Transfer to Parent Operating Acct | (9,669.56) |
| 10/8/2014 | Wire Transfer to Parent Operating Acct | (356,926.63) |
| 10/9/2014 | Wire Transfer to Parent Operating Acct | (52,003.05) |
| 10/10/2014 | Wire Transfer to Parent Operating Acct | (33,470.11) |
| 10/15/2014 | Wire Transfer to Parent Operating Acct | (113,874.54) |
| 10/16/2014 | Wire Transfer to Parent Operating Acct | (13,108.79) |
| 10/17/2014 | Wire Transfer to Parent Operating Acct | (90,249.98) |
| 10/20/2014 | Wire Transfer to Parent Operating Acct | (1,849.86) |
| 10/21/2014 | Wire Transfer to Parent Operating Acct | (40,163.00) |
| 10/22/2014 | Wire Transfer to Parent Operating Acct | (78,876.54) |
| 10/22/2014 | Wire Transfer to Parent Operating Acct | (300.00) |
| 10/22/2014 | Wire Transfer to Parent Operating Acct | (300.00) |
| 10/23/2014 | Wire Transfer to Parent Operating Acct | (73,222.92) |
| 10/24/2014 | Wire Transfer to Parent Operating Acct | (6,450.25) |
| 10/27/2014 | Wire Transfer to Parent Operating Acct | (6,066.43) |
| 10/28/2014 | Wire Transfer to Parent Operating Acct | (6,633.64) |
| 10/29/2014 | Wire Transfer to Parent Operating Acct | (19,381.40) |
| 10/30/2014 | Wire Transfer to Parent Operating Acct | (9,286.98) |
| 10/31/2014 | Wire Transfer to Parent Operating Acct | (8,226.69) |
| | | **(966,355.40)** |

**Palm Terrace - Lakeland**
**Schedule of Cash Disbursements**
**10/1/2014-10/31/2014**

| Date | Description | $ Amount |
|---|---|---:|
| 10/1/2014 | Wire Transfer to Parent Operating Acct | (38,395.79) |
| 10/2/2014 | Wire Transfer to Parent Operating Acct | (19,764.52) |
| 10/3/2014 | Wire Transfer to Parent Operating Acct | (22,779.30) |
| 10/6/2014 | Wire Transfer to Parent Operating Acct | (5,501.31) |
| 10/7/2014 | Wire Transfer to Parent Operating Acct | (11,422.00) |
| 10/8/2014 | Wire Transfer to Parent Operating Acct | (113,170.18) |
| 10/9/2014 | Wire Transfer to Parent Operating Acct | (33,007.92) |
| 10/10/2014 | Wire Transfer to Parent Operating Acct | (83,503.35) |
| 10/14/2014 | Wire Transfer to Parent Operating Acct | (30,029.46) |
| 10/15/2014 | Wire Transfer to Parent Operating Acct | (72,921.78) |
| 10/16/2014 | Wire Transfer to Parent Operating Acct | (34,363.43) |
| 10/17/2014 | Wire Transfer to Parent Operating Acct | (27,392.82) |
| 10/20/2014 | Wire Transfer to Parent Operating Acct | (89,350.19) |
| 10/21/2014 | Wire Transfer to Parent Operating Acct | (10,760.35) |
| 10/22/2014 | Wire Transfer to Parent Operating Acct | (74,337.64) |
| 10/22/2014 | Wire Transfer to Parent Operating Acct | (8,284.00) |
| 10/22/2014 | Wire Transfer to Parent Operating Acct | (5,968.64) |
| 10/23/2014 | Wire Transfer to Parent Operating Acct | (534,188.22) |
| 10/24/2014 | Wire Transfer to Parent Operating Acct | (17,625.70) |
| 10/27/2014 | Wire Transfer to Parent Operating Acct | (210,501.36) |
| 10/28/2014 | Wire Transfer to Parent Operating Acct | (17,998.65) |
| 10/29/2014 | Wire Transfer to Parent Operating Acct | (67,056.80) |
| 10/30/2014 | Wire Transfer to Parent Operating Acct | (10,163.72) |
| 10/31/2014 | Wire Transfer to Parent Operating Acct | (12,891.91) |
| | | **(1,551,379.04)** |

