## 2014 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# M10000000807

**Entity Name:** HALCYON REHABILITATION, LLC

**Current Principal Place of Business:**

4 WEST RED OAK LANE STE 201
WHITE PLAINS, NY 10604

**Current Mailing Address:**

4 WEST RED OAK LANE STE 201
WHITE PLAINS, NY 10604

**FEI Number:** NOT APPLICABLE

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525 US

**FILED**
**Jan 30, 2014**
**Secretary of State**
**CC6009015713**

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGRM | Title | MGRM |
| Name | ASSET NAVIGATOR, LLC | Name | HEALTH CARE NAVIGATOR, LLC |
| Address | 4 WEST RED OAK LANE STE 201 | Address | 4 WEST RED OAK LANE STE 201 |
| City-State-Zip: | WHITE PLAINS NY 10604 | City-State-Zip: | WHITE PLAINS NY 10604 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ASSET NAVIGATOR, LLC          MGR          01/30/2014

Electronic Signature of Signing Authorized Person(s) Detail                 Date