# 2014 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P95000020078

**Entity Name:** NEW CENTURY INVESTOR SERVICES, INC.

FILED
Mar 21, 2014
Secretary of State
CC7316709218

**Current Principal Place of Business:**

600 CENTRAL AVENUE
SUITE 365
HIGHLAND PARK, IL 60035-3257

**Current Mailing Address:**

600 CENTRAL AVENUE
SUITE 365
HIGHLAND PARK, IL 60035-3257 US

**FEI Number:** 65-0575689

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FELNER, JEFFREY S
6235 FLORIDIAN CIRCLE
LAKE WORTH, FL 33463-6538 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                            Date

**Officer/Director Detail :**

| | | | |
|---|---|---|---|
| Title | PRESIDENT, DIRECTOR | Title | DIRECTOR |
| Name | SCHWARTZBERG, ALBERT | Name | GOLDMAN, ROBERT U |
| Address | 4 WEST RED OAK LANE SUITE 201 | Address | 600 CENTRAL AVENUE SUITE 311 |
| City-State-Zip: | WHITE PLAINS NY 10604 | City-State-Zip: | HIGHLAND PARK IL 60035 |
| Title | VP, TREASURER, DIRECTOR | Title | SECRETARY |
| Name | WAGNER, NATHAN | Name | WAGNER, SUSAN |
| Address | 600 CENTRAL AVENUE SUITE 365 | Address | 600 CENTRAL AVENUE, SUITE 365 |
| City-State-Zip: | HIGHLAND PARK IL 60035-3257 | City-State-Zip: | HIGHLAND PARK IL 60035-3257 |
| Title | DIRECTOR | | |
| Name | FELNER, JEFFREY S | | |
| Address | 6235 FLORIDIAN CIRCLE | | |
| City-State-Zip: | LAKE WORTH FL 33463-6538 | | |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SUSAN WAGNER                         SECRETARY                                            03/21/2014

Electronic Signature of Signing Officer/Director Detail                                            Date