## New Louisiana Holdings, LLC et al (Case Number 14-50756)
## MONTHLY OPERATING REPORT – OCTOBER 2014
### CHAPTER 11

| CASE NAME: | CASE NUMBER: |
|---|---|
| CHC-CLP Operator Holding, LLC | 14-51104 |
| CHC-SPC Operator, Inc. | 14-51106 |
| SA-Lakeland, LLC | 14-51103 |
| SA-Clewiston, LLC | 14-51102 |
| SA-St. Petersburg, LLC | 14-51101 |

THIS REPORT IS DUE THE 1ST BUSINESS DAY AFTER THE END OF THE FOLLOWING MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (x) | ( ) | Balance Sheet |
| (x) | ( ) | Profit & Loss Statement |
| (x) | ( ) | Cash Receipts & Disbursements Statement |
| (x) | ( ) | Supporting Schedules (Insurance Certificate Previously Provided) |
| (x) | ( ) | Narrative |
| (x) | ( ) | Bank Statement(s) & Reconciliations of Bank Balance to Book Balance for all accounts. |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: November 26, 2014
(date)

Debtor(s): Palm Terrace

By: James Blalock

Position: Authorized Representative

Name of preparer: Frank Bateman

Telephone No. of Preparer: 914-390-4308

Palm Terrace - CHC-CLP Operator Holdings, LLC
Schedule of Cash Disbursements
10/1/2014-10/31/2014

| Date | Description | Account | Account Name | Check # | $ Amount |
|---|---|---|---|---|---|
| 10/7/2014 | PAYROLL FUNDING | 0462 | PT Master Payroll | | ($434,471.09) |
| 10/14/2014 | PAYROLL CHECK | 0462 | PT Master Payroll | 41000101 | ($374.49) |
| 10/21/2014 | PAYROLL FUNDING | 0462 | PT Master Payroll | | ($436,938.68) |
| | | | Total 0462 | | ($871,784.26) |
| | | | Total 0462 Transfers | | $0.00 |
| | | | Total 0462 Disbursements | | ($871,784.26) |
| 10/1/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($49,973.36) |
| 10/2/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($69,091.77) |
| 10/3/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($21,273.88) |
| 10/6/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($81,180.83) |
| 10/7/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($34,757.41) |
| 10/8/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($35,709.85) |
| 10/9/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($846,429.06) |
| 10/10/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($110,769.04) |
| 10/14/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($151,962.32) |
| 10/15/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($30,914.10) |
| 10/16/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($199,285.18) |
| 10/17/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($84,018.30) |
| 10/20/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($157,631.28) |
| 10/21/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($91,680.06) |
| 10/22/2014 | Transfer to St. Petersburg Deposit Account | 0475 | PT Master Deposit | | ($9,564.00) |
| 10/22/2014 | Transfer to Lakeland Deposit Account | 0475 | PT Master Deposit | | ($5,968.64) |
| 10/22/2014 | Transfer to Clewiston Deposit Account | 0475 | PT Master Deposit | | ($300.00) |
| 10/22/2014 | Transfer to Capital Source | 0475 | PT Master Deposit | | ($52,323.45) |
| 10/24/2014 | Transfer to Operator Master Operating Account | 0475 | PT Master Deposit | | ($804,991.65) |
| 10/30/2014 | Transfer to St. Petersburg Deposit Account | 0475 | PT Master Deposit | | ($1,000.00) |
| 10/31/2014 | Transfer to Operator Master Operating Account | 0475 | PT Master Deposit | | ($447,683.39) |
| | | | Total 0475 | | (3,286,507.57) |
| | | | Total 0475 Transfers | | (3,286,507.57) |
| | | | Total 0475 Disbursements | | - |
| 10/1/2014 | FLORIDA DEPARTMENT OF HEALTH | 1476 | PT Operating | 6323 | ($85.00) |
| 10/1/2014 | Visa | 1476 | PT Operating | | ($12,433.44) |
| 10/1/2014 | American Express | 1476 | PT Operating | | ($1,896.57) |
| 10/1/2014 | Medline | 1476 | PT Operating | | ($8,044.17) |
| 10/1/2014 | New Century Investor Services | 1476 | PT Operating | | ($31,750.00) |
| 10/1/2014 | Florida LLC | 1476 | PT Operating | | ($253,386.75) |
| 10/1/2014 | Bank Fees | 1476 | PT Operating | | ($405.55) |
| 10/1/2014 | Bank Fees | 1476 | PT Operating | | ($98.56) |
| 10/1/2014 | Bank Fees | 1476 | PT Operating | | ($69.80) |
| 10/2/2014 | CITY OF LAKELAND | 1476 | PT Operating | 6324 | ($514.42) |
| 10/2/2014 | U.S. FOODSERVICE | 1476 | PT Operating | 6326 | ($15,744.51) |
| 10/2/2014 | Concur | 1476 | PT Operating | | ($2,107.38) |
| 10/3/2014 | Halcyon Rehabilitation | 1476 | PT Operating | | ($240,000.00) |
| 10/3/2014 | Transfer to Operator Payroll Tax Account | 1476 | PT Operating | | ($137,805.51) |
| 10/3/2014 | Utilities | 1476 | PT Operating | | ($3,212.17) |
| 10/3/2014 | Midline | 1476 | PT Operating | | ($4,140.82) |
| 10/3/2014 | Omnicare | 1476 | PT Operating | | ($19,936.08) |
| 10/6/2014 | CITY OF CLEWISTON | 1476 | PT Operating | 6321 | ($120.00) |
| 10/6/2014 | FLORIDA DEPARTMENT OF HEALTH | 1476 | PT Operating | 6330 | ($1,114.00) |
| 10/6/2014 | Transfer to Operator Payroll Account | 1476 | PT Operating | | ($434,471.09) |
| 10/7/2014 | DELTA DENTAL | 1476 | PT Operating | 6299 | ($1,944.48) |
| 10/7/2014 | LINCOLN FINANCIAL GROUP | 1476 | PT Operating | 6314 | ($3,109.91) |
| 10/7/2014 | MCARTHUR DAIRY | 1476 | PT Operating | 6327 | ($797.30) |
| 10/7/2014 | T.G. LEE DAIRY | 1476 | PT Operating | 6329 | ($702.27) |
| 10/7/2014 | Medline | 1476 | PT Operating | | ($12,071.16) |
| 10/7/2014 | Concur | 1476 | PT Operating | | ($690.64) |
| 10/8/2014 | LINCOLN LTD LIFE INSURANCE | 1476 | PT Operating | 6301 | ($1,800.87) |
| 10/8/2014 | LINCOLN FINANCIAL GROUP | 1476 | PT Operating | 6312 | ($1,280.70) |
| 10/8/2014 | MEDSTAR MEDICAL | 1476 | PT Operating | 6345 | ($4,643.80) |
| 10/8/2014 | Wire for Regional Director (PT Support) | 1476 | PT Operating | | ($15,000.00) |
| 10/8/2014 | CapitalSource | 1476 | PT Operating | | ($1,872,418.56) |
| 10/9/2014 | UNUM PROVIDENT | 1476 | PT Operating | 6300 | ($12,331.04) |
| 10/9/2014 | BETTER THAN DIRT | 1476 | PT Operating | 6320 | ($3,410.00) |
| 10/9/2014 | HENDRY COUNTY HEALTH DEPARTMEN | 1476 | PT Operating | 6325 | ($85.00) |
| 10/9/2014 | GRAINGER | 1476 | PT Operating | 6333 | ($4,324.83) |
| 10/9/2014 | HEALTHCARE SERVICES GROUP, INC | 1476 | PT Operating | 6343 | ($26,877.47) |

