UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: ) | | CASE NO. 14-50756 |
| ) | | |
| NEW LOUISIANA HOLDINGS, LLC, ) | | (Chapter 11) |
| Et al. ) | | |
|     Debtors ) | | (Jointly Administered) |

### NOTICE OF TAKING RULE 2004 VIDEOTAPED EXAMINATION
### DUCES TECUM OF JAMES "TREY" A. BLALOCK, III, ESQ.

PLEASE TAKE NOTICE that the undersigned counsel will take the video deposition, by oral examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, of the person or persons named below, at the time, date and location indicated below, and the Examinee is hereby requested to produce to the undersigned, the documents and records as defined and set forth on **Exhibit A** attached hereto

| DEPONENT | DATE & TIME | PLACE |
|---|---|---|
| **James Augustus Blalock, III, Esq.**<br>c/o Neligan Foley LLP<br>325 N. St. Paul, Suite 3600<br>Dallas, TX 75201 | To Be Determined | To Be Determined |

The above-referenced Examinee will be deposed before a Court Reporter. The examination will be recorded by sound, visual (video) and/or stenographic means and will continue from day to day until testimony is completed or adjourned.

    **PLEASE BE GOVERNED ACCORDINGLY.**

                                        */s/ James L. Wilkes, II, Esq.*
                                        **James L. Wilkes, II, Esq.**
                                        Florida Bar No. 040533
                                        jwilkes@wilkesmchugh.com
                                        stephanie@wilkesmchugh.com
                                        **Bennie Lazzara, Jr., Esq.**
                                        Florida Bar No. 119568

1

bennie@wilkesmchugh.com
ruth@wilkesmchugh.com
**Joanna M. Greber, Esq.**
Florida Bar No. 0027830
jgreber@wilkesmchugh.com
**Katherine A. McFarland, Esq.**
Florida Bar No. 056323
kmcfarland@wilkesmchugh.com
**WILKES & McHUGH, P.A.**
One North Dale Mabry, Suite 800
Tampa, Florida 33609
(813) 873-0026 – Phone
(813) 286-8820 – Fax
*Counsel for the Creditors*

and

**Kirk A. Patrick, III (#19728)**
**DONOHUE PATRICK & SCOTT, PLLC**
450 Laurel Street, Suite 1600
Baton Rouge, LA 70801
Telephone: (225) 214-1908
Facsimile: (225) 214-3551
kpatrick@dps-law.com
*Counsel for the Creditors*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Order Authorizing Examination of James "Trey" Blalock, III, Esq. pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure has been duly served upon those parties receiving electronic notification via the Court's CM/ECF System on this 6th day of February, 2015.

*/s/ James L. Wilkes, II, Esq.*
**James L. Wilkes, II, Esq.**
Florida Bar No. 040533

2

# EXHIBIT A

## DEFINITIONS

1. "You," or "Your" means Examinee set forth herein, and any agent, attorney, or other persons acting or purporting to act on behalf of the examinee.

2. "Debtor" means any petitioning entity in the Jointly Administered Bankruptcy, Case No. 14-50756, *In re New Louisiana Holdings, LLC*, proceeding in the United States Bankruptcy Court, Western District of Louisiana, Lafayette Division, including SA-PG Ocala, LLC; SA-PG Operator Holdings, LLC; SA-PG Clearwater, LLC; SA-PG Gainesville, LLC; SA-PG Jacksonville, LLC; SA-PG Largo, LLC; SA-PG North Miami, LLC; SA-PG Orlando, LLC; SA-PG Pinellas, LLC; SA-PG Port St. Lucie, LLC; SA-PG Sun City Center, LLC; SA-PG Tampa, LLC; SA-PG Vero Beach, LLC; SA-PG West Palm Beach, LLC; SA-PG Winter Haven, LLC; Cypress Health Care Management, LLC; Cypress Health Care Holdings, LLC; CHC-CLP Operator Holdings, LLC; CHC-SPC Operator, Inc.; SA-Lakeland, LLC; SA-Clewiston, LLC; SA-St. Petersburg, LLC; CHC-CLP Operator Holdings, LLC; CHC-SPC Operator, Inc.; CHC-Chestnut Ridge Nursing & Rehab Center, LLC; and SA-GA Operator Holdings, LLC.

3. "Non-Debtor affiliates" includes You, Harris Schwartzberg, Albert Schwartzberg, and all entities in which Harris Schwartzberg, his family members, and/or family trust hold an interest. These entities include, but are not limited to, SA-Master Operator Holdings, LLC n/k/a Cypress Master Holdings, LLC; Cypress Administrative Services, LLC; Cypress Health Group, LLC; HC Navigator, LLC a/k/a Health Care Navigator, LLC; Asset Navigator, LLC; New Century Investors, LLC; Halcyon Rehabilitation, LLC, and SA-Mezzo Holdings, LLC.

