UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RE: NEW LOUISIANA HOLDINGS, LLC, et al. | CASE NO: 14-50756 |
| DEBTOR | CHAPTER 11 |
| | JOINTLY ADMINISTERED |

## MEMORANDUM IN SUPPORT OF MOTION TO LIFT STAY

Creditors, Craig S. Watson, Judy Litton and Johnnie Cheatham, bring this motion for no other reason other than to lift the stay to proceed against, Patient's Compensation Fund, in its trial of March 23, 2015.

Plaintiffs wish to proceed only against the Patient's Compensation Fund. However, plaintiffs are required to retain the defendant who settled its case as a nominal defendant when they litigate against the Patient's Compensation Fund.

It is not plaintiff's intention to derive an economic benefit from the debtor should they get a judgment against the Patient's Compensation Fund. Presently the parties are talking settlement but out of abundance of caution this motion is being filed should this case go to trial.

**CONSIDERING THE FOREGOING** this Motion to Lift Stay should be **GRANTED**.

Respectfully submitted:

/s/ Craig S. Watson
Craig S. Watson
LSBA Number: 14485
3909 Plaza Tower Drive
Baton Rouge, LA 70816
225-292-3800
225-292-3803 (telecopier)
225-324-3123 (cell)
Email: sailfish01@aol.com

**ATTORNEY FOR CREDITORS, JUDY LITTON AND JOHNNIE CHEATHAM**

## CERTIFICATE OF SERVICE

I hereby certify that on , a copy of the foregoing Motion to Lift Stay and Memorandum in Support of Motion to Lift Stay was filed electronically with the Clerk of Court using the CM/ECF system. A notice of this filing will be sent to all counsel of records by operation of the Court's electronic filing system.

*/s/Craig S. Watson*
**Craig S. Watson**