UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



MINUTE ENTRY

14-50756 New Louisiana Holdings, LLC   Chapter: 11

(1) Motion to Reconsider Financing Orders on behalf of Official Committee of Unsecured Creditors

(2) Motion Debtors' Supplemental Motion for Final Order (A) Reaffirming Final DIP Order; (B) Dismissing Motion for Reconsideration; (C) Authorizing the Use of the DIP Facility, Amendments to the DIP Credit Agreement and Execution of Supplemental DIP Agreements; and (D) Granting Additional Security Interests and Superpriority Claims Pursuant to Sections 361(2), 363(e), 364(c) and (d) and 507 of the Bankruptcy Code and Bankruptcy Rules 4001(b) and (c) on behalf of New Louisiana Holdings

(3) Amended Motion to Extend Time or Limit the Exclusivity Period Motion to Extend the Exclusive Period Within Which The Debtors May File and Solicit Acceptances of a Plan of Reorganization on behalf of New Louisiana Holdings

(4) Motion to Sell Palm Terrace Debtors' Motion for Entry of (I) An Order (A) Approving Bidding Procedures in Connection with Sale of Substantially All of Their Assets, (B) Approving Break-Up Fee, (C) Scheduling an Auction and Hearing to Consider the Proposed Sale, and (D) Approving the Form and Manner of Notice Thereof; and (II) An Order (A) Approving the Sale, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief

(5) Motion for Relief from Stay on behalf of Judy Litton

APPEARANCES:

Jan Marie Hayden representing DIP
Francis J. Lawall and Rudy J. Cerone representing Official
    Committee of Unsecured Creditors
JP Hebert for Pacific Western
William Patrick SA Mezz

RULING: (1) Motion to reconsider is denied by consent. (2) Consent order to be submitted. (3) Motion is granted by consent. (4) Motion is granted by consent. (5) Hearing is continued to March 17, 2015. If the parties submit a consent order prior to that time, no hearing will be held.

ORDER TO BE PREPARED BY: Parties

Date: March 3, 2015