UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| In re<br><br>NEW LOUISIANA HOLDINGS, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 14-50756 |

## NOTICE OF HEARING

Medline Industries, LP ("Medline") has filed a Motion to Reopen and to Unseal (the "Motion") with the Court to: (1) reopen the Chapter 11 bankruptcy proceeding for the limited purpose of unsealing the documents filed and/or entered under Docket Nos. 1194 and 1196; and (2) obtain copies of these documents. *See* Bankruptcy Rule 5010; Local Bankruptcy Rule 9072-1; *Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410 (5th Cir. 2021). A copy of the Motion and the accompanying exhibits are available online at www.lawb.uscourts.gov or by contacting counsel for Medline at the addresses listed at the end of this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**NOTICE IS HEREBY GIVEN** that the Court will hold a hearing on May 10, 2022 at 2:30 PM in the John M. Shaw United States Courthouse, 800 Lafayette Street, Suite 1200, Lafayette, Louisiana 70501, to consider and act upon the Motion. Hearings at the Court are conducted in a hybrid manner. Information regarding the Court's Hybrid Court Plan can be found at https://www.lawb.uscourts.gov/content/chief-judge-john-w-kolwe.

**NOTICE IS HEREBY FURTHER GIVEN** that any objection to this Motion must be filed with the Clerk's Office, United States Bankruptcy Court Lafayette Division, 800 Lafayette Street, Suite 1200, Lafayette, Louisiana 70501, www.lawb.uscourts.gov, and served upon the undersigned at least seven (7) calendar days prior to the hearing.

1

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: April 5, 2022

/s/ Thomas J. Madigan, II
ELWOOD F. CAHILL, JR. #3764
THOMAS J. MADIGAN, II #28132
**SHER GARNER CAHILL RICHTER KLIEN & HILBERT, L.L.C.**
909 Poydras St., Suite 2800
New Orleans, Louisiana 70112
Tel: (504) 299-2132
E-mail: ecahill@shergarner.com
E-mail: tmadigan@shergarner.com
*Counsel to Medline Industries, LP*
**LOWENSTEIN SANDLER LLP**
Robert M. Hirsh, Esq.
Michael A. Kaplan, Esq.
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 262-6700
E-mail: rhirsh@lowenstein.com
E-mail: mkaplan@lowenstein.com
*Attorneys for Medline Industries, LP*