**Palm Terrace - St. Petersburg**
**Schedule of Cash Disbursements**
**10/1/2014-10/31/2014**

| Date | Description | $ Amount |
|---|---|---:|
| 10/1/2014 | Wire Transfer to Parent Operating Acct | (0.45) |
| 10/3/2014 | Returned Item Charge Back | (9,424.00) |
| 10/3/2014 | Wire Transfer to Parent Operating Acct | (44,311.39) |
| 10/6/2014 | Wire Transfer to Parent Operating Acct | (29,256.10) |
| 10/7/2014 | Wire Transfer to Parent Operating Acct | (14,618.29) |
| 10/8/2014 | Wire Transfer to Parent Operating Acct | (376,332.25) |
| 10/9/2014 | Wire Transfer to Parent Operating Acct | (25,758.07) |
| 10/10/2014 | Wire Transfer to Parent Operating Acct | (34,988.86) |
| 10/14/2014 | Wire Transfer to Parent Operating Acct | (884.64) |
| 10/15/2014 | Wire Transfer to Parent Operating Acct | (12,488.82) |
| 10/16/2014 | Wire Transfer to Parent Operating Acct | (36,546.08) |
| 10/17/2014 | Wire Transfer to Parent Operating Acct | (39,988.48) |
| 10/20/2014 | Wire Transfer to Parent Operating Acct | (480.00) |
| 10/21/2014 | Wire Transfer to Parent Operating Acct | (1,400.10) |
| 10/22/2014 | Wire Transfer to Parent Operating Acct | (58,182.96) |
| 10/22/2014 | Wire Transfer to Parent Operating Acct | (11,374.00) |
| 10/22/2014 | Wire Transfer to Parent Operating Acct | (9,564.00) |
| 10/23/2014 | Wire Transfer to Parent Operating Acct | (38,860.37) |
| 10/24/2014 | Wire Transfer to Parent Operating Acct | (1,057.89) |
| 10/28/2014 | Wire Transfer to Parent Operating Acct | (1,000.00) |
| 10/28/2014 | Returned Item Charge Back | (1,000.00) |
| 10/29/2014 | Wire Transfer to Parent Operating Acct | (5,250.97) |
| 10/30/2014 | Wire Transfer to Parent Operating Acct | (17,744.60) |
| | | **(770,512.32)** |