Palm Terrace - CHC-CLP Operator Holdings, LLC  
Schedule of Cash Disbursements  
10/1/2014-10/31/2014

| Date | Payee | Num | Account | Check # | Amount |
|---|---|---|---|---|---|
| 10/10/2014 | UNIFORM ON WHEELS | 1476 | PT Operating | 6340 | ($2,690.58) |
| 10/10/2014 | IVAN VALDES | 1476 | PT Operating | 6344 | ($575.00) |
| 10/10/2014 | Omnicare | 1476 | PT Operating | | ($19,880.82) |
| 10/14/2014 | CLIMATE DESIGN | 1476 | PT Operating | 6331 | ($6,427.00) |
| 10/14/2014 | SAMMONS PRESTON | 1476 | PT Operating | 6341 | ($514.60) |
| 10/14/2014 | T.G.LEE DAIRY | 1476 | PT Operating | 6347 | ($760.89) |
| 10/15/2014 | VISION SERVICE PLAN | 1476 | PT Operating | 6303 | ($1,342.41) |
| 10/15/2014 | Bank Fees | 1476 | PT Operating | | ($3,191.80) |
| 10/15/2014 | Bank Fees | 1476 | PT Operating | | ($87.01) |
| 10/15/2014 | Medline | 1476 | PT Operating | | ($8,686.05) |
| 10/16/2014 | HYATT LEGAL PLANS, INC. | 1476 | PT Operating | 6298 | ($289.56) |
| 10/16/2014 | DELTA DENTAL | 1476 | PT Operating | | ($1,604.60) |
| 10/16/2014 | Utilities | 1476 | PT Operating | | ($9,805.96) |
| 10/17/2014 | JODY M HENDRY 11, ATTORNEY AT | 1476 | PT Operating | 6334 | ($2,037.00) |
| 10/17/2014 | AGENCY FOR HEALTH CARE ADMINIS | 1476 | PT Operating | 6352 | ($74,492.77) |
| 10/17/2014 | AGENCY FOR HEALTH CARE ADMINIS | 1476 | PT Operating | 6353 | ($93,097.48) |
| 10/17/2014 | AGENCY FOR HEALTH CARE ADMINIS | 1476 | PT Operating | 6354 | ($52,906.37) |
| 10/17/2014 | Health Ins Premiums 10/2014 | 1476 | PT Operating | | ($144,500.00) |
| 10/17/2014 | Transfer to Operator Payroll Tax Account | 1476 | PT Operating | | ($139,258.15) |
| 10/17/2014 | Workers Comp Premiums 10/2014 | 1476 | PT Operating | | ($15,000.00) |
| 10/17/2014 | Medline | 1476 | PT Operating | | ($6,952.85) |
| 10/17/2014 | Omnicare | 1476 | PT Operating | | ($21,756.86) |
| 10/17/2014 | Concur | 1476 | PT Operating | | ($176.40) |
| 10/20/2014 | DELTA DENTAL | 1476 | PT Operating | 6357 | ($1,938.26) |
| 10/20/2014 | T.G.LEE DAIRY | 1476 | PT Operating | 6362 | ($1,022.94) |
| 10/20/2014 | MCARTHUR DAIRY | 1476 | PT Operating | 6363 | ($2,041.35) |
| 10/20/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6370 | ($8,531.50) |
| 10/20/2014 | Transfer to Operator Payroll Account | 1476 | PT Operating | | ($437,313.17) |
| 10/21/2014 | MEDICAL PARTS SOURCE INC. | 1476 | PT Operating | 6337 | ($639.30) |
| 10/21/2014 | LINCOLN FINANCIAL GROUP | 1476 | PT Operating | 6359 | ($3,005.46) |
| 10/21/2014 | MEDSTAR MEDICAL | 1476 | PT Operating | 6381 | ($5,080.36) |
| 10/21/2014 | Medline | 1476 | PT Operating | | ($9,674.11) |
| 10/21/2014 | DIRECT SUPPLY HEALTHCARE EQUIP | 1476 | PT Operating | | ($801.81) |
| 10/22/2014 | CLEWISTON UTILITIES | 1476 | PT Operating | 6364 | ($1,600.00) |
| 10/22/2014 | CLEWISTON UTILITIES | 1476 | PT Operating | 6365 | ($19,000.00) |
| 10/22/2014 | Utilities | 1476 | PT Operating | | ($45,980.23) |
| 10/23/2014 | UNUM PROVIDENT | 1476 | PT Operating | 6360 | ($12,090.54) |
| 10/23/2014 | SUN OFFICE PRODUCTS | 1476 | PT Operating | 6368 | ($1,861.47) |
| 10/23/2014 | MASADA BAKERY | 1476 | PT Operating | 6371 | ($445.69) |
| 10/23/2014 | BRISK COFFEE | 1476 | PT Operating | 6374 | ($486.90) |
| 10/23/2014 | JOHN GODDARD PRODUCE INC. | 1476 | PT Operating | 6377 | ($93.25) |
| 10/23/2014 | SITE STORAGE INC. | 1476 | PT Operating | 6379 | ($128.40) |
| 10/23/2014 | MED PASS INC. | 1476 | PT Operating | 6382 | ($50.92) |
| 10/23/2014 | MAINTENANCE WAREHOUSE | 1476 | PT Operating | 6383 | ($1,088.24) |
| 10/23/2014 | MOBILEX USA / SYMPHONY INC. | 1476 | PT Operating | 6388 | ($4,208.58) |
| 10/23/2014 | PURCHASE POWER | 1476 | PT Operating | 6389 | ($300.00) |
| 10/23/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6390 | ($15,058.31) |
| 10/24/2014 | SEIU 1199 FLORIDA | 1476 | PT Operating | 6366 | ($64.00) |
| 10/24/2014 | SEIU 1199 FLORIDA | 1476 | PT Operating | 6367 | ($1,156.66) |
| 10/24/2014 | SAMMONS PRESTON | 1476 | PT Operating | 6369 | ($1,180.64) |
| 10/24/2014 | SUNNY FLORIDA DAIRY | 1476 | PT Operating | 6372 | ($300.79) |
| 10/24/2014 | COZZINI BROS., INC. | 1476 | PT Operating | 6373 | ($123.05) |
| 10/24/2014 | DIRECT SUPPLY HEALTHCARE EQUIP | 1476 | PT Operating | 6378 | ($106.95) |
| 10/24/2014 | HOMER JARVIS | 1476 | PT Operating | 6380 | ($25.00) |
| 10/24/2014 | OSCEOLA SUPPLY, INC. | 1476 | PT Operating | 6395 | ($3,015.94) |
| 10/24/2014 | Medline | 1476 | PT Operating | | ($2,974.29) |
| 10/27/2014 | KCI USA, INC. | 1476 | PT Operating | 6376 | ($381.81) |
| 10/27/2014 | MCARTHUR DAIRY | 1476 | PT Operating | 6391 | ($221.66) |
| 10/27/2014 | METROPOLITAN TELECOMMUNICATION | 1476 | PT Operating | 6396 | ($1,322.34) |
| 10/27/2014 | CITY ELECTRIC SUPPLY CO. | 1476 | PT Operating | 6397 | ($3,220.00) |
| 10/28/2014 | LAKELAND ELECTRIC | 1476 | PT Operating | 6413 | ($21,065.00) |
| 10/29/2014 | DUKE ENERGY | 1476 | PT Operating | 6419 | ($940.51) |
| 10/29/2014 | Medline | 1476 | PT Operating | | ($4,582.28) |
| 10/29/2014 | Utilities | 1476 | PT Operating | | ($17,933.12) |
| 10/30/2014 | US TRUSTEE | 1476 | PT Operating | 6414 | ($325.00) |
| 10/30/2014 | US TRUSTEE | 1476 | PT Operating | 6415 | ($325.00) |
| 10/30/2014 | US TRUSTEE | 1476 | PT Operating | 6416 | ($325.00) |
| 10/30/2014 | US TRUSTEE | 1476 | PT Operating | 6417 | ($9,750.00) |
| 10/30/2014 | US TRUSTEE | 1476 | PT Operating | 6418 | ($325.00) |
| 10/30/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6421 | ($17,032.85) |
| 10/30/2014 | Wire for Vendor Allocations 10/2014 | 1476 | PT Operating | | ($15,063.52) |
| 10/31/2014 | E. SAM JONES DISTRIBUTOR, INC | 1476 | PT Operating | 6398 | ($358.24) |