4. "Document" means any writing or recording as defined in Rule 1001, Federal Rules of Evidence, including, without limitation: any written or graphic matter or other means of preserving thought or expression, all tangible things from which information can be processed or transcribed, including the originals and all non-identical copies, whether different from the original by reason of any notation made on such copy or otherwise, including, without limitation, correspondence, electronic mail, memoranda, notes, messages, letters, telegrams, teletype, telefax, bulletins, or other communications, diaries, chronological data, minutes, books, reports, charges, ledgers, invoices, worksheets, receipts, returns, computer print-outs, prospectuses, financial statements, schedules, affidavits, contracts, canceled checks, transcripts, statistics, surveys, agendas, records, magazine or newspaper articles, releases (and any and all drafts, alterations and modifications, changes and amendments of any of the foregoing), photographs, charts, graphs, microfiche, microfilm, videotape, recordings or representations of any kind (including, without limitation, tapes, cassettes, discs, and electronically stored information, however created, depicted or stored, e.g., on computer, disk, diskette, CD, tape, or zip, hard, network, or other drive, or by photographic, mechanical, digital, optical, electronic, or any other means).

## Instructions

1. All non-privileged responsive documents shall be produced in their original form. If a document is kept electronically, an electronic copy of that document shall be made available to the Trustee.

2. All documents should be organized and labeled to correspond with the below requests or should be produced as they are kept in the usual course of business

3. If full compliance with any of the below requests would require disclosure of attorney/client or other privileged information, please comply with the request to the extent possible without disclosing such information.

4. When a request calls for the production of a document that you claim is protected from disclosure by a privilege of any kind, please provide all foundational information necessary for a ruling upon the claim.

## DOCUMENTS TO BE PRODUCED

1. The incorporation of and/or changes in corporate status of Debtor and non-Debtor affiliates from 2004 through the present. This includes, but is not limited to: incorporation, name changes, changes in corporate form, changes in members and/or directors, articles of incorporation, by-laws, and dissolution for any reason.

2. Copies of Debtors' federal income tax records and returns for the last six (6) years.

3. Copies of invoices, payments, check stubs and bank statements showing invoice or payment by any Debtor to any non-Debtor affiliates, including, but not limited to, Halcyon Rehabilitation, LLC; New Century Investors, Inc., and HC Navigator, LLC.

4. Copies of Halcyon Rehabilitation, LLC; New Century Investors, Inc.; and HC Navigator, LLC's federal income tax records and returns for the last six (6) years, and copies of Halcyon Rehabilitation, LLC; New Century Investors, Inc.; and HC Navigator, LLC's corporate state income tax returns for the last six (6) years.

5. Any and all corporate financial documents (i.e. balance sheets, accounts receivables, accounts payable) for HC Navigator, LLC; Halcyon Rehabilitation, LLC; and New Century Investors, LLC; from 2009 to present.

6. All checkbooks, check stubs, cancelled checks, and bank statements for any bank accounts used by any Debtor from 2009 through the present.

7. All documents, e-mails and/or other materials which refer or relate to the sale of the Debtor facilities and/or Debtor assets, including, but not limited to any purchase and sale agreement, sales contracts, due diligence materials, liabilities listing, and/or any materials relating to consideration of the Debtors' financial status both pre and post-petition.

8. All documents reflecting communications between You, any Debtor, non-Debtor affiliate and the "stalking horse" bidder regarding the sale and purchase of the Debtor facility operations known as the Palm Terrace facilities.

9. All documents that reflect the sale and disposition of any Debtor assets from 2009 to present.

4

14-50756 - #500-14  File 02/06/15  Enter 02/06/15 16:47:27  Exhibit N  Pg 4 of 6

10. Any and all documents reflecting the existence of a lawsuit against any Debtor or non-debtor affiliate, whether settled, dismissed, or stayed from 2009 through the present.

11. Any and all correspondence from 2012 through 2014 between and among You; any Debtor entities; any non-Debtor affiliates; employees, officers, owners or directors of any Debtor or non-Debtor affiliate; and any governmental entity regarding the change of ownership applications that were filed with the Florida Agency for Health Care Administration for the Palm Terrace facilities and later withdrawn.

12. Any and all correspondence from 2009 through 2014 between and among You; any Debtor entities; any non-Debtor affiliates; employees, officers, owners or directors of any Debtor or non-Debtor affiliate; and any potential purchaser of the Palm Garden or Palm Terrace facilities pre-petition.

13. Any letters, memorandums, correspondence or emails sent or received by You from the following, related to any transactions occurring between 2009 through the present involving the transactions between the Debtor entities and any non-Debtor affiliates:

   a. Harris Schwartzberg
   b. Judith Schwartzberg
   c. Frank Bateman
   d. Eric Roth
   e. Julie Gutzman
   f. Richard Kase
   g. Maxwell Stolzberg
   h. Mitchell Starer
   i. Any owner, officer or employee of HC Navigator, LLC
   j. Any owner, officer or employee of Asset Navigator, LLC
   k. Any owner, officer or employee of Schwartzberg Associates, LLC; Schwartzberg Brothers, LLC; Schwartzberg Family Limited Partnership, Schwartzberg, Inc. and/or any Schwartzberg family trust.
   l. Any owner, officer or employee of any Debtor entity or non-Debtor affiliate not previously listed.

14. Any and all documents which reflect the shareholders of each Debtor entity from 2009 through present.

15. Any and all documents which reflect the officers of each Debtor entity from 2009 to the present.

16. Any and all documents reflecting transfers of any asset of the Debtors to or from any co-Debtor or non-Debtor affiliate from 2009 to the present.

17. Any and all documents reflecting any liability of the Debtors from 2009 to the present.

18. Any and all documents showing the corporate structure or reporting structure for the

5

Debtors to officers or directors of the Debtors.

    19. Any and all agreements including interim agreements to manage, operate, consult, lease or sublease any Debtor facility while this Bankruptcy proceeds.