Palm Terrace
AR Aging
October 2014

| Facility | Payer | Payer Account | Total 0.714285714 | Allowance | Net | Future Cash | Current 14-Oct | 30 14-Sep | 60 14-Aug | 90 14-Jul | 120 14-Jun | 150 14-May | 180 14-Apr | 210 14-Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Palm Terrace of Clewiston | A/R - Private | 100.1100.1100 | $126,694.19 | $80,993.05 | $45,701.14 | ($191.56) | $6,457.57 | $7,503.01 | $9,137.84 | $14,129.90 | $10,025.65 | $8,496.95 | $3,477.69 | $67,657.14 |
| | A/R - Medicaid Pending | 100.1100.1101 | $74,936.66 | $5,643.05 | $69,293.61 | $0.00 | $31,328.32 | $16,116.70 | $12,622.89 | $6,165.46 | $3,535.29 | $0.00 | $0.00 | $5,168.00 |
| | A/R - Co-ins Private | 100.1100.1102 | $38,873.73 | $11,394.16 | $27,479.57 | $0.00 | $350.00 | $2,128.00 | $5,149.47 | $5,483.36 | $6,324.00 | $6,911.03 | $75.00 | $12,452.87 |
| | A/R - Medicare A | 100.1100.1105 | $198,556.67 | $14,533.51 | $184,023.16 | $0.00 | $160,936.51 | $9,840.73 | $0.00 | $0.00 | $0.00 | $8,482.78 | $173.12 | $19,123.53 |
| | A/R - Medicare B | 100.1100.1180 | $51,494.03 | $10,490.41 | $41,003.62 | $0.00 | $25,171.15 | $3,584.02 | $335.97 | $1,737.84 | $888.37 | $1,384.35 | $802.13 | $17,590.20 |
| | A/R - Managed C | 100.1100.1190 | $60,655.38 | $16,117.26 | $44,538.12 | $0.00 | $17,550.30 | $7,795.02 | $4,200.25 | $8,029.11 | ($2,090.11) | ($50.00) | $0.00 | $25,220.81 |
| | A/R - Medicaid | 100.1100.1200 | $375,320.60 | $110,192.69 | $265,127.91 | $0.00 | $64,757.47 | $29,567.53 | $22,022.18 | $31,081.26 | $33,274.01 | $29,305.11 | $28,936.13 | $136,376.91 |
| | A/R - Hospice | 100.1100.1285 | $30,054.40 | $593.52 | $29,460.88 | $0.00 | $20,934.71 | $6,310.90 | $3,048.89 | $0.01 | $0.07 | $0.00 | ($0.01) | ($240.17) |
| | A/R - Private Insurance | 100.1100.1290 | $30,951.35 | $7,153.95 | $23,797.40 | $0.00 | $9,870.81 | $9,970.90 | $6,930.43 | $4,619.50 | ($7,017.07) | $288.53 | $6,111.88 | $176.37 |
| | A/R - Medicaid Managed Care | 100.1100.1295 | $771,866.61 | $16,688.74 | $755,177.87 | $0.00 | $573,280.81 | $12,632.29 | $20,014.47 | $46,176.42 | $21,955.00 | $18,603.50 | $16,755.16 | $62,448.96 |
| | TOTAL | | $1,759,403.62 | $273,800.34 | $1,485,603.28 | ($191.56) | $910,637.65 | $105,449.10 | $83,462.39 | $117,422.86 | $66,895.21 | $73,422.25 | $56,331.10 | $345,974.62 |
| Palm Terrace of Lakeland | A/R - Private | 100.1100.1100 | $597,866.20 | $533,079.92 | $64,786.28 | ($6,576.43) | $11,934.29 | $8,356.26 | $8,134.94 | $24,365.03 | $23,152.04 | $56,215.46 | $45,328.89 | $426,955.72 |
| | A/R - Medicaid Pending | 100.1100.1101 | $361,428.44 | $55,787.39 | $305,641.05 | $0.00 | $72,993.51 | $68,844.48 | $63,338.91 | $44,988.49 | $31,983.56 | $21,983.82 | $15,282.38 | $42,013.29 |
| | A/R - Co-ins Private | 100.1100.1102 | $386,117.90 | $177,091.02 | $209,026.88 | ($664.00) | $13,171.90 | $6,503.00 | $4,917.00 | $7,117.35 | $12,306.00 | $15,042.00 | $14,221.34 | $313,503.31 |
| | A/R - Medicare A | 100.1100.1105 | $413,593.12 | $68,272.91 | $345,320.21 | $0.00 | $261,203.22 | $18,719.18 | $19,314.94 | $7,312.57 | ($197.60) | ($24.32) | $3,337.14 | $103,927.99 |
| | A/R - Medicare B | 100.1100.1180 | $35,896.29 | $3,767.12 | $32,129.17 | $0.00 | $28,856.80 | $3,189.26 | ($885.28) | ($614.83) | $306.12 | $0.00 | $0.00 | $5,044.22 |