**Palm Terrace - CHC-CLP Operator Holdings, LLC**
**Schedule of Cash Disbursements**
**10/1/2014-10/31/2014**

| Date | Description | Check # | Account | Ref | Amount |
|---|---|---|---|---|---|
| 10/31/2014 | SUN OFFICE PRODUCTS | 1476 | PT Operating | 6399 | ($1,263.26) |
| 10/31/2014 | BRISK COFFEE | 1476 | PT Operating | 6400 | ($588.60) |
| 10/31/2014 | UNITED FIRE PROTECTION | 1476 | PT Operating | 6407 | ($825.00) |
| 10/31/2014 | Transfer to Operator Payroll Tax Account | 1476 | PT Operating | | ($141,857.49) |
| 10/31/2014 | Omnicare | 1476 | PT Operating | | ($21,655.98) |
| 10/31/2014 | Visa | 1476 | PT Operating | | ($15,270.01) |
| 10/31/2014 | Medline | 1476 | PT Operating | | ($4,709.20) |
| 10/31/2014 | Concur | 1476 | PT Operating | | ($643.13) |
| | | | Total 1476 | | ($4,596,230.12) |
| | | | Total 1476 Transfers | | (1,290,705.41) |
| | | | Total 1476 Disbursements | | ($3,305,524.71) |
| 10/1/2014 | FIDELITY 401K Funding | 4602 | PT Payroll Tax | | ($1,893.95) |
| 10/6/2014 | PAYROLL TAXES | 4602 | PT Payroll Tax | | ($132,381.17) |
| 10/6/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($292.50) |
| 10/6/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($652.26) |
| 10/6/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($1,058.43) |
| 10/6/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($901.54) |
| 10/6/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($52.50) |
| 10/6/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($46.84) |
| 10/15/2014 | BANK FEES | 4602 | PT Payroll Tax | | ($249.62) |
| 10/15/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($44.61) |
| 10/15/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($26.25) |
| 10/15/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($24.50) |
| 10/17/2014 | FIDELITY 401K Funding | 4602 | PT Payroll Tax | | ($2,737.80) |
| 10/17/2014 | PAYROLL TAXES | 4602 | PT Payroll Tax | | ($84.10) |
| 10/20/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($981.78) |
| 10/20/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($901.54) |
| 10/20/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($619.57) |
| 10/20/2014 | PAYROLL TAXES | 4602 | PT Payroll Tax | | ($134,016.64) |
| 10/24/2014 | FIDELITY 401K Funding | 4602 | PT Payroll Tax | | ($2,767.33) |
| | | | Total 4602 | | (279,732.93) |
| | | | Total 4602 Transfers | | - |
| | | | Total 4602 Disbursements | | (279,732.93) |
| | | | Total | | ($9,034,254.88) |
| | | | Total Transfers | | ($4,577,212.98) |
| | | | Total Disbursements | | ($4,457,041.90) |
| | | | Less: Trustee Fees | | (11,050.00) |
| | | | **Adjusted Disbursements - 10/1-10/31** | | **($4,445,991.90)** |