| | A/R - Managed C | 100.1100.1190 | $623,394.32 | $187,551.43 | $435,842.89 | $0.00 | $165,171.57 | $87,795.81 | $47,293.13 | $35,038.87 | $34,022.45 | $34,991.71 | $28,298.86 | $190,781.92 |
| | A/R - Medicaid | 100.1100.1200 | $254,547.08 | $103,075.82 | $151,471.26 | $0.00 | $115,479.43 | $42,200.77 | $19,948.78 | $36,026.66 | $43,398.97 | $27,518.26 | $13,060.17 | ($43,085.96) |
| | A/R - Hospice | 100.1100.1285 | $56,364.48 | $1,659.11 | $54,705.37 | $0.00 | $79,358.84 | $1,491.94 | $98.38 | ($234.36) | $623.88 | $99.10 | $1.01 | ($25,074.31) |
| | A/R - Private Insurance | 100.1100.1290 | $239,635.83 | $116,192.54 | $123,443.29 | $0.00 | $22,550.67 | $23,434.59 | $20,174.50 | $19,610.46 | $13,502.47 | $11,653.61 | $9,862.19 | $118,847.34 |
| | A/R - Medicaid Managed Care | 100.1100.1295 | $511,996.14 | $20,138.59 | $491,857.55 | $0.00 | $478,963.12 | $33,288.34 | $20,912.59 | $2,336.92 | ($11,512.13) | $9,128.24 | ($20,138.43) | ($982.51) |
| | TOTAL | | $3,480,839.80 | $1,266,615.84 | $2,214,223.96 | ($7,240.43) | $1,249,683.35 | $293,823.63 | $203,247.89 | $175,947.16 | $147,585.76 | $176,607.88 | $109,253.55 | $1,131,931.01 |
| Palm Terrace of St. Petersburg | A/R - Private | 100.1100.1100 | $311,377.43 | $358,551.27 | ($47,173.84) | $0.00 | $14,603.45 | $13,298.23 | $13,693.71 | $16,278.73 | $9,311.33 | $11,234.00 | $9,647.02 | $223,310.96 |
| | A/R - Medicaid Pending | 100.1100.1101 | $202,429.37 | $69,107.06 | $133,322.31 | $0.00 | $22,269.15 | $20,049.24 | $13,557.60 | $7,831.96 | $7,214.70 | $7,455.19 | $7,035.03 | $117,016.50 |
| | A/R - Co-ins Private | 100.1100.1102 | $123,592.49 | $53,804.28 | $69,788.21 | $0.00 | $9,120.00 | $5,320.00 | $4,560.00 | $127.02 | $5,842.02 | $737.82 | $3,509.96 | $94,375.67 |
| | A/R - Medicare A | 100.1100.1105 | $155,894.16 | $11,662.32 | $144,231.84 | $0.00 | $82,494.16 | $33,452.06 | $20,502.93 | $3,386.54 | $5,245.24 | $0.00 | $0.00 | $10,813.23 |
| | A/R - Medicare B | 100.1100.1180 | $36,580.21 | $5,753.45 | $30,826.76 | $0.00 | $18,608.50 | $6,361.88 | $1,807.22 | $0.00 | $797.58 | $42.78 | $89.42 | $8,872.83 |
| | A/R - Managed C | 100.1100.1190 | $35,085.97 | $25,128.13 | $9,957.84 | $0.00 | $25,662.46 | $12,174.89 | $27,122.51 | $14,111.74 | $16,157.88 | $375.00 | $2,594.24 | ($63,112.75) |
| | A/R - Medicaid | 100.1100.1200 | $250,507.68 | $81,803.43 | $168,704.25 | $0.00 | $77,185.27 | $34,210.92 | $20,967.93 | $25,053.65 | $21,087.77 | $21,458.35 | $21,066.71 | $29,477.08 |
| | A/R - Hospice | 100.1100.1285 | $32,276.53 | $3,284.22 | $28,992.31 | $0.00 | $37,251.49 | ($102.56) | ($779.04) | ($838.55) | $0.00 | $0.00 | $0.00 | ($3,254.81) |
| | A/R - Private Insurance | 100.1100.1290 | ($16,092.51) | $16,683.99 | ($32,776.50) | $0.00 | $509.01 | $184.56 | $0.00 | $0.01 | $29.41 | $121.60 | ($15.75) | ($16,921.35) |
| | A/R - Medicaid Managed Care | 100.1100.1295 | $389,949.07 | $11,936.27 | $378,012.80 | $0.00 | $384,893.52 | $166.90 | $99.67 | $332.53 | $463.69 | $0.00 | ($578.46) | $4,571.22 |
| | TOTAL | | $1,521,600.40 | $637,714.41 | $883,885.99 | $0.00 | $672,597.01 | $125,116.12 | $101,532.53 | $66,283.63 | $66,149.62 | $41,424.74 | $43,348.17 | $405,148.58 |