# New Louisiana Holdings, LLC et al (Case Number 14-50756)
## MONTHLY OPERATING REPORT – NOVEMBER 2014
### CHAPTER 11

| CASE NAME: | CASE NUMBER: |
|---|---|
| CHC-CLP Operator Holding, LLC | 14-51104 |
| CHC-SPC Operator, Inc. | 14-51106 |
| SA-Lakeland, LLC | 14-51103 |
| SA-Clewiston, LLC | 14-51102 |
| SA-St. Petersburg, LLC | 14-51101 |

THIS REPORT IS DUE THE 1ST BUSINESS DAY AFTER THE END OF THE FOLLOWING MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (x) | ( ) | Balance Sheet |
| (x) | ( ) | Profit & Loss Statement |
| (x) | ( ) | Cash Receipts & Disbursements Statement |
| (x) | ( ) | Supporting Schedules (Insurance Certificate Previously Provided) |
| (x) | ( ) | Narrative |
| (x) | ( ) | Bank Statement(s) & Reconciliations of Bank Balance to Book Balance for all accounts. |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: December 31, 2014
(date)

Debtor(s)*: Palm Terrace

By: James Blalock

Position: Authorized Representative

Name of preparer: Frank Bateman

Telephone No. of Preparer: 914-390-4308

| | Palm Terrace - CHC-CLP Operator Holdings, LLC | | | | |
|---|---|---|---|---|---|
| | Schedule of Cash Disbursements | | | | |
| | 11/1/2014-11/30/2014 | | | | |
| | | | | | |
| Date | Description | Account | Account Name | Check # | $ Amount |
| 11/4/2014 | PAYROLL FUNDING | 0462 | PT Master Payroll | | ($447,005.61) |
| 11/18/2014 | PAYROLL FUNDING | 0462 | PT Master Payroll | | ($446,624.72) |
| 11/19/2014 | Payroll Check | 0462 | PT Master Payroll | 41000105 | ($687.59) |
| 11/18/2014 | Payroll Check | 0462 | PT Master Payroll | 41000106 | ($298.82) |
| 11/19/2014 | Payroll Check | 0462 | PT Master Payroll | 41000107 | ($181.20) |
| 11/21/2014 | Payroll Check | 0462 | PT Master Payroll | 41000108 | ($561.26) |
| 11/24/2014 | Payroll Check | 0462 | PT Master Payroll | 41000109 | ($3,367.50) |
| 11/24/2014 | Payroll Check | 0462 | PT Master Payroll | 41000110 | ($334.76) |
| | | | | | |
| | | | | Total 0462 | ($899,061.46) |
| | | | | Total 0462 Transfers | $0.00 |
| | | | | Total 0462 Disbursements | ($899,061.46) |
| | | | | | |
| 11/7/2014 | Transfer to Master Deposit Account | 0475 | PT Master Deposit | | ($222,867.26) |
| 11/14/2014 | Transfer to SA-St. Petersburg LLC- Deposit Account | 0475 | PT Master Deposit | | ($1,000.00) |
| 11/14/2014 | Transfer to CHC CLP Operator Holding LLC | 0475 | PT Master Deposit | | ($1,478,018.61) |
| 11/21/2014 | Transfer to SA-Clewiston, LLC | 0475 | PT Master Deposit | | ($3,876.71) |
| 11/21/2014 | Transfer to Master Deposit Account | 0475 | PT Master Deposit | | ($588,443.55) |
| 11/28/2014 | Transfer to Master Deposit Account | 0475 | PT Master Deposit | | ($522,617.75) |
| | | | | | |
| | | | | Total 0475 | ($2,816,823.88) |
| | | | | Total 0475 Transfers | ($2,816,823.88) |
| | | | | Total 0475 Disbursements | $0.00 |
| | | | | | |
| 11/3/2014 | AXXIS ADVERTISING | 1476 | PT Operating | 6401 | ($70.00) |
| 11/3/2014 | CDW GOVERNMENT, INC. | 1476 | PT Operating | 6402 | ($350.67) |
| 11/3/2014 | NUTRITIOUS LIFESTYLES, INC | 1476 | PT Operating | 6405 | ($2,040.54) |
| 11/3/2014 | AUDIBEL HEARING CENTER | 1476 | PT Operating | 6408 | ($400.00) |