Palm Terrace
AR Aging
October 2014

| Payer Account | | Total | Future | Cash | Current | 30 | 60 | 90 | 120 | 150 | 180 | 210 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.714285714 | | 14-Oct | 14-Sep | 14-Aug | 14-Jul | 14-Jun | 14-May | 14-Apr | 14-Mar |
| A/R - Private | 100.1100.1100 | $1,035,937.82 | ($6,767.99) | $972,624.24 | $63,313.58 | $32,995.31 | $29,157.50 | $30,966.49 | $54,773.66 | $42,489.02 | $75,946.41 | $58,453.60 | $717,923.82 |
| A/R - Medicaid Pending | 100.1100.1101 | $638,794.47 | $0.00 | $130,537.51 | $508,256.96 | $126,590.98 | $105,010.42 | $89,519.40 | $58,985.91 | $42,733.55 | $29,439.01 | $22,317.41 | $164,197.79 |
| A/R - Co-ins Private | 100.1100.1102 | $548,584.12 | ($664.00) | $242,289.45 | $306,294.67 | $22,641.90 | $13,951.00 | $14,626.47 | $12,727.73 | $24,472.02 | $22,690.85 | $17,806.30 | $420,331.85 |
| A/R - Medicare A | 100.1100.1105 | $768,043.95 | $0.00 | $94,468.74 | $673,575.21 | $504,633.89 | $62,011.97 | $39,817.87 | $10,699.11 | $5,047.64 | $8,458.46 | $3,510.26 | $133,864.75 |
| A/R - Medicare B | 100.1100.1180 | $123,970.53 | $0.00 | $20,010.97 | $103,959.56 | $72,636.45 | $13,135.16 | $1,257.91 | $1,123.01 | $1,992.07 | $1,427.13 | $891.55 | $31,507.25 |
| A/R - Managed C | 100.1100.1190 | $719,135.67 | $0.00 | $228,796.82 | $490,338.85 | $208,384.33 | $107,765.72 | $78,615.89 | $57,179.72 | $48,090.22 | $35,316.71 | $30,893.10 | $152,889.98 |
| A/R - Medicaid | 100.1100.1200 | $880,375.36 | $0.00 | $295,071.94 | $585,303.42 | $257,422.17 | $105,979.22 | $62,938.89 | $92,161.57 | $97,760.75 | $78,281.72 | $63,063.01 | $122,768.03 |
| A/R - Hospice | 100.1100.1285 | $118,695.41 | $0.00 | $5,536.85 | $113,158.56 | $137,545.04 | $7,700.28 | $2,368.23 | ($1,072.90) | $623.95 | $99.10 | $1.00 | ($28,569.29) |
| A/R - Private Insurance | 100.1100.1290 | $254,494.67 | $0.00 | $140,030.48 | $114,464.19 | $32,930.49 | $33,590.05 | $27,104.93 | $24,229.97 | $6,514.81 | $12,063.74 | $15,958.32 | $102,102.36 |
| A/R - Medicaid Managed Care | 100.1100.1295 | $1,673,811.82 | $0.00 | $48,763.60 | $1,625,048.22 | $1,437,137.45 | $46,087.53 | $41,026.73 | $48,845.87 | $10,906.56 | $27,731.74 | ($3,961.73) | $66,037.67 |
| TOTAL | | $6,761,843.82 | ($7,431.99) | $2,178,130.60 | $4,583,713.22 | $2,832,918.01 | $524,388.85 | $388,242.81 | $359,653.65 | $280,630.59 | $291,454.87 | $208,932.82 | $1,883,054.21 |

| | |
|---|---|
| Per BS | $4,619,091.77 |
| Patient Refunds | ($35,378.54) |
| Miscellaneous Reconciling Item | ($0.01) |
| Adjusted Total | $4,583,713.22 |
| Variance | $0.00 |