| 11/3/2014 | CORWIN DESIGN & GRAPHICS CORPORATION | 1476 | PT Operating | 6409 | ($238.70) |
| 11/3/2014 | SUN OFFICE PRODUCTS | 1476 | PT Operating | 6422 | ($483.16) |
| 11/3/2014 | KCI USA, INC. | 1476 | PT Operating | 6424 | ($364.36) |
| 11/3/2014 | GREENLEAF COMPACTION, INC. | 1476 | PT Operating | 6431 | ($353.10) |
| 11/3/2014 | TRINITY NON-EMERGENCY TRANSPORT, INC. | 1476 | PT Operating | 6432 | ($3,976.50) |
| 11/3/2014 | HEALTHCARE SERVICES GROUP, INC. | 1476 | PT Operating | 6441 | ($30,278.64) |
| 11/3/2014 | BRISK COFFEE | 1476 | PT Operating | 6442 | ($189.00) |
| 11/3/2014 | T.G.LEE DAIRY | 1476 | PT Operating | 6446 | ($1,316.49) |
| 11/3/2014 | NEW CENTURY INVESTOR SERVICES, INC. | 1476 | PT Operating | | ($258,454.49) |
| 11/3/2014 | NEW CENTURY INVESTOR SERVICES, INC. | 1476 | PT Operating | | ($31,750.00) |
| 11/3/2014 | UTILITIES | 1476 | PT Operating | | ($12,164.95) |
| 11/3/2014 | BOA FEES | 1476 | PT Operating | | ($101.78) |
| 11/3/2014 | BOA FEES | 1476 | PT Operating | | ($70.21) |
| 11/3/2014 | Transfer to Operator Payroll Account | 1476 | PT Operating | | ($447,005.61) |
| 11/3/2014 | BOA FEES | 1476 | PT Operating | | ($683.06) |
| 11/4/2014 | AMERITECH PEST CONTROL SERVICES, INC. | 1476 | PT Operating | 6403 | ($225.00) |
| 11/4/2014 | R. LEONARD CARROLL, M.D. | 1476 | PT Operating | 6434 | ($1,200.00) |
| 11/4/2014 | BILL GOULEY | 1476 | PT Operating | 6437 | ($175.00) |
| 11/4/2014 | NUTRITIOUS LIFESTYLES, INC | 1476 | PT Operating | 6438 | ($1,866.80) |
| 11/4/2014 | BIO-TECH PEST CONTROL | 1476 | PT Operating | 6443 | ($265.00) |
| 11/5/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6451 | ($17,993.20) |
| 11/6/2014 | KHIN M. LATT, M.D. | 1476 | PT Operating | 6411 | ($1,250.00) |
| 11/6/2014 | SUN OFFICE PRODUCTS | 1476 | PT Operating | 6454 | ($364.19) |
| 11/6/2014 | SUNNY FLORIDA DAIRY | 1476 | PT Operating | 6455 | ($192.42) |
| 11/6/2014 | JOHN GODDARD PRODUCE INC. | 1476 | PT Operating | 6456 | ($157.00) |
| 11/6/2014 | METROPOLITAN TELECOMMUNICATION | 1476 | PT Operating | 6457 | ($1,401.54) |
| 11/6/2014 | BRISK COFFEE | 1476 | PT Operating | 6458 | ($203.40) |
| 11/6/2014 | CLEWISTON UTILITIES | 1476 | PT Operating | 6459 | ($6,281.40) |
| 11/6/2014 | CDW GOVERNMENT, INC. | 1476 | PT Operating | 6460 | ($197.19) |
| 11/6/2014 | FCS, INC. | 1476 | PT Operating | 6461 | ($190.00) |
| 11/6/2014 | TOTAL COMPLIANCE NETWORK, INC | 1476 | PT Operating | 6463 | ($88.00) |
| 11/6/2014 | BIO-TECH PEST CONTROL | 1476 | PT Operating | 6465 | ($265.00) |
| 11/6/2014 | MEDSTAR MEDICAL | 1476 | PT Operating | 6467 | ($9,693.30) |
| 11/6/2014 | AMERICAN EXPRESS | 1476 | PT Operating | | ($1,905.23) |
| 11/7/2014 | CURASPAN HEALTH GROUP, INC. | 1476 | PT Operating | 6429 | ($3,025.00) |
| 11/7/2014 | DELTA DENTAL | 1476 | PT Operating | | ($3,800.70) |
| 11/7/2014 | DIRECT SUPPLY HEALTHCARE EQUIP | 1476 | PT Operating | | ($279.77) |
| 11/10/2014 | VISION SERVICE PLAN | 1476 | PT Operating | 6355 | ($1,351.54) |
| 11/10/2014 | WHEELCHAIR TRANSPORT SERVICES, INC. | 1476 | PT Operating | 6406 | ($318.96) |
| 11/10/2014 | WHEELCHAIR TRANSPORT SERVICES, INC. | 1476 | PT Operating | 6433 | ($400.62) |
| 11/10/2014 | IVAN VALDES | 1476 | PT Operating | 6444 | ($575.00) |