# SA-CLEWISTON, LLC
## Post Petition AP Aging, by Vendor
### As of 10/31/2014

| Row Labels | Name: | Sum of Current Period | Sum of 31 - 60 Days | Sum of 61 - 90 Days | Sum of 91 and Over | Sum of Total |
|---|---|---|---|---|---|---|
| AVISTA | AVISTA | $ - | $ 636 | $ - | $ - | $ 636 |
| CANSER | CANNON FINANCIAL SERVICES INC | $ 394 | $ 368 | $ - | $ - | $ 762 |
| CINFIR | CINTAS FIRE PROTECTION | $ 939 | $ - | $ - | $ - | $ 939 |
| CLEUTI | CLEWISTON UTILITIES | $ 6,281 | $ - | $ - | $ - | $ 6,281 |
| CMLAND | C & M LANDSCAPING AND FINISH GRADE WORK | $ - | $ 2,320 | $ - | $ - | $ 2,320 |
| DIRSUP | DIRECT SUPPLY HEALTHCARE EQUIP | $ 802 | $ - | $ - | $ - | $ 802 |
| EDGINF | EDGE INFORMATION MANAGEMENT, INC. | $ - | $ 115 | $ - | $ - | $ 115 |
| GOUBIL | BILL GOULEY | $ - | $ 175 | $ - | $ - | $ 175 |
| HALREH | HALCYON REHABILITATION | $ - | $ 72,407 | $ - | $ - | $ 72,407 |
| HEASER | HEALTHCARE SERVICES GROUP, INC. | $ - | $ 2,986 | $ - | $ - | $ 2,986 |
| INOVUS | SUN OFFICE PRODUCTS | $ 1,368 | $ - | $ - | $ - | $ 1,368 |
| IROMOU | IRON MOUNTAIN | $ - | $ 1,424 | $ - | $ - | $ 1,424 |
| MEDMED | MEDSTAR MEDICAL | $ 4,911 | $ - | $ - | $ - | $ 4,911 |
| METTEL | METROPOLITAN TELECOMMUNICATION | $ 1,746 | $ - | $ - | $ - | $ 1,746 |
| NUTLIF | NUTRITIOUS LIFESTYLES, INC | $ 1,923 | $ 347 | $ - | $ - | $ 2,270 |
| PITBOI | PITNEY BOWES INC | $ 32 | $ 31 | $ - | $ - | $ 63 |
| USFOOD | U.S.FOODSERVICE | $ 6,797 | $ - | $ - | $ - | $ 6,797 |
| USLRAD | US LAB & RADIOLOGY INC | $ - | $ 812 | $ - | $ - | $ 812 |
| **Grand Total** | | $ 25,193 | $ 81,621 | $ - | $ - | $ 106,814 |