| Date | Payee | Ref | Type | Num | Amount |
|---|---|---|---|---|---|
| 11/10/2014 | C & M LANDSCAPING AND FINISH GRADE WORK | 1476 | PT Operating | 6468 | ($2,320.00) |
| 11/10/2014 | METROPOLITAN TELECOMMUNICATION | 1476 | PT Operating | 6469 | ($3,201.23) |
| 11/11/2014 | LINCOLN FINANCIAL GROUP | 1476 | PT Operating | 6470 | ($1,290.10) |
| 11/11/2014 | OSCEOLA SUPPLY, INC. | 1476 | PT Operating | 6471 | ($3,221.14) |
| 11/11/2014 | A & E REPAIR INC. | 1476 | PT Operating | 6472 | ($501.84) |
| 11/12/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6474 | ($15,346.34) |
| 11/12/2014 | DIRECT SUPPLY HEALTHCARE EQUIP | 1476 | PT Operating | | ($1,457.07) |
| 11/13/2014 | BUTLER HEATING & AIR CONDITIONING, INC. | 1476 | PT Operating | 6477 | ($241.55) |
| 11/13/2014 | CANON SOLUTIONS AMERICA INC | 1476 | PT Operating | 6478 | ($1,577.83) |
| 11/13/2014 | LONG TERM CARE NUTRITION | 1476 | PT Operating | 6479 | ($2,880.00) |
| 11/13/2014 | E. SAM JONES DISTRIBUTOR, INC | 1476 | PT Operating | 6480 | ($358.24) |
| 11/13/2014 | COZZINI BROS., INC. | 1476 | PT Operating | 6481 | ($165.85) |
| 11/13/2014 | SUNNY FLORIDA DAIRY | 1476 | PT Operating | 6482 | ($692.83) |
| 11/13/2014 | SUN OFFICE PRODUCTS | 1476 | PT Operating | 6483 | ($1,057.56) |
| 11/13/2014 | PYLES LAWN SERVICE, INC | 1476 | PT Operating | 6484 | ($1,618.75) |
| 11/13/2014 | OSCEOLA SUPPLY, INC. | 1476 | PT Operating | 6485 | ($2,330.89) |
| 11/13/2014 | ASHBERRY WATER CONDITIONING INC. | 1476 | PT Operating | 6486 | ($128.08) |
| 11/13/2014 | COGENT, INC. | 1476 | PT Operating | 6487 | ($457.50) |
| 11/13/2014 | GCS SERVICE, INC. | 1476 | PT Operating | 6488 | ($1,696.41) |
| 11/13/2014 | SITE STORAGE INC. | 1476 | PT Operating | 6489 | ($192.60) |
| 11/13/2014 | VISTA CLINICAL DIAGNOSTICS, INC. | 1476 | PT Operating | 6490 | ($1,804.05) |
| 11/13/2014 | UNITED FIRE PROTECTION | 1476 | PT Operating | 6491 | ($780.00) |
| 11/13/2014 | BC MARKETING & PUBLISHING, INC. | 1476 | PT Operating | 6492 | ($134.50) |
| 11/13/2014 | BILL GOULEY | 1476 | PT Operating | 6493 | ($175.00) |
| 11/13/2014 | JULIE A. BOON | 1476 | PT Operating | 6494 | ($200.00) |
| 11/13/2014 | IVAN VALDES | 1476 | PT Operating | 6495 | ($575.00) |
| 11/13/2014 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 1476 | PT Operating | 6496 | ($237.54) |
| 11/13/2014 | SOUTHEASTERN LAUNDRY EQUIPMENT, INC. | 1476 | PT Operating | 6497 | ($299.65) |
| 11/13/2014 | TOTAL COMPLIANCE NETWORK, INC | 1476 | PT Operating | 6498 | ($440.00) |
| 11/13/2014 | PENNY C STULL | 1476 | PT Operating | 6501 | ($200.00) |
| 11/13/2014 | DAVID SMITH | 1476 | PT Operating | 6502 | ($130.00) |
| 11/13/2014 | GREENLEAF COMPACTION, INC. | 1476 | PT Operating | 6503 | ($353.10) |
| 11/13/2014 | HOMER JARVIS | 1476 | PT Operating | 6504 | ($50.00) |
| 11/13/2014 | NUTRITIOUS LIFESTYLES, INC | 1476 | PT Operating | 6505 | ($1,922.80) |
| 11/13/2014 | AGENCY FOR HEALTH CARE ADMINISTRATION | 1476 | PT Operating | 6506 | ($263,614.64) |