**SA-LAKELAND, LLC**
**Post Petition AP Aging, by Vendor**
**As of 10/31/2014**

| Row Labels | Name: | Sum of Current Period | Sum of 31 - 60 Days | Sum of 61 - 90 Days | Sum of 91 and Over | Sum of Total |
|---|---|---|---|---|---|---|
| AEREPA | A & E REPAIR INC. | $ - | $ 502 | $ - | $ - | $ 502 |
| AUDTEL | AUDIOTEL/AUDIO INFO SVC INC | $ - | $ 27 | $ - | $ - | $ 27 |
| BIOPES | BIO-TECH PEST CONTROL | $ 265 | $ - | $ - | $ - | $ 265 |
| BUTHEA | BUTLER HEATING & AIR CONDITIONING, INC. | $ - | $ 1,654 | $ - | $ - | $ 1,654 |
| CANSOL | CANON SOLUTIONS AMERICA INC | $ 1,626 | $ 1,497 | $ 68 | $ - | $ 3,192 |
| COGINC | COGENT, INC. | $ 381 | $ - | $ - | $ - | $ 381 |
| COZBRO | COZZINI BROS., INC. | $ 86 | $ - | $ - | $ - | $ 86 |
| DIRSLS | DIRECT SUPPLY LOCAL SERVICES | $ 873 | $ - | $ - | $ - | $ 873 |
| DIRSUP | DIRECT SUPPLY HEALTHCARE EQUIP | $ 54 | $ 843 | $ - | $ - | $ 897 |
| FLOHEA | FLORIDA DEPARTMENT OF HEALTH | $ - | $ 85 | $ - | $ - | $ 85 |
| GCSSER | GCS SERVICE, INC. | $ 1,696 | $ - | $ - | $ - | $ 1,696 |
| HALREH | HALCYON REHABILITATION | $ - | $ 126,034 | $ - | $ - | $ 126,034 |
| JOHGOD | JOHN GODDARD PRODUCE INC. | $ - | $ 157 | $ - | $ - | $ 157 |
| JUSMED | JUST MEDICAL, INC. | $ - | $ 328 | $ - | $ - | $ 328 |
| LAKLED | LAKELAND LEDGER PUBLISHING | $ 10 | $ 73 | $ - | $ - | $ 83 |
| LONTEC | LONG TERM CARE NUTRITION | $ 2,880 | $ - | $ - | $ - | $ 2,880 |
| METTEL | METROPOLITAN TELECOMMUNICATION | $ - | $ 243 | $ - | $ - | $ 243 |
| NATDAT | NATIONAL DATACARE CORPORATION | $ - | $ 191 | $ - | $ - | $ 191 |
| OSCSUP | OSCEOLA SUPPLY, INC. | $ - | $ 3,087 | $ - | $ - | $ 3,087 |
| PITGLO | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | $ 238 | $ - | $ - | $ - | $ 238 |
| SITSTO | SITE STORAGE INC. | $ 193 | $ - | $ - | $ - | $ 193 |
| SMIDAV | DAVID SMITH | $ 65 | $ - | $ - | $ - | $ 65 |
| SOULAU | SOUTHEASTERN LAUNDRY EQUIPMENT, INC. | $ - | $ 300 | $ - | $ - | $ 300 |
| SUNFLO | SUNNY FLORIDA DAIRY | $ 606 | $ - | $ - | $ - | $ 606 |
| THYELE | THYSSENKRUPP ELEVATOR CORP | $ 928 | $ - | $ - | $ - | $ 928 |
| TOTCOM | TOTAL COMPLIANCE NETWORK, INC | $ - | $ 264 | $ - | $ - | $ 264 |
| TRINON | TRINITY NON-EMERGENCY TRANSPORT, INC. | $ - | $ 1,490 | $ - | $ - | $ 1,490 |
| UNIPRO | UNITED FIRE PROTECTION | $ 780 | $ - | $ - | $ - | $ 780 |
| USFOOD | U.S.FOODSERVICE | $ 14,646 | $ - | $ - | $ - | $ 14,646 |
| WATCLI | WATSON CLINIC, LLP | $ 28 | $ - | $ - | $ - | $ 28 |
| **Grand Total** | | $ 25,353 | $ 136,774 | $ 68 | $ - | $ 162,195 |