| 11/13/2014 | FLORIDA DEPARTMENT OF HEALTH | 1476 | PT Operating | 6508 | ($105.00) |
| 11/14/2014 | HALCYON REHABILITATION | 1476 | PT Operating | | ($240,000.00) |
| 11/14/2014 | Transfer to Operator Payroll Tax Account | 1476 | PT Operating | | ($141,451.75) |
| 11/14/2014 | Health Ins Premiums 11/2014 | 1476 | PT Operating | | ($144,500.00) |
| 11/17/2014 | WELBY TECHNOLOGIES, INC. | 1476 | PT Operating | 6509 | ($2,895.04) |
| 11/17/2014 | Transfer to Operator Payroll Account | 1476 | PT Operating | | ($446,624.72) |
| 11/17/2014 | SERVICE FEE | 1476 | PT Operating | | ($2,477.08) |
| 11/18/2014 | TRINITY NON-EMERGENCY TRANSPORT, INC. | 1476 | PT Operating | 6510 | ($1,490.00) |
| 11/19/2014 | LINCOLN LTD LIFE INSURANCE | 1476 | PT Operating | 6358 | ($1,758.54) |
| 11/19/2014 | NATIONAL DATACARE CORPORATION | 1476 | PT Operating | 6511 | ($191.05) |
| 11/19/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6512 | ($17,972.63) |
| 11/21/2014 | PAMS PLUMBING, INC. | 1476 | PT Operating | 6514 | ($620.00) |
| 11/21/2014 | Transfer to Operator Payroll Tax Account | 1476 | PT Operating | | ($2,791.66) |
| 11/21/2014 | OMNICARE | 1476 | PT Operating | | ($17,933.96) |
| 11/21/2014 | OMNICARE | 1476 | PT Operating | | ($19,418.55) |
| 11/21/2014 | OMNICARE | 1476 | PT Operating | | ($13,581.57) |
| 11/21/2014 | OMNICARE | 1476 | PT Operating | | ($34,601.90) |
| 11/24/2014 | FADI SABA, M.D. | 1476 | PT Operating | 6423 | ($2,000.00) |
| 11/24/2014 | FADI SABA, M.D. | 1476 | PT Operating | 6516 | ($2,000.00) |
| 11/24/2014 | GEORGIA SASSER CONSULTING, INC. | 1476 | PT Operating | 6536 | ($240.00) |
| 11/24/2014 | HEALTHCARE SERVICES GROUP, INC. | 1476 | PT Operating | 6540 | ($30,278.64) |
| 11/24/2014 | Transfer to Operator Payroll Account | 1476 | PT Operating | | ($5,096.37) |
| 11/25/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6542 | ($16,343.01) |
| 11/25/2014 | Wire for Regional Director (PT Support) | 1476 | PT Operating | | ($15,000.00) |
| 11/25/2014 | Workers Comp Premiums 11/2014 | 1476 | PT Operating | | ($15,000.00) |
| 11/25/2014 | Wire for vendor allocations 11/14 | 1476 | PT Operating | | ($11,183.51) |
| 11/28/2014 | Transfer to Operator Payroll Tax Account | 1476 | PT Operating | | ($142,882.59) |
| 11/30/2014 | MEDLINE | 1476 | PT Operating | | ($9,923.47) |
| 11/30/2014 | CONCUR | 1476 | PT Operating | | ($1,106.38) |
| 11/30/2014 | UTILITIES | 1476 | PT Operating | | ($35,572.96) |
| 11/30/2014 | UTILITIES | 1476 | PT Operating | | ($3,696.38) |
| 11/30/2014 | CONCUR | 1476 | PT Operating | | ($256.80) |
| 11/30/2014 | CONCUR | 1476 | PT Operating | | ($1,789.03) |
| 11/30/2014 | UTILITIES | 1476 | PT Operating | | ($5,618.76) |
| 11/30/2014 | MEDLINE | 1476 | PT Operating | | ($3,917.92) |
| 11/30/2014 | MEDLINE | 1476 | PT Operating | | ($5,486.10) |
| 11/30/2014 | MEDLINE | 1476 | PT Operating | | ($12,148.96) |
| 11/30/2014 | MEDLINE | 1476 | PT Operating | | ($10,859.22) |
| 11/30/2014 | MEDLINE | 1476 | PT Operating | | ($5,118.78) |