## SA-ST. PETERSBURG, LLC
## Post Petition AP Aging, by Vendor
## As of 10/31/2014

| Row Labels | Name: | Sum of Current Period | Sum of 31 - 60 Days | Sum of 61 - 90 Days | Sum of 91 and Over | Sum of Total |
|---|---|---|---|---|---|---|
| AVISTA | AVISTA | $ - | $ 2,904 | $ - | $ - | $ 2,904 |
| COZBRO | COZZINI BROS., INC. | $ 37 | $ - | $ - | $ - | $ 37 |
| FCSINC | FCS, INC. | $ 190 | $ - | $ - | $ - | $ 190 |
| HALREH | HALCYON REHABILITATION | $ 25,247 | $ 45,136 | $ - | $ - | $ 70,384 |
| IROMOU | IRON MOUNTAIN | $ - | $ 287 | $ - | $ - | $ 287 |
| MEDPAR | MEDICAL PARTS SOURCE INC. | $ (251) | $ - | $ - | $ - | $ (251) |
| METTEL | METROPOLITAN TELECOMMUNICATION | $ 1,455 | $ 238 | $ - | $ - | $ 1,694 |
| OSCSUP | OSCEOLA SUPPLY, INC. | $ 2,331 | $ - | $ - | $ - | $ 2,331 |
| PREHEA | PREMIER HEALTH CARE | $ - | $ 900 | $ - | $ - | $ 900 |
| SAMPRE | SAMMONS PRESTON | $ 140 | $ 485 | $ - | $ - | $ 625 |
| THYELE | THYSSENKRUPP ELEVATOR CORP | $ - | $ 856 | $ - | $ - | $ 856 |
| TOTCOM | TOTAL COMPLIANCE NETWORK, INC | $ 242 | $ 88 | $ - | $ - | $ 330 |
| USFOOD | U.S.FOODSERVICE | $ 6,768 | $ - | $ - | $ - | $ 6,768 |
| USLRAD | US LAB & RADIOLOGY INC | $ 2,416 | $ 35 | $ - | $ - | $ 2,451 |
| Grand Total | | $ 38,577 | $ 50,928 | $ - | $ - | $ 89,505 |

# SA-CHC Operator
# Post Petition AP Aging, by Vendor
# As of 10/31/2014

| Row Labels | Name: | Sum of Current Period | Sum of 31 - 60 Days | Sum of 61 - 90 Days | Sum of 91 and Over | Sum of Total |
|---|---|---|---|---|---|---|
| PCVISA | PURCHASING CARD VISA | $ - | $ 54.50 | $ - | $ - | $ 54.50 |
| PETLEW | PETER A LEWIS LAW OFFICES PL | $ - | $ 607.50 | $ - | $ - | $ 607.50 |
| **Grand Total** | | $ - | $ 662.00 | $ - | $ - | $ 662.00 |

# Narrative Statement

## For Period October 1 to October 31, 2014

*Please provide a brief description of the significant business and legal action by the debtor, it's creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's effort during the month to rehabilitate the business and develop a plan.*

---

There have been no changes to the bank account structure. CHC CLP Operator Holdings maintains a master depository, operating account, payroll account and payroll tax account. Also, each of the subsidiary debtors (SA Clewiston, SA Lakeland and SA St Petersburg) maintains a depository account. All of these accounts are pre-petition accounts and have not been closed as we received an Order granting our Motion to maintain these accounts post-petition.

In efforts to rehabilitate the business, we continue to focus on staffing and overall labor costs. All three operating Centers have made significant progress with containing labor costs and reducing overtime where possible. Over the last few months we have seen a definite decline in overtime as a percentage of labor, with Clewiston's performance being the strongest. Clewiston has seen a fifty percent reduction in overtime expense. We will continue to focus on controlling this area of cost moving forward.

We have also spent a lot of time on census development and we are starting to see a positive impact on our census numbers. Overall monthly census numbers are stable, but there are positive changes to our census mix. Our Medicare days are up at all three locations. This is positive as generally Medicare is the highest payer for services within our industry.

The recent upgrading of leadership talent at our buildings should begin to show positive results as well, especially with the new Business Office Manager at Lakeland. We are looking forward to that position having a positive impact on A/R collections and reducing the bad debt expense. It will take time for this change to flow through to actual financial performance, but early indicators point to a positive change in the future months.

We have had a difficult time maintaining vendor relationships at all three buildings. Many vendors have placed us on COD and some vendors have chosen not to move forward with us and we've had to source alternative partners. Whilst challenging, we have been successful in maintaining services to the business without disruption to operations.