| Date | Description | Account | Type | Label | Amount |
|---|---|---|---|---|---|
| | | | | Total 1476 | ($2,579,540.94) |
| | | | | Total 1476 Transfers | ($1,330,352.70) |
| | | | | Total 1476 Disbursements | ($1,249,188.24) |
| 11/3/2014 | PAYROLL TAXES | 4602 | PT Payroll Tax | | ($136,359.44) |
| 11/3/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($2,649.08) |
| 11/7/2014 | FIDELITY 401K FUNDING | 4602 | PT Payroll Tax | | ($2,773.45) |
| 11/17/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($466.50) |
| 11/17/2014 | PAYROLL TAXES | 4602 | PT Payroll Tax | | ($136,195.78) |
| 11/24/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($2,470.76) |
| 11/17/2014 | BANK FEES | 4602 | PT Payroll Tax | | ($286.19) |
| 11/24/2014 | PAYROLL TAXES | 4602 | PT Payroll Tax | | ($2,791.66) |
| 11/28/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($100.96) |
| 11/21/2014 | FIDELITY 401K FUNDING | 4602 | PT Payroll Tax | | ($2,706.94) |
| | | | | Total 4602 | ($286,800.76) |
| | | | | Total 4602 Transfers | $0.00 |
| | | | | Total 4602 Disbursements | ($286,800.76) |
| | | | | Total | ($6,582,227.04) |
| | | | | Total Transfers | ($4,147,176.58) |
| | | | | Total Disbursements | ($2,435,050.46) |